JUDGE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JULIANE PANAGACOS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN J. TOWERY, et al., <br><br> Defendants. | NO. 3:10-cv-05018 RBL <br><br> DECLARATION OF DONALD L. LAW IN SUPPORT OF OLYMPIA DEFENDANTS' MOTION FOR MORE DEFINITE STATEMENT <br><br> Noted for Consideration: 4/23/2010 |

Pursuant to 28 U.S.C. § 1746, Donald L. Law declares as follows:

1. I am the attorney for defendants Bjornstad, Lower, Herbig, Nelson, Johnson, Costa, Butler, Hall, Michel and City of Olympia and I make this declaration from personal knowledge.

2. I am also the attorney for the defendants in *Cristen Love, Patricia Imani, Stephanie Snyder v. City of Olympia et al.*, 3:09-cv-05531-RBL.

3. On April 6, 2010 I took the deposition of Patricia Imani in the *Love* case. The allegations in that case are substantially similar to those in this case. When I started to question Ms. Imani regarding this case, she vehemently denied that she had authorized Mr. Hildes to name her as a party plaintiff in this case. These defendants are concerned that there may be other individuals who were likewise named as party plaintiffs in this case without their authority.

DECLARATION OF DONALD L. LAW IN SUPPORT OF OLYMPIA DEFENDANTS' MOTION FOR MORE DEFINITE STATEMENT - 1
U.S.D.C. No. 3:10-cv-05018 RBL

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON RD., TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480  FAX: (360) 357-3511

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 8th day of April, 2010.

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH

    /s/ Donald L. Law
Donald L. Law, WSBA No. 6122
Attorney for Defendants Bjornstad, Lower, Herbig, Nelson, Johnson, Costa, Butler, Hall, Michel, City of Olympia
P.O. Box 11880
Olympia, WA 98508-1880
Telephone: (360) 754-3480
Fax: (360) 357-3511
email: dlaw@lldkb.com

DECLARATION OF DONALD L. LAW IN SUPPORT OF OLYMPIA DEFENDANTS' MOTION FOR MORE DEFINITE STATEMENT - 2
U.S.D.C. No. 3:10-cv-05018 RBL

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.
ATTORNEYS AT LAW
2674 RW JOHNSON RD , TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511