THE HONORABLE RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **JULIANNE PANAGACOS, MALLORY HAGEL, STEPHANIE SNYDER, EMILY COX, MOLLY PORTER, ANDREA ROBBINS, JULIA GARFIELD ERAN RHODES, ELI EVANS, CHRIS GRANDE, DAVI RIOS,**<br><br>     **Plaintiffs,**<br><br>v.<br><br>**JOHN J. TOWERY; THOMAS R. RUDD CLINT COLVIN; CITY OF OLYMPIA TOR BJORNSTAD, et al.,**<br><br>     **Defendants.** | NO. 3:10-cv-5018 RBL<br>DECLARATION OF LAWRENCE A. HILDES IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS MOTION FOR IORDER OF CONTEMPT |

Panagacos v. Towery, et al-DEC OF HILDES IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS MOTION FOR ORDER OF CONTEMPT
LAWRENCE A. HILDES
P.O. BOX 5405
Bellingham, WA 98227
(360) 715-9788
Fax: (360) 714-1791
Attorney for Plaintiffs

1

1) I**,** Lawrence A. Hildes I declare the following of my own personal knowledge, and if called upon to do so, could so competently testify.

2) That I am Counsel for Plaintiffs in this matter, am over the age of 18 years, and am a resident of Bellingham, WA.

3) When the court issued its order granting Defendants motion for a more definite statement, I handwrote a note to remind myself to respond.

4) When I checked the note on May 27, 2010, I misread the 1 as a 7.

5) I checked on that particular day, just before sending counsel for Defendants an e-mail asking him to stipulate to a 60 days extension of our deadline to file an amended complaint to allow the claims period for 4 new Plaintiffs to run so we could add them to the case, and to give me time to meet with Plaintiffs to clarify who is staying in the case. I requested this in the interest of judicial economy and efficiency to avoid having to file two amended complaints for everyone's review.

7) On Tuesday, June 1, 2010, the first day after the holiday weekend, I got a response from Defense Counsel's office, stating that Defense counsel was out of the Office until June 7, 2010, and that he should be able to deal with the issue then.   No mention was made by Defense counsel's office of the deadline that day

8) A copy of that e-mail exchange is attached to this declaration as Exhibot 1.

9) On June 7, 2010 I was working on Plaintiffs' first amended complaint, just in case Defense counsel did not agree to the stipulation.

10) I was also awaiting an e-mail response as is customary.

11) Instead of any communication from defense counsel, I received the motion for order

Panagacos v. Towery, et al-DEC OF HILDES IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS MOTION FOR ORDER OF CONTEMPT
LAWRENCE A. HILDES
P.O. BOX 5405
Bellingham, WA 98227
(360) 715-9788
Fax: (360) 714-1791
Attorney for Plaintiffs

2

of contempt.

12) I immediately worked on completing Plaintiffs'; First Amended complaint and filed it at 5:36 PM on the same day, the day of Defense counsel's return from vacation.

13) I know of no prejudice to Defendants that was or will be caused by this slight delay.

14) I personally apologize for any delay or difficulty our filing the amended complaint in the 7th may cause, even though I know of none..

15) The 60 day requirement after filing a claim before filing a lawsuit will run for the various new Plaintiffs in late July and early August.  Thus, Plaintiffs will file a motion for leave to file a second amended complaint at that time.

Declared under Penalty of Perjury on June 7, 2010 at Bellingham, Washington.


_____/S/_____
LAWRENCE A. HILDES,
ATTORNEY FOR PLAINTIFFS

Panagacos v. Towery, et al-DEC OF HILDES IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS MOTION FOR ORDER OF CONTEMPT
LAWRENCE A. HILDES
P.O. BOX 5405
Bellingham, WA 98227
(360) 715-9788
Fax: (360) 714-1791
Attorney for Plaintiffs

3