From: Don Law <dlaw@lldkb.com>
To: Larry Hildes <lhildes@earthlink.net>
Date: Tue, 1 Jun 2010 12:04:47 -0700
Subject: RE: Panagacos-Stipulated Motion to Vacate Initial Deadlines
Thread-Topic: Panagacos-Stipulated Motion to Vacate Initial Deadlines
Thread-Index: Acr93UCUH1WJANpKRXGwzz0Yb6b6ggD3+Wgg
Accept-Language: en-US
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
acceptlanguage: en-US
X-ELNK-Received-Info: spv=0;
X-ELNK-AV: 0
X-ELNK-Info: sbv=0; sbrc=.0; sbf=0b; sbw=000;

Mr. Hildes,
Mr. Law is out of the office until Monday, June 7. He should be able to deal with this issue at that time.
Tod Monroe
Paralegal

**From:** Larry Hildes [mailto:lhildes@earthlink.net]
**Sent:** Thursday, May 27, 2010 1:43 PM
**To:** Don Law; Diaz, Michael (USAWAW)
**Subject:** RE: Panagacos-Stipulated Motion to Vacate Initial Deadlines

Mr. Law, Two new claimants have filed claims against several different agencies and one more is coming, all three will be added into this matter as Plaintiffs, and new defense entities will be coming in as well as some Plaintiffs being removed. If we have to file an amended complaint by June 7, we will simply have to amend again in late July, early August. Given that nothing else is moving forward in that case at this time, would you be willing to stipulate to extend Plaintiffs deadline to file an amended complaint for 60 days until August 7, to allow time for the claims process to be completed so that we may begin to move forward in the case at that point.

Please let me know as soon as possible.

Thank you.

Larry Hildes

10:55 AM 5/6/2010, Don Law wrote:

I agree.

**From:** Diaz, Michael (USAWAW) [ mailto:Michael.Diaz@usdoj.gov]
**Sent:** Thursday, May 06, 2010 10:39 AM
**To:** Don Law; lhildes@earthlink.net
**Subject:** RE: Panagacos-Stipulated Motion to Vacate Initial Deadlines

Thanks, Mr. Law, for your comments.

As to your first change, I'm not sure that, at least for purposes of this very limited stipulation, it is necessary to determine Ms. Imani's status. She is not in the Court's docket as a party and this stipulation expressly is not entered on her behalf. Mr. Hildes may later decide to amend his complaint to remove her, but, for this simple stipulation, the United States believes it's not necessary to include her or fully and correctly resolve her status. Do you agree, Mr. Law? Please feel free to call me if you'd like to discuss this further.

The other changes have been made in the attached revised stipulation. Please let me know if we have your consent to file.

Thanks,
Mike

**From:** Don Law [mailto:dlaw@lldkb.com]
**Sent:** Thursday, May 06, 2010 10:19 AM
**To:** Diaz, Michael (USAWAW); lhildes@earthlink.net
**Subject:** RE: Panagacos-Stipulated Motion to Vacate Initial Deadlines

Mike:
There are two necessary changes to the stipulation:

Although Patricia Imani is not listed in the caption, she is identified as a plaintiff in the list right below the caption on page 2, in paragraph 1.3 and on the last page in the signature block. She indicated at her deposition on April 6 that she did not want to be a plaintiff, however that status remains to the present.

Also, "parties" on page 1, line 22 needs to be changed to "Olympia Defendants." You can also change my signature block to be "Attorney for Olympia Defendants" but that's not really necessary.

With these changes, I agree to the stipulation and order.
Don

---

**From:** Diaz, Michael (USAWAW) [mailto:Michael.Diaz@usdoj.gov]
**Sent:** Thursday, May 06, 2010 9:27 AM
**To:** lhildes@earthlink.net; Don Law
**Subject:** Panagacos-Stipulated Motion to Vacate Initial Deadlines

Gentlemen,

Thanks for your cooperation yesterday. (Mr. Law, yesterday afternoon, we called Judge Leighton's clerk, who indicated the Court would be willing to strike the initial deadlines given the circumstances, but requested that we file a stipulated motion.)

Attached is the draft Stipulation and Proposed Order to vacate the initial deadlines. Please provide at your earliest convenience your consent for me to file this document, **which is due today, Thursday, May 6.**

Thanks,

Mike

J. Michael Diaz

Assistant United States Attorney

700 Stewart Street, Suite 5220

Seattle, WA 98101

Tel: 206.553.4358 | Fax: 206.553.4067

<<Stipulated Motion and [Proposed] Order Striking Initial Deadlines.pdf>>