**JUDGE RONALD B. LEIGHTON**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

JULIANE PANAGACOS, *et al.*,

                Plaintiffs,

     vs.

JOHN J. TOWERY, *et al.*,

                Defendants.

**NO.  3:10-cv-05018 RBL**

**DECLARATION OF DONALD L. LAW IN SUPPORT OF MOTION FOR ORDER OF CONTEMPT**

Pursuant to 28 U.S.C. § 1746, Donald L. Law declares as follows:

1. I am the attorney for the Olympia defendants and I make this declaration from personal knowledge.

2. Attached as **Exhibit 1** is an "Old and New Complaint Comparison Chart" matching the party and fact allegations of the original complaint in this case with the First Amended Complaint.

3. Attached as **Exhibit 2** is a "*Panagacos* and *Love* Plaintiffs and Claims for Relief Comparison Chart" matching the plaintiffs and claims for relief in the First Amended Complaint in this case with those in the *Love v. Olympia* complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON RD , TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

1    DATED this 21st day of June, 2010.

2                                            LAW, LYMAN, DANIEL,
3                                            KAMERRER & BOGDANOVICH

4                                            _____/s/ Donald L. Law_____
5                                            Donald L. Law, WSBA No. 6122
                                             Attorney for Defendants Bjornstad,
6                                            Lower, Herbig, Nelson, Johnson, Costa,
                                             Butler, Hall, Michel, City of Olympia
7                                            P.O. Box 11880
                                             Olympia, WA 98508-1880
8                                            Telephone:  (360) 754-3480
                                             Fax:  (360) 357-3511
9                                            email: dlaw@lldkb.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF DONALD L. LAW
IN SUPPORT OF MOTION FOR ORDER
OF CONTEMPT - 2
U.S.D.C. No. 3:10-cv-05018 RBL

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.
ATTORNEYS AT LAW
2674 RW JOHNSON RD , TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX  (360) 357-3511

# EXHIBIT 1

# Old and New Complaint Comparison Chart

## Panagacos / Cox Complaints

| | OLD | | NEW |
|---|---|---|---|
| | **OLD** | | **NEW** |
| 1. | Jurisdiction | 1. | Same |
| 2. | Venue | 2. | Same |
| 3. | Resides | 3. | Same |
| | | 4. | Comment re new plaintiffs |
| | | | |
| | **Plaintiffs** | | |
| 1.1 | Panagacos | 1.1 | Panagacos |
| 1.2 | Hagel | 1.2 | Hagel |
| 1.3 | Imani | | Stricken as plaintiff |
| 1.4 | Snyder | 1.3 | Snyder |
| 1.5 | Cox | 1.4 | Cox |
| 1.6 | Chaplin | | Stricken as plaintiff |
| 1.7 | Porter | 1.5 | Porter |
| 1.8 | Romero | | Stricken as plaintiff |
| 1.9 | Robbins | 1.6 | Robbins |
| 1.10 | Garfield | 1.7 | Garfield |
| 1.11 | Rhodes | 1.8 | Rhodes |
| 1.12 | Evans | 1.9 | Evans |
| 1.13 | Grande | 1.10 | Grande |
| 1.14 | Rios | 1.11 | Rios |
| | | | |
| | **Defendants** | | |
| 1.15 | Towery | 1.12 | Same |
| 1.16 | Rudd | 1.13 | Same |
| 1.17 | Colvin | 1.14 | Same |

**EXHIBIT 1**

| 1.18 | Bjornstad | 1.15 | Same |
|------|-----------|------|------|
| 1.19 | Nelson | 1.16 | Same |
| 1.20 | Lower | 1.17 | Same |
| 1.21 | Herbig | 1.18 | Same |
| 1.22 | Johnson | 1.19 | Same |
| 1.23 | Costa | 1.20 | Same |
| 1.24 | Michel | 1.21 | Same |
| 1.25 | Butler | 1.22 | Same |
| 1.26 | Hall | 1.23 | Same |
| 1.27 | Olympia | 1.24 | Same |
| 1.28 | Other persons | 1.25 | Same |
| 1.29 | Brought under … | 1.26 | Same |
| 1.30 | Claim filing | 1.27 | Imani removed & addt'l municipal entity will be added |
|  |  |  |  |
|  | **Facts** |  |  |
| 2.1 | PMR | 2.1 | Same |
| 2.2 | Spying started | 2.2 | Same |
| 2.3 | Towery & Rudd | 2.3 | Same |
| 2.4 | Towery | 2.4 | Same |
| 2.5 | Towery & Dunn | 2.5 | Same |
| 2.6 | Towery began spying | 2.6 | Towery, Herbig, Smith & TPD covertly join list serve for advantage in criminal matter |
| 2.7 | Towery intensified infiltration | 2.7 | Same |
| 2.8 | List of key organizers | 2.8 | Same |
| 2.9 | Other LE agencies | 2.9 | Same |

| 2.10 | Prosecutor misconduct | 2.10 | Adds info in 2.6 plus adds dragged out pros preventing acquittal & harming individuals to be named in later amended complaint |
|------|------------------------|------|--------------------------------------------|
| 2.11 | Coast Guard | 2.11 | Same |
| 2.12 | Chilling PMR | 2.12 | Same |
| 2.13 | OPD infiltrated | 2.13 | Adds including obtaining confidential work product docs |
| 2.14 | List of agencies that spied | 2.14 | Same |
| 2.15 | Fusion Centers | 2.15 | Adds known as WA Fusion Ctr |
| 2.16 | Tacoma PD Homeland Security Division | 2.16 | Same |
| 2.17 | Espionage focused on 2 households | 2.17 | Same |
| 2.18 | TPD raid threatened - Tacoma house | 2.18 | Same |
| 2.19 | Camera on utility pole there | 2.19 | Same |
| 2.20 | Berryhill, Cuddeford, McCarthy, Smith harrassed | 2.20 | Adds Dunn as being harrassed |
| 2.21 | Non-violent activists harrassed | 2.21 | Same |
| 2.22 | Rudd memos | 2.22 | Same |
| 2.23 | Coast Guard reports | 2.23 | Same |
| 2.24 | Army report | 2.24 | Same |
| 2.25 | Reports given to agencies listed in 2.14 | 2.25 | Same |
| 2.26 | Used to justify preemptive arrests & physical attacks | 2.26 | Same |
| 2.27 | 11/07 Port Oly military shipments | 2.27 | Same |
| 2.28 | PMR peaceful protests | 2.28 | Same |
| 2.29 | Rudd issued daily memos | 2.29 | Same |
| 2.30 | Memos discussed anticipated PMR tactics | 2.30 | Same |

3

| 2.31 | Military & LE strategy meetings in Seattle | 2.31 | Same |
|---|---|---|---|
| 2.32 | Strategy for neutralizing PMR | 2.32 | Same |
| 2.33 | Michel, Bjornstad & Nelson directed officers per those meetings & Hall's direction | 2.33 | Same |
| 2.34 | Decision by city to use excessive force, etc. | 2.34 | Same |
| 2.35 | Attacks intended to chill rights | 2.35 | Same |
| 2.36 | Police changed tactics | 2.36 | Same |
| 2.37 | Demonstrators & bystanders injured | 2.37 | Same |
| 2.38 | Many had minor injuries | 2.38 | Same |
| 2.39 | TV footage of pepper spray | 2.39 | Same |
| 2.40 | Bjornstad decided to make preemptive arrests | 2.40 | Same |
| 2.41 | Decision based on spying | 2.41 | Same |
| 2.42 | Plaintiffs harmed by spying | 2.42 | Same |
|  |  | 2.43 | Left out of amended complaint |
|  |  | 2.44 | New - Panagacos, Cox, Snyder, Porter, Robbins, Garfield arrested 11/13/07, others arrested during 11/07 protests |
| 2.43 | 41 arrests based on spying | 2.45 | Same as 2.43 |
| 2.44 | Demonstrators not blocking road | 2.46 | Same as old 2.44 but clarifies for 11/13/07 |
| 2.45 | No convoys at time | 2.47 | Same as 2.45 |
| 2.46 | Convoy brought out via another gate | 2.48 | Same as 2.46, but adds 11/13/07 |
| 2.47 | Strip down | 2.49 | Same as 2.47, but adds 11/13/07 & cites Love v. Olympia |
| 2.48 | Exposed & cold in jail | 2.48 | Same |
| 2.49 | No blankets | 2.49 | Same |

4

| 2.50 | Medical harm to one plaintiff | 2.50 | Adds harm in jail subject of different action <u>Love v. Olympia</u> |
|------|-------------------------------|------|----------------------------------------------------------------------|
| 2.51 | False arrests etc connected to spying | 2.51 | Same |
| 2.52 | Evidence destruction | 2.52 | Same, except adds detail re Johnson & Lower |
| 2.52 | Towery, Rudd & Colvin continued spying | 2.52 | Same |
| 2.53 | PMR meeting One Heart Cafe | 2.53 | Same |
| 2.54 | Towery there, sent out messages | 2.54 | Same |
| 2.55 | Demonstrators followed & arrested | 2.55 | Same |
| 2.56 | Lakewood arrests | 2.56 | Same |
| 2.57 | Spying uncovered via Olympia Public records request | 2.57 | Same |
| 2.58 | Towery spying as Jacob for 2.5 yrs | 2.58 | Same |
| 2.59 | Towery admitted spying | 2.59 | Same |
| 2.60 | Dunn considered Towery close friend | 2.60 | Same |
| 2.61 | Army admit Towery works for them | 2.61 | Same |
| 2.62 | No investigation | 2.62 | Same |
| 2.63 | US Attorney conceals spying | 2.63 | Same |
| 2.64 | Spying continues minus Towery | 2.64 | Same |
|      |                               |      |      |
|      | **Damages** |      |      |
| 3.1 | Deprivation of 1st, 4th, 5th & 14th Amendments rights | 3.1 | Same |
| 3.2 | Deprivation of WA Const. rights | 3.2 | Same |
| 3.3 | Forced to retain counsel | 3.3 | Same |
| 3.4 | Physical & Psychological harm | 3.4 | Same |
| 3.5 | Constitutional, personal harm & chilling | 3.5 | Same |
| 3.6 | Compensation for pain & suffering | 3.6 | Same |

# EXHIBIT 2

# *Panagacos* and *Love* Plaintiffs and Claims for Relief Comparison Chart

| | Panagacos | | Love |
|---|---|---|---|
| | Complaint | 1st Amended Complaint | Complaint |
| **Plaintiffs** | Snyder | Snyder | Snyder |
| | Imani | | Imani |
| | | | Love |
| | Panagacos | Panagacos | |
| | Hagel | Hagel | |
| | Cox | Cox | |
| | Chaplin | | |
| | Porter | Porter | |
| | Romero | | |
| | Robbins | Robbins | |
| | Garfield | Garfield | |
| | Rhodes | Rhodes | |
| | Evans | Evans | |
| | Grande | Grande | |
| | Rios | Rios | |
| | | | |
| **Claims** | 1.  Violation of Civil rights, ind. defendants | | Same |
| | 2.  Violation of Civil rights, City | | Same |
| | 3.  Violation of WA constitutional rights, all defendants | | Same |
| | 4.  False arrest, all defendants | | Same |
| | 5.  False arrest, all defendants | | Same |
| | 6.  Assault and battery, all defendants | | Same |
| | 7.  Intentional infliction of emotional distress, all defendants | | Same |
| | 8.  Malicious prosecution, all defendants | | Same |

**EXHIBIT 2**