HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JULIANNE PANAGACOS, et al.,

        Plaintiffs,

v.

JOHN J. TOWERY, et al.,

        Defendants.

Case No. CV 10-5018 RBL

ORDER

THIS MATTER is before the court on the following motions: Defendants' Motion for Order of Contempt [Dkt. #19] and Defendants' Motion for an extension of time for Defendants to file a responsive pleading. [Dkt. #27].

Defendants argue that the Plaintiffs were ordered to, and failed, to timely file an Amended Complaint in Response to the Court's Order [Dkt. #16] on Defendants' Motion for a More Definite Statement [Dkt. #10]. Plaintiffs acknowledge the failure, attributing it to erroneous note taking, and emphasizes that they intend to file a second amended complaint in any event. Defendants acknowledge this in seeking additional time to file an Answer or other responsive pleading.

ORDER
Page - 1

1  The Motion for Contempt is DENIED.  The Plaintiffs are ORDERED to file an amended complaint addressing the court's prior order, and encompassing the new claims outlined in their Response, by August 9, 2010.  Defendants will file their Answer or another responsive pleading consistent with the Federal Rules after that filing.  As so modified, the defendants' Motion for an extension of time is GRANTED.

IT IS SO ORDERED.

Dated this 20th day of July, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE