Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JULIANNE PANAGACOS, MALLORY HAGEL, STEPHANIE SNYDER, EMILY COX, KIM CHAPLIN, MOLLY PORTER, FIBIOLA ROMERO, ANDREA ROBBINS, JULIA GARFIELD, ERAN RHODES, ELI EVANS, CHRIS GRANDE, DAVI RIOS,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN J. TOWERY, THOMAS R. RUDD, CLINT COLVIN, CITY OF OLYMPIA, TOR BJORNSTAD, et al.,<br><br>Defendants. | No. C10-05018-RBL<br><br>DECLARATION OF THEODORE J. ANGELIS IN SUPPORT OF JOINT MOTION TO EXTEND DEADLINE |

I, Theodore Angelis, declare as follows:

1. I am an attorney admitted to the practice of law in the State of Washington, as well as before this Court. I am a partner with K&L Gates LLP, and am counsel for defendant Thomas R. Rudd.

2. Since June, I, along with counsel for John J. Towery and Clint Colvin, have been working with the Department of Justice to seek certification, under the *Westfall* Act, that the Towery, Colvin, and Rudd ("Federal Individual Defendants") were acting within the

DECLARATION OF THEODORE J.
ANGELIS IN SUPPORT OF JOINT
MOTION TO EXTEND DEADLINE - 1
Case No. C10-05018-RBL

K:\2067584\00001\21366_SRC\21366P20QC

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

scope of their employment when the incidents at issue in this case occurred. I understand that the Department of Justice is still in the process of determining whether to provide *Westfall* Act certification.

3. I have been in contact with the United States Attorney's Office—which has been delegated the task of deciding *Westfall* Act certification—regarding the timeframe for its decision. My most recent contact with the United States Attorney's Office occurred on August 18, 2010. I have learned that the U.S. Attorney's Office is diligently working to make a final decision regarding *Westfall* Act certification, but it likely will take additional time for a decision to be made, and I estimate the decision will take at least 30 days from the deadline for the Federal Individual Defendants' response to plaintiffs' Second Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct:

EXECUTED this 19th day of August, 2010 at Seattle, Washington.

_____
Theodore J. Angelis

DECLARATION OF THEODORE J.
ANGELIS IN SUPPORT OF JOINT
MOTION TO EXTEND DEADLINE - 2
Case No. C10-05018-RBL

K:\2067584\00001\21366_SRC\21366P20QC

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1

## CERTIFICATE OF SERVICE

2  I hereby certify that on August 19, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties
3  of record.

4
                            s/ Samuel R. Castic
                              Samuel R. Castic, WSBA # 39301
5                             K&L GATES LLP
                            925 Fourth Ave., Suite 2900
6                             Seattle, WA  98104
                            Telephone:     (206) 623-7580
7                             Facsimile:       (206) 623-7022
                            Email: sam.castic@klgates.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF THEODORE J.
ANGELIS IN SUPPORT OF JOINT
MOTION TO EXTEND DEADLINE - 3
Case No. C10-05018-RBL

K:\2067584\00001\21366_SRC\21366P20QC

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022