The Honorable Ronald B. Leighton
Noted for October 22, 2010

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JULIANNE PANAGACOS, MALLORY HAGEL, STEPHANIE SNYDER, EMILY COX, KIM CHAPLIN, MOLLY PORTER, FABIOLA ROMERO, ANDREA ROBBINS, JULIA GARFIELD, ERAN RHODES, ELI EVANS, CHRIS GRANDE, DAVI RIOS,<br><br>        Plaintiffs,<br><br>    v.<br><br>JOHN J. TOWERY, THOMAS R. RUDD; CLINTON D. COLVIN; CITY OF OLYMPIA; TOR BJORNSTAD, ET AL.,<br><br>        Defendants. | No. 3:10-cv-5018 RBL<br><br>DEFENDANT CLINTON D. COLVIN'S **REPLY** TO MOTION TO DISMISS, PURSUANT TO RULE 12(b)(6), OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT PURSUANT TO RULE 56 |

COMES NOW Defendant Clinton Colvin, by and through his attorney Mark N. Bartlett, respectfully requests that the Court deny Plaintiffs' Motion to Dismiss pursuant to Notice of Unavailability. In addition, Mr. Colvin respectfully requests that the Court deny Plaintiff's request for an extension of 30 days to respond. Mr. Colvin's request to the Court is based on the following:

DEFENDANT CLINTON D. COLVIN'S REPLY TO MOTION TO
DISMISS, OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY
JUDGMENT (3:10-cv-5018 RBL) - 1
DWT 15708830v1 0092030-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1. On June 1, 2010, I filed an appearance on behalf of defendant Clinton Colvin in the above-matter.

2. During the five months since I have appeared in this matter (June 1 to October 25), Plaintiffs' Attorney Lawrence A. Hildes has filed a series of notices of unavailability. Added together, those notices indicate Mr. Hildes to be unavailable for approximately 50% of this time period (72 out of 147 days). In addition, during much of this period of unavailability, Mr. Hildes submits he does not have access to email.

3. A "Notice of Unavailability" is not an official court order that allows one party to dictate the court calendar ex parte. Instead, it is professional courtesy that all federal practitioners in the Western District of Washington attempt to extend to their fellow members of the bar.

4. I have always attempted to extend such courtesies to other counsel. That courtesy, however, can only be extended within the parameters of an attorney's ethical duty to his client and, in addition, subject to an unspoken understanding that no attorney would abuse the practice.

5. Mr. Hildes's statement that "[t]here was no urgency at that time for Defendant Colvin to file a motion" illustrates his total lack of appreciation of Mr. Colvin's position. Mr. Colvin is attempting to find a new job after his mandatory retirement in June 2010. He believes this pending lawsuit is negatively impacting his job search. In addition, Mr. Colvin finds the lawsuit to be a highly stressful situation for not only himself, but for his entire family. The stress is heightened by Mr. Colvin's strong belief that the lawsuit is baseless. From the first conversation I had with Mr. Colvin, he unequivocally,

DEFENDANT CLINTON D. COLVIN'S REPLY TO MOTION TO
DISMISS, OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY
JUDGMENT (3:10-cv-5018 RBL) - 2
DWT 15708830v1 0092030-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

emphatically, and repeatedly has instructed me to attempt to get the claims against him dismissed at the earliest possible time.

6. Mr. Hildes made a decision to represent the Plaintiffs and file the underlying lawsuit that is currently pending before this court. This lawsuit has been pending since January 13, 2010. Mr. Hildes also made the decision to attend conferences in Detroit, Michigan, and New Orleans, Louisiana, and further decided what other legal matters to involve himself in. Mr. Hildes appears to suggest that there should be special rules carved out to meet the unique needs of his personal and professional calendar, regardless of how his numerous other commitments might impact the court and/or other parties.

7. Mr. Colvin has had this lawsuit pending against him for nine months. As countless courts have ruled in analyzing *Bivens* claims, qualified immunity provides government employees immunity from suit, not merely a defense to liability. *Mitchell v. Forsyth*, 472 U.S. 511 (1985).

Mr. Colvin respectfully request that Plaintiff's motion to dismiss, and in the alternative, to extend time, be denied.

DATED this 8th day of October, 2010.

        Davis Wright Tremaine LLP
        Attorneys for Defendant Clint Colvin

        By *s/ Mark N. Bartlett*
           Mark N. Bartlett, WSBA #15672
           Suite 2200
           1201 Third Avenue
           Seattle, Washington 98101-3045
           Telephone: (206) 757-8298
           Fax: (206) 757-7700
           E-mail: markbartlett@dwt.com

DEFENDANT CLINTON D. COLVIN'S REPLY TO MOTION TO DISMISS, OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT (3:10-cv-5018 RBL) - 3
DWT 15708830v1 0092030-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who receive CM/ECF notification, and that the remaining parties shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 8th day of October, 2010.

>  Davis Wright Tremaine LLP
>  Attorneys for Defendant Clint Colvin
>
>  By   *s/ Mark N. Bartlett*
>  Mark N. Bartlett, WSBA #15672
>  Suite 2200
>  1201 Third Avenue
>  Seattle, Washington  98101-3045
>  Telephone: (206) 757-8298
>  Fax: (206) 757-7700
>  E-mail: markbartlett@dwt.com

DEFENDANT CLINTON D. COLVIN'S REPLY TO MOTION TO DISMISS, OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT (3:10-cv-5018 RBL) - 4
DWT 15708830v1 0092030-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700