|   |   |
|---|---|
|   | Hon. Ronald B. Leighton |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| JULIANNE PANAGACOS *et al.*, | ) | No. 10-cv-5018-RBL |
| Plaintiffs, | ) | |
| v. | ) | **ORDER CHANGING CAPTION** |
| JOHN J. TOWERY *et al.*, | ) | |
| Defendants. | ) | |

This matter came before the Court on the United States' Notice of Substitution and Motion to Change Caption. The Court having read and considered the United States' Notice and Motion, any documents filed in opposition, and the United States' reply, if any, the Court finds itself fully advised and hereby ORDERS:

The United States' Notice is hereby received. Pursuant to the Certification from Jenny A. Durkan, United States Attorney for the Western District of Washington, and pursuant to the provisions of the Federal Employees' Liability Reform and Tort Compensation Act of 1988 (Public Law 100-694), and specifically 28 U.S.C. § 2679(d)(2), as amended by said Public Law, the United States of America is substituted as the sole party defendant herein in place of and instead of defendant Clint Colvin with respect only to those claims alleged by Plaintiffs sounding in Washington State or common law tort.

//
//
//

[PROPOSED] ORDER ON MOTION FOR CHANGE OF CAPTION - 1
(10-cv-5018-RBL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1  IT IS HEREBY FURTHER ORDERED that the caption of this case be changed to reflect
2  this substitution by adding the United States as a defendant in that limited capacity.
3  DATED this 11th day of October, 2010.

*[signature]*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:
JENNY A. DURKAN
United States Attorney

/s/ J. Michael Diaz
J. MICHAEL DIAZ, WSBA #38100
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4073
E-mail: Michael.Diaz@usdoj.gov

[PROPOSED] ORDER ON MOTION FOR CHANGE OF CAPTION - 2
(10-cv-5018-RBL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970