Hon. Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JULIANNE PANAGACOS et al.,

    Plaintiffs,

v.

JOHN J. TOWERY et al.,

    Defendants.

No. 10-cv-5018-RBL

DECLARATION OF LORENZO FERGUSON IN SUPPORT OF UNITED STATES' MOTION TO DISMISS

## DECLARATION

Lorenzo Ferguson hereby declares as follows:

1. I am over 18. I am competent to make this declaration, which is based upon my personal knowledge and information made known to me in the course of my professional duties and responsibilities.

2. I am the Chief, Operations and Records Branch, United States Army Claims Service, 4411 Llewellyn Avenue, Suite 5360, Fort George G. Meade, Maryland 20755-5125. In this capacity, I have access to records of all claims against the U.S. for which the Army has investigative responsibility. This includes claims under the Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680, and other related tort claims statutes.

3. I understand that any claims received by the United States Army, Navy, Air Force, and Coast Guard received from any plaintiffs in the above-referenced action were forwarded to the Army to serve as the lead agency for the claims.

4. I understand that the Air Force received a claim on 23 April 2010 regarding

DECLARATION OF Ferguson IN SUPPORT OF
UNITED STATES' MOTION TO DISMISS - 1
(10-cv-5018-RBL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1. Brendan M. Dunn and a claim from Glenn Crespo on 1 June 2010.
2. 5. I understand that the Navy received a claim from Brendan M. Dunn on 26 April 2010 and a claim from Glenn Crespo on 2 June 2010.
3. 6. I understand that the Coast Guard received a claim from Brendan M. Dunn on 22 April 2010 and a claim from Glenn Crespo on 7 June 2010.
4. 7. I understand that the Army received a claim from Brendan M. Dunn on 22 April 2010 and a claim from Glenn Crespo on 1 June 2010.
5. 8. The Army has sought information (a request for substantiating evidence) from Mr. Crespo, which to date has not been provided.
6. 9. All above-referenced claims remain pending to date and have not been rejected.

I declare under penalty of perjury under the laws of the United States of America and the State of Maryland that the foregoing is true and correct.

DATED: October 22, 2010 at Fort George G. Meade, Maryland

Lorenzo Ferguson
Chief, Operations and Records
Tort Claims Division

DECLARATION OF Ferguson IN SUPPORT OF
UNITED STATES' MOTION TO DISMISS - 2
(10-cv-5018-RBL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970