THE HONORABLE RONALD B. LEIGHTON

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| JULIANNE PANAGACOS, ET AL., | ) NO. **3:10-cv-5018** RBL |
| | ) **DECLARATION OF BRENDAN DUNN IN** |
| | ) **SUPPORT OF PLAINTIFFS' RESPONSE** |
| | ) **TO DEFENDANT COLVIN/USA'S MOTION** |
| Plaintiffs, | ) **TO DISMISS OR FOR SUMMARY** |
| | ) **JUDGMENT** |
| v. | ) |
| | ) |
| JOHN J. TOWERY; THOMAS R. RUDD | ) Noted for November 19, 2010 |
| CLINT COLVIN; CITY OF OLYMPIA | ) |
| TOR BJORNSTAD, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

1) I declare the following of my own personal knowledge, and if called upon to do so,

    could so competently testify.

State of Washington v. Ballantine, et al –
RENEWED KNAPSTAD MOTION

LAWRENCE A. HILDES (WSBA# 35035)
P.O. Box 5405, Bellingham, WA 98227
Ph: (360) 715-9788   Fax.: (360) 714-1791
e-mail: lhildes@earthlink.net
Attorney for Defendants named above

1

1   2) That I, BRENDAN DUNN, am a Plaintiff in this matter, am over the age of 18
2       years, and am a resident of Utica, NY.
3   3) I am first and foremost a labor and community organizer, but also a committed
4       anti-war activist.
5   4) I see the best way to create a new and brighter tomorrow is through peaceful,
6       broad-based movements from the community and grassroots level.
7   5) As part of those beliefs, I became active in Port Militarization Resistance (PMR) in
8       May of 2006 at the beginning of that movement.
9   6) The women who were arrested on November 13, 2009 were associated with PMR
10  7) From the very beginning I noticed peculiar, suspicious and bizarre activity that
11      strongly hinted of surveillance of some type.
12  8) I was arrested in May of 2006 at a gate of the Port of Olympia with several others.
13  9) We were charged with criminal trespass.
14  10) We went to trial on that charge in March of 2007.
15  11) A mistrial was declared when the prosecutor produced a confidential jury
16      spreadsheet from the defense attorney-client private listserve.
17  12) I later discovered that there was foreknowledge of this by numerous police
18      agencies in publicly released records from the Tacoma Police Department
19      Homeland Security meeting minutes.
20  13) Approximately half-an-hour to an hour *before* the prosecutors presented the
21      document and moved for a mistrial, Captain Strickland of the Tacoma Police
22      Department announced in a Tacoma Police Department Homeland Security

State of Washington v. Ballantine, et al –
RENEWED KNAPSTAD MOTION

LAWRENCE A. HILDES (WSBA# 35035)
P.O. Box 5405, Bellingham, WA 98227
Ph: (360) 715-9788   Fax.: (360) 714-1791
e-mail: lhildes@earthlink.net
Attorney for Defendants named above

2

1  Committee Meeting, the presentation of the jury spreadsheet and the likelihood
2  that a mistrial would ensue
3  14) Two months later, the case was dismissed on the eve of a second trial by the
4  court for prosecutorial misconduct related to the falsification of and withholding of
5  police reports by the prosecutor's office.
6  15) Between those two events we learned that the Tacoma Police Department had
7  been spying on that privileged listserve by somehow subscribing to the list.
8  16) We didn't find out the extent of that spying until this Spring-Summer.
9  17) As PMR became better organized and as more actions happened to attempt to
10  disrupt or slow down military shipments in the coming years, surveillance became
11  less of a suspicion and more of a reality, especially during the Port demonstrations
12  in Olympia in November of 2007.
13  18) There was one undercover detective present during the actions and one stranger
14  who collected names and contact information from demonstrators, and also came
15  to my house on a few occasions, was spotted crossing police lines a number of
16  occasions without getting arrested or detained.
17  19) The most egregious violation of our rights and, personally, my trust and faith in
18  people was confirmed after I did some public records requests this year on my
19  union the IWW, as well as on SDS and anarchists through the City of Olympia.
20  20) The documents we received in response to those public records act requests
21  included US Army Force Protection Reports from Thomas R. Rudd of the Army to
22  law enforcement officers throughout the region and lots of army personnel about

State of Washington v. Ballantine, et al –
RENEWED KNAPSTAD MOTION

LAWRENCE A. HILDES (WSBA# 35035)
P.O. Box 5405, Bellingham, WA 98227
Ph: (360) 715-9788   Fax.: (360) 714-1791
e-mail: lhildes@earthlink.net
Attorney for Defendants named above

3

1    PMR and demonstrations and actions about military shipments through the Ports

2    of Olympia and Tacoma.

3    21) They included information gathered by someone named John J. Towery II of Army

4    Intelligence at Ft. Lewis during private meetings of PMR and other activists about

5    the military shipments through the Port of Olympia in November 2007 and off the

6    listserves of PMR and others.

7    22) After a certain amount of research was done, people were able to confirm that my

8    friend "John Jacob" was John J. Towery II and was actually a spy for the US

9    Military and connected to a fusion cell out of Fort Lewis.

10   23) A fusion cell is a structure where military personnel are sharing intelligence with

11   public law enforcement agencies and sometimes private ones as well.  Much of

12   this information, in this case probable all of it, came from spying.

13   24) I know that it is illegal for the Army to spy on civilian groups and individuals in the

14   United States.

15   25)  According to the documents I received, John Towery was sent by his superiors to

16   infiltrate and spy on PMR, SDS and different anarchists in Olympia and Tacoma.

17   26) John, by his own admission to me and another activist, confirmed that he did in

18   fact spy on us.

19   27) He started to get involved with PMR, SDS and anarchists locally in March/April

20   2007 and we had been friends since then.

21   28) He had access to PMR's listserve where he acted as an administrator (and had

22   access to peoples names and email addresses), was present in planning and

State of Washington v. Ballantine, et al – 
RENEWED KNAPSTAD MOTION

LAWRENCE A. HILDES (WSBA# 35035)
P.O. Box 5405, Bellingham, WA 98227
Ph: (360) 715-9788   Fax.: (360) 714-1791
e-mail: lhildes@earthlink.net
Attorney for Defendants named above

4

1  strategizing meetings for PMR, was involved with countless actions and rallies and
2  was as much a part of PMR as I or anyone else was.
3  29) He was present the night of the women's arrests (November 13, 2007) and many
4  other nights during the port demonstrations in November 2007, as well as at the
5  meetings where those demonstrations were organized.
6  30) John also admitted that he passed on information to a network intelligence that
7  included OPD, TPD, numerous municipal and county police agencies, JTTF,
8  WAJAC (The Washington Joint Analytical Center), DHS, FBI, US Army, The
9  Force Protection Office at Fort Lewis for whom he worked, ICE, etc. including Tor
10 Bjornstad of the Olympia Police Department and other officials of the Olympia
11 Police Department, as well as the Tacoma, and Lakewood Police Departments,
12 Thurston County Sheriff's Office and other law enforcement agencies involved in
13 the harassment and arrests of PMR activists.
14 31) Since John Towery began spying on us, I have faced continual harassment from
15 the police (getting pulled over numerous times for going 20-30 mph below the
16 speed limit when I was in fact going the speed limit), tickets for infractions I did not
17 commit, getting detained twice at the border with Canada because I have an FBI
18 number attached to my name for reasons I do not know.
19 32) I am aware that information that Towery obtained illegally has been used to arrest
20 and prosecute numerous people associated with PMR including the women
21 charged in this case.
22

State of Washington v. Ballantine, et al –
RENEWED KNAPSTAD MOTION

LAWRENCE A. HILDES (WSBA# 35035)
P.O. Box 5405, Bellingham, WA 98227
Ph: (360) 715-9788   Fax.: (360) 714-1791
e-mail: lhildes@earthlink.net
Attorney for Defendants named above

5

1   I declare under penalty of perjury under the laws of the State of Washington that the

2   foregoing is true and correct.

3

4   Signed on November 15, 2010 at Olympia, WA.

5

6   _____
7   BRENDAN DUNN
8

9

State of Washington v. Ballantine, et al –
RENEWED KNAPSTAD MOTION

LAWRENCE A. HILDES (WSBA# 35035)
P.O. Box 5405, Bellingham, WA 98227
Ph: (360) 715-9788   Fax.: (360) 714-1791
e-mail: lhildes@earthlink.net
Attorney for Defendants named above

6