HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JULIANNE PANAGACOS, et. al.,

Plaintiffs,

v.

JOHN T. TOWERY, et. al.,

Defendants.

Case No. C10-5018 RBL

ORDER DENYING DEFENDANT
CLINTON D. COLVIN'S MOTION FOR
RECONSIDERATION [Dkt. #102]

This matter is before the Court on Defendant Colvin's Motion for Reconsideration [Dkt. #102] of this Court's Order [Dkt. #101] denying in part his motion to dismiss pursuant to Rule 12(b)(6).

Under Local Rule 7, Motions for Reconsideration are disfavored, and will ordinarily be denied absent a showing of manifest error, or a new factual or legal basis which could not have been raised earlier.  Local Rule 7(h).  This standard has not been met in this case, and the Court will not reconsider its prior ruling [Dkt. #101].

It is ORDERED that Defendant Colvin's Motion for Reconsideration [Dkt. #102] is DENIED.

DATED this 15th day of March, 2011.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1