**JUDGE RONALD B. LEIGHTON**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JULIANE PANAGACOS, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN J. TOWERY, *et al.*, <br><br> Defendants. | NO. 3:10-cv-05018 RBL <br><br> **STIPULATION AND ORDER TO ALLOW WRITTEN DISCOVERY BETWEEN PLAINTIFFS AND OLYMPIA DEFENDANTS** |

## STIPULATION

The parties through their respective attorneys of record stipulate that written discovery between the plaintiffs and defendants City of Olympia, Bjornstad, Lower, Herbig, Nelson, Johnson, Costa, Butler, Hall and Michel (Olympia Defendants) pursuant to FRCP 33, 34 and 36 may proceed and that the 25 interrogatory limitation of FRCP 33(a)(1) should be modified for that discovery to allow for a total of 50 interrogatories, with no more than 25 interrogatories pending at one time.

  August 1st, 2011          */s/ Lawrence A. Hildes*
Date                        Larry Hildes, WSBA#35035
                            Attorney for Plaintiffs

**STIPULATION AND ORDER TO ALLOW WRITTEN DISCOVERY BETWEEN PLAINTIFFS AND OLYMPIA DEFENDANTS - 1**
**U.S.D.C. No. 3:10-cv-05018 RBL**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON BLVD S.W., TUMWATER, WA 98512*
*P.O. BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

| | |
|---|---|
| August 1st, 2011 | /s/ Donald L. Law |
| Date | Donald L. Law, WSBA# 6122 |
| | Attorney for Defendants City of Olympia, Bjornstad, Lower, Herbig, Nelson, Johnson, Costa, Butler, Hall, Michel |
| August 1st, 2011 | /s/ Theodoe Angelis |
| Date | Theodore Angelis, WSBA#30300 |
| | Pallavi Mehta Wahi, WSBA#32799 |
| | Samuel R. Castic, WSBA#39301 |
| | Attorneys for Defendant Rudd |
| August 1st, 2011 | /s/ Mark N. Bartlett |
| Date | Mark N. Bartlett, WSBA#15672 |
| | Attorney for Defendant Colvin |
| August 2nd, 2011 | /s/ Michael D. McKay |
| Date | Michael D. McKay, WSBA# 7040 |
| | Kathryn C. Pineda, WSBA# 39110 |
| | Thomas M. Brennan, WSBA# 30662 |
| | Attorneys for Defendant Towery |
| August 2nd, 2011 | /s/ Jean P. Homan |
| Date | Jean P. Homan, WSBA#27084 |
| | Attorney for Defendants City of Tacoma, Smith, Feddersen |

## ORDER

Pursuant to the above stipulation, it is hereby ORDERED that written discovery between the plaintiffs and defendants City of Olympia, Bjornstad, Lower, Herbig, Nelson, Johnson, Costa, Butler, Hall and Michel (Olympia Defendants) pursuant to FRCP 33, 34 and 36 may proceed and that the 25 interrogatory limitation of FRCP 33(a)(1) shall be modified for that discovery to allow for a total of 50 interrogatories, with no more than 25 interrogatories pending at one time.

Dated this 3rd day of August, 2011.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER TO ALLOW
WRITTEN DISCOVERY BETWEEN PLAINTIFFS
AND OLYMPIA DEFENDANTS - 2
U.S.D.C. No. 3:10-cv-05018 RBL**

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON BLVD S.W., TUMWATER, WA 98512
P.O. BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480  FAX: (360) 357-3511*