1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JULIANNE PANAGACOS, et al.,

                          Plaintiffs,

      v.

JOHN J. TOWERY, THOMAS R. RUDD, et al.,

                         Defendants.

No. C10-05018-RBL

DEFENDANT THOMAS R. RUDD'S ANSWER TO THIRD AMENDED COMPLAINT

Defendant Thomas R. Rudd answers the plaintiffs' October 7, 2010 Third Amended Complaint as follows:

## I. Jurisdiction

1.     Rudd admits that this Court has jurisdiction, and that venue is proper in this Court.

2.     Paragraph 2 consists of Plaintiffs' characterization of their claims. Accordingly, no response is required. To the extent that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

3.     To the extent that the allegations contained in Paragraph 3 are directed to other Defendants, Rudd lacks knowledge or information sufficient to form a belief as to the truth of

DEFENDANT THOMAS R.
RUDD'S ANSWER TO THIRD
AMENDED COMPLAINT
Case No. C10-05018-RBL

K:\2067584\00001\22689_HCG\22689P20T8

1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

the allegations, and therefore denies them.  Rudd admits that he resides in this judicial district.

4.      Paragraph 4 does not contain factual allegations.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

## II. Parties

1.1     Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 1.1, and therefore denies them.  The remaining sentences in Paragraph 1.1 consist of Plaintiffs' characterization of their claims, argument, and legal conclusions.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1.2     Mallory Hagel is no longer a plaintiff.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd responds as follows:  Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 1.2, and therefore denies them. The remaining sentences in Paragraph 1.2 consist of Plaintiffs' characterization of their claims, argument, and legal conclusions.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1.3     Stephanie Snyder is no longer a plaintiff.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd respond as follows: Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 1.3, and therefore denies them. The remaining sentences in Paragraph 1.3 consist of Plaintiffs' characterization of their claims, argument, and legal

DEFENDANT THOMAS R.
RUDD'S ANSWER TO THIRD
AMENDED COMPLAINT
Case No. C10-05018-RBL

2

K:\2067584\00001\22689_HCG\22689P20T8

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

conclusions.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1.4    Emily Cox is no longer a plaintiff. Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd responds as follows: Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 1.4, and therefore denies them. The remaining sentences in Paragraph 1.4 consist of Plaintiffs' characterization of their claims, argument, and legal conclusions.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1.5    Molly Porter is no longer a plaintiff. Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd responds as follows: Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 1.5, and therefore denies them. The remaining sentences in Paragraph 1.5 consist of Plaintiffs' characterization of their claims, argument, and legal conclusions.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1.6    Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 1.6, and therefore denies them.  The remaining sentences in Paragraph 1.6 consist of Plaintiffs' characterization of their claims, argument, and legal conclusions.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

DEFENDANT THOMAS R. RUDD'S ANSWER TO THIRD AMENDED COMPLAINT

Case No. C10-05018-RBL

K:\2067584\00001\22689_HCG\22689P20T8

3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1.7    Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 1.7, and therefore denies them. The remaining sentences in Paragraph 1.7 consist of Plaintiffs' characterization of their claims, argument, and legal conclusions. Accordingly, no response is required. To the extent that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1.8    Eran Rhodes is no longer a plaintiff. Accordingly, no response is required. To the extent that a response may be deemed required, Rudd responds as follows: Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 1.8 and therefore denies them. The remaining sentences in Paragraph 1.8 consist of Plaintiffs' characterization of their claims, argument, and legal conclusions. Accordingly, no response is required. To the extent that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1.9    Eli Evans is no longer a plaintiff. Accordingly, no response is required. To the extent that a response may be deemed required, Rudd responds as follows: Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 1.9, and therefore denies them. The remaining sentences in Paragraph 1.9 consist of Plaintiffs' characterization of their claims, argument, and legal conclusions. Accordingly, no response is required. To the extent that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1.10    Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 1.10, and therefore denies them. The remaining sentences in Paragraph 1.10 consist of Plaintiffs' characterization of their claims,

DEFENDANT THOMAS R. RUDD'S ANSWER TO THIRD AMENDED COMPLAINT

Case No. C10-05018-RBL

K:\2067584\00001\22689_HCG\22689P20T8

4

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

argument, and legal conclusions.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1.11  Davi Rios is no longer a plaintiff.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd responds as follows: Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 1.11, and therefore denies them. The remaining sentences in Paragraph 1.11 consist of Plaintiffs' characterization of their claims, argument, and legal conclusions.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1.12  Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 1.12, and therefore denies them.  The remaining sentences in Paragraph 1.12 consist of Plaintiffs' characterization of their claims, argument, and legal conclusions.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1.13  Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 1.13, and therefore denies them.  The remaining sentences in Paragraph 1.13 consist of Plaintiffs' characterization of their claims, argument, and legal conclusions.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1.14  Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 1.14, and therefore denies them.  The

DEFENDANT THOMAS R. RUDD'S ANSWER TO THIRD AMENDED COMPLAINT
Case No. C10-05018-RBL

K:\2067584\00001\22689_HCG\22689P20T8

5

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

remaining sentences in Paragraph 1.14 consist of Plaintiffs' characterization of their claims, argument, and legal conclusions.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1.15  To the extent Paragraph 1.15 is directed to other Defendants or third parties, no response is required.  To the extent that the allegations are directed at Rudd and/or a response otherwise may be deemed required, Rudd responds as follows:  Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 1.15.  Rudd admits that Towery was a civilian employee of the U.S. Army Force Protection Division at Fort Lewis, Washington, during the period at issue in the Third Amended Complaint, but denies that Rudd ordered Towery to infiltrate Port Militarization Resistance or any other group and/or engage in any of the conduct enumerated in Paragraph 1.15.  Rudd further denies that Towery infiltrated Port Militarization Resistance and/or engaged in any of the conduct enumerated in Paragraph 1.15 while acting within the scope of his duties as a civilian employee of the U.S. Army Fort Protection Division at Fort Lewis, Washington.  Rudd lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 1.15, and therefore denies them.  Rudd denies all allegations not specifically admitted.

1.16  Rudd denies that he resides in Pierce County, Washington, and affirmatively alleges that he lives in Thurston County, Washington. Rudd admits that he is a civilian employee of the U.S. Army Force Protection Division at Ft. Lewis, Washington, and was one during the period at issue in the Third Amended Complaint.  Rudd denies that he directed Towery to infiltrate Port Militarization Resistance or any other group and/or engage in any of the conduct enumerated in Paragraph 1.16.  Rudd admits that he produced memoranda, Force Protection Reports, and Threat Assessments; that said documents may have contained

DEFENDANT THOMAS R.
RUDD'S ANSWER TO THIRD
AMENDED COMPLAINT
Case No. C10-05018-RBL

6

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

information received from Towery; and that said documents were disseminated to various military, Federal, State, and Local Officials and Law Enforcement Officers, but denies the remaining allegations contained in the fifth sentence.  The remaining allegations in Paragraph 1.16 consist of Plaintiffs' characterization of their claims, argument, and legal conclusions. Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 1.16, and therefore denies them.  Rudd denies all allegations not specifically admitted.

1.17  To the extent Paragraph 1.17 is directed to other Defendants or third parties, no response is required.  To the extent that the allegations are directed to Rudd and/or a response otherwise may be deemed required, Rudd responds as follows:  Rudd admits that he produced memoranda, Force Protection Reports, and Threat Assessments; that said documents may have contained information received from Colvin; and that said documents were disseminated to various military, Federal, State, and Local Officials and Law Enforcement Officers, including Colvin, but denies the remaining allegations contained in the sixth sentence.  The remaining allegations in Paragraph 1.17 consist of Plaintiffs' characterization of their claims, argument, and legal conclusions.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 1.17, and therefore denies them.  Rudd denies all allegations not specifically admitted.

1.18  To the extent Paragraph 1.18 is directed to other Defendants or third parties, no response is required.  To the extent that the allegations are directed to Rudd and/or a response otherwise may be deemed required, Rudd responds as follows: Rudd admits that he prepared Force Protection Memoranda, Threat Assessments, and other writings, and that some of these were disseminated to Bjornstad.  The remaining allegations in Paragraph 1.18 consist of

DEFENDANT THOMAS R. RUDD'S ANSWER TO THIRD AMENDED COMPLAINT
Case No. C10-05018-RBL

7

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  Plaintiffs' characterization of their claims, argument, and legal conclusions. Accordingly, no

2  response is required. To the extent that a response may be deemed required, Rudd lacks

3  knowledge or information sufficient to form a belief as to the truth of the remaining

4  allegations in Paragraph 1.18, and therefore denies them. Rudd denies all allegations not

5  specifically admitted.

6      1.19  To the extent Paragraph 1.19 is directed to other Defendants or third parties, no

7  response is required. To the extent that the allegations are directed to Rudd and/or a response

8  otherwise may be deemed required, Rudd responds as follows: Rudd admits that he prepared

9  Force Protection Memoranda, Threat Assessments, and other writings, but lacks knowledge or

10  information sufficient to form a belief as to the truth of the allegation that Defendant Nelson

11  was a recipient of those documents. The remaining allegations in Paragraph 1.19 consist of

12  Plaintiffs' characterization of their claims, argument, and legal conclusions. Accordingly, no

13  response is required. To the extent that a response may be deemed required, Rudd lacks

14  knowledge or information sufficient to form a belief as to the truth of the remaining

15  allegations in Paragraph 1.19, and therefore denies them. Rudd denies all allegations not

16  specifically admitted.

17      1.20  Paragraph 1.20 is directed to another Defendant. Accordingly, Rudd lacks

18  knowledge or information sufficient to form a belief as to the truth of the allegations

19  contained in Paragraph 1.20, and therefore denies them.

20      1.21  Paragraph 1.21 is directed to another Defendant. Accordingly, Rudd lacks

21  knowledge or information sufficient to form a belief as to the truth of the allegations

22  contained in Paragraph 1.21, and therefore denies them.

23      1.22  Paragraph 1.22 is directed to another Defendant. Accordingly, Rudd lacks

24  knowledge or information sufficient to form a belief as to the truth of the allegations

25  contained in Paragraph 1.22, and therefore denies them.

26

DEFENDANT THOMAS R.
RUDD'S ANSWER TO THIRD                    8
AMENDED COMPLAINT
Case No. C10-05018-RBL

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1.23  Paragraph 1.23 is directed to another Defendant.  Accordingly, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1.23, and therefore denies them.

1.24  Paragraph 1.24 is directed to another Defendant.  Accordingly, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1.24, and therefore denies them.

1.25  Paragraph 1.25 is directed to another Defendant.  Accordingly, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1.25, and therefore denies them.

1.26  Paragraph 1.26 is directed to another Defendant.  Accordingly, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1.26, and therefore denies them.

1.27  Paragraph 1.27 is directed to another Defendant.  Accordingly, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1.27, and therefore denies them.

1.28  To the extent Paragraph 1.28 is directed to a third party, the Department of the Army, Rudd lacks knowledge or information sufficient to from a belief as to the truth of the allegations contained in Paragraph 1.28, and therefore denies them.  To the extent Paragraph 1.28 is directed to Rudd, Rudd responds as follows: Rudd denies the allegations that the Department of the Army directed Rudd to carry out illegal activities and/or order Towery to carry out illegal activities.  Rudd further specifically denies that he carried out illegal activities.  With respect to the remaining allegations in Paragraph 1.28, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1.29  Paragraph 1.29 is directed to a third party.  Accordingly, Rudd lacks knowledge or

DEFENDANT THOMAS R. RUDD'S ANSWER TO THIRD AMENDED COMPLAINT
Case No. C10-05018-RBL

9

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1.29, and therefore denies them.

1.30 Paragraph 1.30 is directed to a third party.  Accordingly, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1.30, and therefore denies them.

1.31  Paragraph 1.31 is directed to a third party.  Accordingly, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1.31, and therefore denies them.

1.32  Paragraph 1.32 is directed to another Defendant or third party.  Accordingly, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1.32, and therefore denies them.

1.33  To the extent Paragraph 1.33 is directed to other Defendants or third parties, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1.33, and therefore denies them.  To the extent Paragraph 1.33 is directed to Rudd, Rudd admits that he prepared and disseminated Force Protection Memoranda, Threat Assessments, and other writings, and may have disseminated them to Smith.  Rudd lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 1.33, and therefore denies them.  Rudd denies all allegations not specifically admitted.

1.34  To the extent Paragraph 1.34 is directed to other Defendants or third parties, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1.34, and therefore denies them.  To the extent Paragraph 1.34 is directed to Rudd, Rudd admits that he prepared and disseminated Force Protection Memoranda, Threat Assessments, and other writings, and may have disseminated them to Federson. Rudd lacks knowledge or information sufficient to form a belief as to the truth of

DEFENDANT THOMAS R. RUDD'S ANSWER TO THIRD AMENDED COMPLAINT
Case No. C10-05018-RBL

K:\2067584\00001\22689_HCG\22689P20T8

10

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

the remaining allegations in Paragraph 1.34, and therefore denies them.  Rudd denies all allegations not specifically admitted.

1.35  There is no Paragraph labeled 1.35.

1.36  Paragraph 1.36 is directed to other Defendants and third parties.  Accordingly, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1.37  Paragraph 1.37 does not contain any factual allegations and consists solely of Plaintiffs' characterization of their claims, argument, and legal conclusions.  Accordingly, no response is required.  To the extent a response is deemed required, Rudd denies the allegations in Paragraph 1.37.

1.38  Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1.38, and therefore denies them.

1.39  Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1.38, and therefore denies them.

### III. Facts

2.1  Rudd lacks knowledge or information sufficient to form as belief as to the truth of the allegations in Paragraph 2.1, and therefore denies them.

2.2  To the extent Paragraph 2.2 consists of Plaintiffs' characterization of their claims, argument, and legal conclusion, no response is required.  To the extent that a response may be deemed required, Rudd responds as follows:  To the extent that the allegations are directed to other Defendants or third parties, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  To the extent that the allegations are directed to Rudd, Rudd denies them.

2.3  Rudd denies the allegation that he ordered Defendant Towery to "illegally spy" on the Plaintiffs, PMR, or others.  With respect to all other allegations contained in Paragraph

DEFENDANT THOMAS R.
RUDD'S ANSWER TO THIRD                    11
AMENDED COMPLAINT
Case No. C10-05018-RBL

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

2.3, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2.4    Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2.4, and therefore denies them.

2.5    Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2.5, and therefore denies them.

2.6    To the extent Paragraph 2.6 consists of Plaintiffs' characterization of their claims, argument, and legal conclusions, no response is required.  Rudd denies that he directed tactics that were employed by the Tacoma Police Department and other agencies without cause or justification to disrupt the protests against the use of the Port of Tacoma for military shipments.  With respect to the remaining allegations in Paragraph 2.6, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2.7    Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2.7, and therefore denies them.

2.8    Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2.8, and therefore denies them.

2.9    To the extent Paragraph 2.9 is referring to the activities described in Paragraph 2.8, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  To the extent that Paragraph 2.9 is not referring to the activities described in Paragraph 2.8, Rudd denies the allegations in Paragraph 2.9 on the grounds that it is vague and unanswerable because it is unclear what activity it refers to.

2.10  To the extent Paragraph 2.10 consists of Plaintiffs' characterization of their claims, argument, and legal conclusions, no response is required.  To the extent a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the

DEFENDANT THOMAS R.
RUDD'S ANSWER TO THIRD                      12
AMENDED COMPLAINT
Case No. C10-05018-RBL

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

truth of the allegations contained in Paragraph 2.10, and therefore denies them.

2.11  Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2.11, and therefore denies them.

2.12  Paragraph 2.12 consists of Plaintiffs' characterization of their claims, argument, and legal conclusions.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd responds as follows: Rudd denies knowledge of or participation in any "spying."  With respect to the remaining allegations contained in Paragraph 2.12, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2.13  Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2.13, and therefore denies the allegations.

2.14  Paragraph 2.14 consists of Plaintiffs' characterizations of their claims, argument, and legal conclusion.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2.15  Rudd admits the existence of the Washington Fusion Center (a/k/a Washington Joint Analytic Center) and a fusion center at Fort Lewis and that said fusion centers involve, in part, information sharing between the military and federal, state, county, and local law enforcement.  Rudd denies that either fusion center focuses on the activities of PMR.  Rudd denies all allegations not specifically admitted.

2.16  Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2.16, and therefore denies them.

2.17  Paragraph 2.17 consists of Plaintiffs' characterization of their claims, argument, or legal conclusions.  Accordingly, no response is required. To the extent a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the

DEFENDANT THOMAS R.
RUDD'S ANSWER TO THIRD                           13
AMENDED COMPLAINT
Case No. C10-05018-RBL

K:\2067584\00001\22689_HCG\22689P20T8

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

truth of the allegations, and therefore denies them.

2.18  Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2.18, and therefore denies them.

2.19  Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2.19, and therefore denies them.

2.20  Paragraph 2.20 consists of Plaintiffs' characterization of their claims, argument, and legal conclusions.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2.21  The allegations in Paragraph 2.21 consist of Plaintiffs' characterization of their claims, argument, and legal conclusions.  Accordingly, no response is required. To the extent a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2.22  Rudd admits that he produced Force Protection Reports and Threat Assessments and that some of these referenced PMR.  The remaining allegations in Paragraph 2.22 consist of Plaintiffs' characterization of their claims, argument, and legal conclusion.  Accordingly, no response is required. To the extent that a response may be deemed required, Rudd denies the allegations.  Rudd denies all allegations not specifically admitted.

2.23  To the extent that the allegations in Paragraph 2.23 are directed at third parties, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  To the extent a response may be deemed required, Rudd denies the allegations in Paragraph 2.23 on the grounds that it is vague and unanswerable because it is unclear what it is referring to by "reports and threat assessments."

2.24  To the extent that Paragraph 2.24 consists of Plaintiffs' characterization of their claims, arguments, and legal conclusion, no response is required.  To the extent that a

DEFENDANT THOMAS R.
RUDD'S ANSWER TO THIRD                      14
AMENDED COMPLAINT
Case No. C10-05018-RBL

K:\2067584\00001\22689_HCG\22689P20T8

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

response may be deemed required, Rudd denies the allegations.

2.25  To the extent that the allegations in Paragraph 2.25 are directed at other Defendants or third parties, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  To the extent that the allegations in Paragraph 2.25 are directed at Rudd, Rudd admits that he produced Threat Assessments and Force Protection Memos, and that he disseminated said documents to various individuals, as identified in the transmittal emails.  Rudd denies every allegation not specifically admitted.

2.26  Paragraph 2.26 consists of Plaintiffs' characterization of their claims, argument, and legal conclusions.  Accordingly, no response is required. To the extent that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2.27  Rudd admits the allegation in Paragraph 2.27.

2.28  To the extent Paragraph 2.28 consists of Plaintiffs' characterization of their claims, argument, and legal conclusions, no response is required. To the extent that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2.29  Rudd admits that in advance of the November 2007 military shipments that utilized the Port of Olympia, he issued memoranda and disseminated them to various individuals, as identified in the transmittal emails.  Rudd lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 2.29, including how the information contained in said memoranda was obtained or the frequency with which memoranda were issued, and accordingly those allegations are denied.  Rudd denies all allegations not specifically admitted.

2.30 Rudd admits that the memoranda that he issued in advance of the November 2007 shipments discussed, in part, the tactics that PMR was likely to employ.  Rudd denies the

DEFENDANT THOMAS R.
RUDD'S ANSWER TO THIRD
AMENDED COMPLAINT
Case No. C10-05018-RBL

15

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

remaining allegations in Paragraph 2.30.  All allegations in Paragraph 2.30 not specifically admitted are denied.

2.31  To the extent Paragraph 2.31consists of Plaintiffs' characterization of their claims, argument, and legal conclusions, no response is required.  To the extent Paragraph 2.31 is directed at other Defendant or third parties, no response is required. To the extent a response is deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2.31, and therefore denies them.

2.32  Rudd denies the allegations contained in Paragraph 2.32.

2.33  Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2.33, and therefore denies them.

2.34  Paragraph 2.34 consists of Plaintiffs' characterization of their claims, argument, and legal conclusions.  Accordingly, no response is required.  To the extent a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2.34, and therefore denies them.

2.35  Paragraph 2.35 consists of Plaintiffs' characterization of their claims, argument, and legal conclusions.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd responds as follows: to the extent that the allegations in Paragraph 2.35 are directed to other Defendants, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  To the extent that the allegations are directed to Rudd, Rudd denies them.

2.36  Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2.36, and therefore denies them.

2.37  Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2.37, and therefore denies them.

2.38  Rudd lacks knowledge or information sufficient to form a belief as to the truth of

DEFENDANT THOMAS R. RUDD'S ANSWER TO THIRD AMENDED COMPLAINT

16

Case No. C10-05018-RBL

K:\2067584\00001\22689_HCG\22689P20T8

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

the allegations contained in Paragraph 2.38, and therefore denies them.

2.39  To the extent Paragraph 2.39 consists of Plaintiffs' characterization of their claims, argument, and legal conclusions, no response is required.  To the extent that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2.40  To the extent Paragraph 2.40 consists of Plaintiffs' characterization of their claims, argument, and legal conclusions, no response is required.  To the extent that a response may be deemed required, Rudd responds as follows: To the extent that the allegations in Paragraph 2.40 are directed to other Defendants or third parties, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  To the extent that the allegations are directed to Rudd, Rudd denies them.

2.41  To the extent Paragraph 2.41 consists of Plaintiffs' characterization of their claims, argument, and legal conclusions, no response is required.  To the extent that a response is deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2.41, and therefore denies them.

2.42  To the extent Paragraph 2.42 consists of Plaintiffs' characterization of their claims, argument, and legal conclusions, no response is required.  To the extent that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2.43  There is no Paragraph labeled 2.43.

2.44  To the extent Paragraph 2.44 consists of Plaintiffs' characterization of their claims, argument, and legal conclusions, no response is required. To the extent that a response is required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2.45  To the extent Paragraph 2.45 consists of Plaintiffs' characterization of their claims,

DEFENDANT THOMAS R.
RUDD'S ANSWER TO THIRD          17
AMENDED COMPLAINT
Case No. C10-05018-RBL

K:\2067584\00001\22689_HCG\22689P20T8

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

argument, and legal conclusions, no response is required.  To the extent that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2.46  To the extent Paragraph 2.46 consists of Plaintiffs' characterization of their claims, argument, and legal conclusions, no response is required.  To the extent that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2.47  Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2.47, and therefore denies them.

2.48  Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2.48, and therefore denies them.

2.49  To the extent Paragraph 2.49 consists of Plaintiffs' characterization of their claims, argument, and legal conclusions, no response is required.  To the extent that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2.48 [*sic*]   In response to the second paragraph identified as 2.48, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2.49 [*sic*]   In response to the second paragraph identified as 2.49, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2.50  Paragraph 2.50 consists of Plaintiffs' characterization of their claims, argument, and legal conclusions. Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

DEFENDANT THOMAS R. RUDD'S ANSWER TO THIRD AMENDED COMPLAINT
Case No. C10-05018-RBL

K:\2067584\00001\22689_HCG\22689P20T8

18

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

2.51  Paragraph 2.51 consists of Plaintiffs' characterization of their claims, argument, and legal conclusions.  Accordingly, no response is required. To the extent that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2.52  To the extent Paragraph 2.52 consists of Plaintiffs' characterization of their claims, argument, and legal conclusions, no response is required.  To the extent that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2.52 [*sic*]    To the extent that the second paragraph identified as 2.52 consists of Plaintiffs' characterization of their claims, argument, and a legal conclusion, no response is required. To the extent that a response may be deemed required, Rudd responds as follows: To the extent that the allegations are directed at other Defendants, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  To the extent that the allegations are directed at Rudd, Rudd denies them.

2.53  Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2.53, and therefore denies them.

2.54  Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2.54, and therefore denies them.

2.55  Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2.55, and therefore denies them.

2.56 The first sentence of Paragraph 2.56 consists of Plaintiffs' characterization of their claims, argument, and legal conclusions. Accordingly, no response is required.  To the extent a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 2.56, and therefore denies them.  With respect to the third sentence of Paragraph 2.56, Rudd denies the

DEFENDANT THOMAS R.
RUDD'S ANSWER TO THIRD
AMENDED COMPLAINT
Case No. C10-05018-RBL

19

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

allegations on the grounds that Paragraph 2.56 is vague as to date and time and therefore answerable.  Rudd lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore denies them.  Rudd denies all allegations not specifically admitted.

2.57  To the extent Paragraph 2.57 consists of Plaintiffs' characterization of their claims, argument, and legal conclusions, no response is required. To the extent that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2.58  Paragraph 2.58 consists of Plaintiffs' characterization of their claims, argument, and legal conclusions.  Accordingly, no response is required. To the extent that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2.59  Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2.59, and therefore denies them.

2.60  Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2.60, and therefore denies them.

2.61  Paragraph 2.61 is directed to a third party, the U.S. Army. Accordingly, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2.62  Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2.62, and therefore denies them.

2.63 Paragraph 2.63 consists of Plaintiffs' characterization of their claims, argument, and legal conclusions.  Accordingly, no response is required. To the extent that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

DEFENDANT THOMAS R.
RUDD'S ANSWER TO THIRD
AMENDED COMPLAINT                         20
Case No. C10-05018-RBL

K:\2067584\00001\22689_HCG\22689P20T8

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1    2.64  Paragraph 2.64 consists of Plaintiffs' characterization of their claims, argument

2   and legal conclusions.  Accordingly, no response is required.  To the extent that a response

3   may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as

4   to the truth of the allegations, and therefore denies them.

5                              **III. Statement of Damages**

6    3.1    Paragraph 3.1 consists of Plaintiffs' characterization of their claims, argument, and

7   legal conclusions.  Accordingly, no response is required.  To the extent that a response may be

8   deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the

9   truth of the allegations, and therefore denies them.

10    3.2    Paragraph 3.2 consists of Plaintiffs' characterization of their claims, argument, and

11  legal conclusions.  Accordingly, no response is required.  To the extent that a response may be

12  deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the

13  truth of the allegations, and therefore denies them.

14    3.3    Paragraph 3.3 consists of Plaintiffs' characterization of their claims, argument, and

15  legal conclusions.  Accordingly, no response is required.  To the extent that a response may be

16  deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the

17  truth of the allegations, and therefore denies them.

18    3.4    Paragraph 3.4 consists of Plaintiffs' characterization of their claims, argument, and

19  legal conclusions.  Accordingly, no response is required.  To the extent that a response may be

20  deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the

21  truth of the allegations, and therefore denies them.

22    3.5    Paragraph 3.5 consists of Plaintiffs' characterization of their claims, argument, and

23  legal conclusions.  Accordingly, no response is required.  To the extent that a response may be

24  deemed required, Rudd denies the allegations.

25    3.6    Paragraph 3.6 consists of Plaintiff's characterization of their claims, argument and

26

DEFENDANT THOMAS R.
RUDD'S ANSWER TO THIRD               21
AMENDED COMPLAINT
Case No. C10-05018-RBL

K:\2067584\00001\22689_HCG\22689P20T8

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

a legal conclusion.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd denies the allegations.

### IV. Causes of Action
### Count One: Violation of Civil Rights (42 U.S.C. § 1983)
### (As to all Individual Defendants and Does 1-100)

4.1    Rudd reasserts and realleges his responses to Paragraphs 1 to 3.6.

4.2    Paragraph 4.2, and all of its subparts, consists of Plaintiffs' characterization of their claims, argument, and legal conclusions.  Furthermore, this Count has been dismissed as to Rudd.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd responds as follows:  To the extent that the allegations in Paragraph 4.2 are directed to other Defendants, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  To the extent that the allegations are directed to Rudd, Rudd denies them.

4.3    Paragraph 4.3 consists of Plaintiff's characterization of their claims, argument, and legal conclusions.  Furthermore, this Count has been dismissed as to Rudd.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd responds as follows:  To the extent that the allegations in Paragraph 4.3 are directed to other Defendants, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  To the extent that the allegations are directed to Rudd, Rudd denies them.

4.4    This Count has been dismissed as to Rudd.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4.4, and therefore denies them.

4.5    Paragraph 4.5 consists of argument and legal conclusions.  Furthermore, this Count has been dismissed as to Rudd.  Accordingly, no response is required.  To the extent

DEFENDANT THOMAS R. RUDD'S ANSWER TO THIRD AMENDED COMPLAINT

Case No. C10-05018-RBL

K:\2067584\00001\22689_HCG\22689P20T8

22

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

4.6     Paragraph 4.6 consists of argument and legal conclusions. Furthermore, this Count has been dismissed as to Rudd.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd responds as follows: To the extent that the allegations in Paragraph 4.6 are directed to other Defendants, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  To the extent that the allegations are directed to Rudd, Rudd denies them.

## Count Two: Violation of Civil Rights (42 U.S.C. § 1983) (As to all Defendants City of Olympia and Does 201-350)

4.7     Rudd reasserts and realleges his responses to Paragraphs 1 to 4.6.

4.8     Paragraph 4.8, and this Count, is directed to other Defendants.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4.8, and therefore denies them.

4.9     Paragraph 4.9, and this Count, is directed to other Defendants.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4.9, and therefore denies them.

4.10   Paragraph 4.10, and this Count, is directed to other Defendants.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4.10, and therefore denies them.

4.11   Paragraph 4.11, and this Count, is directed to other Defendants.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd lacks

DEFENDANT THOMAS R. RUDD'S ANSWER TO THIRD AMENDED COMPLAINT
Case No. C10-05018-RBL

K:\2067584\00001\22689_HCG\22689P20T8

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4.11, and therefore denies them.

4.12  Paragraph 4.12, and this Count, is directed to other Defendants.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4.12, and therefore denies them.

4.13  Paragraph 4.13 consists of argument and legal conclusions.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd responds as follows: Paragraph 4.13, and this Count, is directed to other Defendants. Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

4.14  Paragraph 4.14 consists of argument and legal conclusions.  Accordingly, no response is required. To the extent that a response may be deemed required, Rudd responds as follows: Paragraph 4.14, and this Count, is directed to other Defendants. Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

## Count Three: Violation of Civil Rights (Washington State Constitution)
### (As to all Defendants)

4.15  Rudd reasserts and realleges his responses to Paragraphs 1 to 4.14.

4.16  Paragraph 4.16 consists of Plaintiffs' characterization of their claims, argument, and legal conclusions.  Furthermore, this Count has been dismissed as to Rudd. Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd responds as follows: To the extent that the allegations in Paragraph 4.16 are directed to other Defendants, Rudd lacks knowledge or information sufficient to form a belief as to the truth of

DEFENDANT THOMAS R.
RUDD'S ANSWER TO THIRD
AMENDED COMPLAINT

24

Case No. C10-05018-RBL

K:\2067584\00001\22689_HCG\22689P20T8

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

the allegations, and therefore denies them.  To the extent that the allegations are directed to Rudd, Rudd denies them.

4.17  Paragraph 4.17 consists of Plaintiffs' characterization of their claims, argument, and legal conclusions.  Furthermore, this Count has been dismissed as to Rudd.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd responds as follows: To the extent that the allegations in Paragraph 4.17 are directed to other Defendants, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  To the extent that the allegations are directed to Rudd, Rudd denies them.

4.18  Paragraph 4.18 consists of Plaintiff's characterization of their claims, argument, and legal conclusions.  Furthermore, this Count has been dismissed as to Rudd.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd responds as follows: to the extent that the allegations in Paragraph 4.18 are directed to other Defendants, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  To the extent that the allegations are directed to Rudd, Rudd denies them.

4.19  Paragraph 4.19 consists of Plaintiffs' characterization of their claims, argument, and legal conclusions. Furthermore, this Count has been dismissed as to Rudd.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd responds as follows: to the extent that the allegations in Paragraph 4.19 are directed to other Defendants, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  To the extent that the allegations are directed to Rudd, Rudd denies them.

**Count Four: False Arrest**
**(As to All Defendants)**

4.20  Rudd reasserts and realleges his responses to Paragraphs 1 to 4.19.

DEFENDANT THOMAS R.
RUDD'S ANSWER TO THIRD                          25
AMENDED COMPLAINT
Case No. C10-05018-RBL

K:\2067584\00001\22689_HCG\22689P20T8

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

4.21  Paragraph 4.21 consists of Plaintiffs' characterization of their claims, argument, and legal conclusions.  Furthermore, this Count has been dismissed as to Rudd.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd responds as follows: To the extent that the allegations in Paragraph 4.21 are directed to other Defendants, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  To the extent that the allegations are directed to Rudd, Rudd denies them.

4.22  Paragraph 4.22 consists of Plaintiffs' characterization of their claims, argument, and legal conclusions.  Furthermore, this Count has been dismissed as to Rudd.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd responds as follows: To the extent that the allegations in Paragraph 4.22 are directed to other Defendants, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  To the extent that the allegations are directed to Rudd, Rudd denies them.

4.23  Paragraph 4.23 consists of Plaintiffs' characterization of their claims, argument, and legal conclusions.  Furthermore, this Count has been dismissed as to Rudd.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd responds as follows: to the extent that the allegations in Paragraph 4.23 are directed to other Defendants, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  To the extent that the allegations are directed to Rudd, Rudd denies them.

4.24  Paragraph 4.24 consists of Plaintiffs' characterization of the claims, argument, and legal conclusions.  Furthermore, this Count has been dismissed as to Rudd.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd responds as follows: to the extent that the allegations in Paragraph 4.24 are directed to other

DEFENDANT THOMAS R.
RUDD'S ANSWER TO THIRD
AMENDED COMPLAINT
Case No. C10-05018-RBL

K:\2067584\00001\22689_HCG\22689P20T8

26

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Defendants, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. To the extent that the allegations are directed to Rudd, Rudd denies them.

4.25  Paragraph 4.25 consists of argument and legal conclusions. Furthermore, this Count has been dismissed as to Rudd. Accordingly, no response is required. To the extent that a response may be deemed required, Rudd responds as follows: to the extent that the allegations in Paragraph 4.25 are directed to other Defendants, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. To the extent that the allegations are directed to Rudd, Rudd denies them.

**Count Five: False Imprisonment**
**(As to Plaintiffs Panagacos, Cox, Snyder, Porter, Robbins, Garfield Rhodes, Evans, Grande, and Rios)**
**(As to all Defendants)**

4.26  Rudd reasserts and realleges his responses to Paragraphs 1 to 4.25.

4.27  Paragraph 4.27 consists of Plaintiffs' characterization of their claims, argument, and legal conclusions. Furthermore, this Count has been dismissed as to Rudd. Accordingly, no response is required. To the extent that a response may be deemed required, Rudd responds as follows: to the extent that the allegations in Paragraph 4.27 are directed to other Defendants, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. To the extent that the allegations are directed to Rudd, Rudd denies them.

4.28  Paragraph 4.28 consists of Plaintiffs' characterization of their claims, argument, and legal conclusions. Furthermore, this Count has been dismissed as to Rudd. Accordingly, no response is required. To the extent that a response may be deemed required, Rudd responds as follows: to the extent that the allegations in Paragraph 4.28 are directed to other Defendants, Rudd lacks knowledge or information sufficient to form a belief as to the truth of

DEFENDANT THOMAS R.
RUDD'S ANSWER TO THIRD
AMENDED COMPLAINT
Case No. C10-05018-RBL

K:\2067584\00001\22689_HCG\22689P20T8

27

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

the allegations, and therefore denies them.  To the extent that the allegations are directed to Rudd, Rudd denies them.

4.29  Paragraph 4.29 consists of Plaintiffs' characterization of their claims, argument, and legal conclusions.  Furthermore, this Count has been dismissed as to Rudd.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd responds as follows: to the extent that the allegations in Paragraph 4.29 are directed to other Defendants, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  To the extent that the allegations are directed to Rudd, Rudd denies them.

4.30  Paragraph 4.30 consists of argument and legal conclusions.  Furthermore, this Count has been dismissed as to Rudd.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd responds as follows: to the extent that the allegations in Paragraph 4.30 are directed to other Defendants, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  To the extent that the allegations are directed to Rudd, Rudd denies them.

**Count Six: Assault and Battery**
**(As to Plaintiffs Panagacos, Cox, Snyder, Porter, Robbins, Garfield Rhodes, Evans, Grande, and Rios)**
**(As to all Defendants)**

4.31  Rudd reasserts and realleges his responses to Paragraphs 1 to 4.30.

4.32  Paragraph 4.32 consists of Plaintiffs' characterization of their claims, argument, and legal conclusions.  Furthermore, this Count has been dismissed as to Rudd.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd responds as follows: to the extent that the allegations in Paragraph 4.32 are directed to other Defendants, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  To the extent that the allegations are directed to

DEFENDANT THOMAS R.
RUDD'S ANSWER TO THIRD
AMENDED COMPLAINT
Case No. C10-05018-RBL

28

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Rudd, Rudd denies them.

4.33  Paragraph 4.33 consists of Plaintiffs' characterization of their claims, argument, and legal conclusions.  Furthermore, this Count has been dismissed as to Rudd.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd responds as follows: To the extent that the allegations in Paragraph 4.33 are directed to other Defendants, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  To the extent that the allegations are directed to Rudd, Rudd denies them.

4.34  Paragraph 4.34 consists of Plaintiffs' characterization of their claims, argument, and legal conclusions.  Furthermore, this Count has been dismissed as to Rudd.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd responds as follows: To the extent that the allegations in Paragraph 4.34 are directed to other Defendants, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  To the extent that the allegations are directed to Rudd, Rudd denies them.

4.35  Paragraph 4.35 consists of argument and legal conclusions.  Furthermore, this Count has been dismissed as to Rudd.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd responds as follows: To the extent that the allegations in Paragraph 4.35 are directed to other Defendants, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  To the extent that the allegations are directed to Rudd, Rudd denies them.

4.36  Paragraph 4.36 consists of argument and legal conclusions.  Furthermore, this Count has been dismissed as to Rudd.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd responds as follows: To the extent that the allegations in Paragraph 4.36 are directed to other Defendants, Rudd lacks knowledge or

DEFENDANT THOMAS R.
RUDD'S ANSWER TO THIRD
AMENDED COMPLAINT
Case No. C10-05018-RBL

K:\2067584\00001\22689_HCG\22689P20T8

29

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

information sufficient to form a belief as to the truth of the allegations, and therefore denies them. To the extent that the allegations are directed to Rudd, Rudd denies them.

4.37  Paragraph 4.37 consists of Plaintiffs' characterization of their claims, argument, and legal conclusions. Furthermore, this Count has been dismissed as to Rudd. Accordingly, no response is required. To the extent that a response may be deemed required, Rudd responds as follows: To the extent that the allegations in Paragraph 4.37 are directed to other Defendants, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. To the extent that the allegations are directed to Rudd, Rudd denies them.

4.38  Paragraph 4.38 consists of argument and legal conclusions. Furthermore, this Count has been dismissed as to Rudd. Accordingly, no response is required. To the extent that a response may be deemed required, Rudd responds as follows: To the extent that the allegations in Paragraph 4.38 are directed to other Defendants, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. To the extent that the allegations are directed to Rudd, Rudd denies them.

## Count Seven: Intentional Infliction of Emotional Distress
### (As to all Defendants)

4.39  Rudd reasserts and realleges his responses to Paragraphs 1 to 4.38.

4.40  Paragraph 4.40 consists of Plaintiffs' characterization of their claims, argument, and legal conclusions. Furthermore, this Count has been dismissed as to Rudd. Accordingly, no response is required. To the extent a response may be deemed required, Rudd responds as follows: To the extent that the allegations in Paragraph 4.40 are directed to other Defendants, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. To the extent that the allegations are directed to Rudd, Rudd denies them.

DEFENDANT THOMAS R.
RUDD'S ANSWER TO THIRD                    30
AMENDED COMPLAINT
Case No. C10-05018-RBL

K:\2067584\00001\22689_HCG\22689P20T8

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1    4.41  Paragraph 4.41 consists of argument and legal conclusions.  Furthermore, this

2  Count has been dismissed as to Rudd.  Accordingly, no response is required.  To the extent a

3  response may be deemed required, Rudd responds as follows: To the extent that the

4  allegations in Paragraph 4.41 are directed to other Defendants, Rudd lacks knowledge or

5  information sufficient to form a belief as to the truth of the allegations, and therefore denies

6  them.  To the extent that the allegations are directed to Rudd, Rudd denies them.

7    4.42  Paragraph 4.42 consists of argument and legal conclusions.  Furthermore, this

8  Count has been dismissed.  Accordingly, no response is required.  To the extent that a

9  response may be deemed required, Rudd responds as follows: To the extent that the

10  allegations in Paragraph 4.42 are directed to other Defendants, Rudd lacks knowledge or

11  information sufficient to form a belief as to the truth of the allegations, and therefore denies

12  them.  To the extent that the allegations are directed to Rudd, Rudd denies them.

### Count Eight: Malicious Prosecution
### (As to Plaintiffs Actually Prosecuted)
### (As to all Defendants)

15    4.43  Rudd reasserts and realleges his responses to Paragraphs 1 to 4.42.

16    4.44  Paragraph 4.44 consists of Plaintiffs' characterization of their claims, argument,

17  and legal conclusions.  Furthermore, this Count has been dismissed as to Rudd.  Accordingly,

18  no response is required.  To the extent that a response may be deemed required, Rudd

19  responds as follows: To the extent that the allegations in Paragraph 4.44 are directed to other

20  Defendants, Rudd lacks knowledge or information sufficient to form a belief as to the truth of

21  the allegations, and therefore denies them.  To the extent that the allegations are directed to

22  Rudd, Rudd denies them.

23    4.45  Paragraph 4.45 consists of Plaintiffs' characterization of their claims, argument,

24  and legal conclusions. Furthermore, this Count has been dismissed as to Rudd.  Accordingly,

25  no response is required.  To the extent that a response may be deemed required, Rudd

26

DEFENDANT THOMAS R.
RUDD'S ANSWER TO THIRD                    31
AMENDED COMPLAINT
Case No. C10-05018-RBL

K:\2067584\00001\22689_HCG\22689P20T8

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

responds as follows: To the extent that the allegations in Paragraph 4.45 are directed to other Defendants, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  To the extent that the allegations are directed to Rudd, Rudd denies them.

4.46  Paragraph 4.46 consists of argument and legal conclusions.  Furthermore, this Count has been dismissed as to Rudd.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd responds as follows: To the extent that the allegations in Paragraph 4.46 are directed to other Defendants, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  To the extent that the allegations are directed to Rudd, Rudd denies them.

### [Second] Count Eight: Violations of Constitutional Rights Pursuant to *Bivens* (As to Defendants Towery, Rudd, Colvin, and Does 351-500)

4.47  Rudd reasserts and realleges his responses to Paragraphs 1 to 4.46.

4.48. Paragraph 4.48 consists of argument and legal conclusions.  Accordingly, no response is required.  To the extent that a response may be deemed required, Rudd responds as follows: To the extent that the allegations in Paragraph 4.48 are directed to other Defendants, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  To the extent that the allegations are directed to Rudd, Rudd denies them.

4.49  To the extent Paragraph 4.49 consists of Plaintiffs' characterization of their claims, argument, and legal conclusions, no response is required.  To the extent that a response may be deemed required, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

4.50  Paragraph 4.50 consists of Plaintiffs' characterization of their claims, argument, and legal conclusions.  Accordingly, no response is required.  To the extent that a response

DEFENDANT THOMAS R. RUDD'S ANSWER TO THIRD AMENDED COMPLAINT

Case No. C10-05018-RBL

32

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

may be deemed required, Rudd responds as follows: To the extent that the allegations in Paragraph 4.50 are directed to other Defendants, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. To the extent that the allegations are directed to Rudd, Rudd denies them.

4.51  Paragraph 4.51 consists of Plaintiffs' characterization of their claims, argument, and legal conclusions. Accordingly, no response is required. To the extent that a response may be deemed required, Rudd responds as follows: To the extent that the allegations in Paragraph 4.51 are directed to other Defendants, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. To the extent that the allegations are directed to Rudd, Rudd denies them.

4.52  Paragraph 4.52 consists of Plaintiffs' characterization of their claims, argument, and legal conclusions. Accordingly, no response is required. To the extent that a response may be deemed required, Rudd responds as follows: To the extent that the allegations in Paragraph 4.52 are directed to other Defendants, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. To the extent that the allegations are directed to Rudd, Rudd denies them.

4.53  Paragraph 4.53 consists of argument and legal conclusions. Accordingly, no response is required. To the extent that a response may be deemed required, Rudd responds as follows: To the extent that the allegations in Paragraph 4.53 are directed to other Defendants, Rudd lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. To the extent that the allegations are directed to Rudd, Rudd denies them.

### V. Jury Demand

5.0    No response is required to Plaintiffs' demand for a jury trial in this matter.

DEFENDANT THOMAS R.
RUDD'S ANSWER TO THIRD            33
AMENDED COMPLAINT
Case No. C10-05018-RBL

K:\2067584\00001\22689_HCG\22689P20T8

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**VI. Plaintiffs' Prayer for Relief**

The remainder of the Third Amended Complaint consists of Plaintiffs' Prayer for Relief, to which no response is required. To the extent that a response may be deemed required, Rudd denies the allegations in Plaintiffs' Prayer for Relief.

**VII. Rudd's Additional Defenses, Affirmative Defenses, and Reservation**

Without assuming any burden of proof he otherwise would not bear, Rudd asserts the following additional defenses and affirmative defenses, while reserving the right to amend this Answer and to add additional defenses as this case and/or discovery proceeds:

1.    Some or all of the plaintiffs lack standing to pursue their claims.

2.    The Third Amended Complaint fails to state a claim for which relief may be granted.

3.    Some or all of Plaintiffs' claims are barred by sovereign immunity and/or the Eleventh Amendment.

4.    Rudd is entitled to qualified immunity with respect to some or all of Plaintiffs' claims.

5.    Some or all of Plaintiffs' claims are barred by one or more constitutional privilege.

6.    Some or all of Plaintiffs' claims are barred by the statute of limitations.

5.    Some or all of Plaintiffs' claims are barred by equitable doctrines including laches, waiver, acquiescence, unclean hands, and estoppel.

`    6.    The Plaintiffs have not suffered any damages as a result of Rudd's conduct.

7.    The Plaintiffs' damages, if any, were caused by intervening, superseding, or unexpected acts of others not controlled by Rudd, or were caused in full or in part by the acts or omissions of third parties.

8.    The Plaintiffs' damages, if any, were caused by their own actions.

DEFENDANT THOMAS R.
RUDD'S ANSWER TO THIRD                                34
AMENDED COMPLAINT
Case No. C10-05018-RBL

K:\2067584\00001\22689_HCG\22689P20T8

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

9.    The Plaintiffs have failed to mitigate damages, if any.

10.    To the extent that Rudd is found liable, his liability must be reduced in accordance with the fault attributable to the Plaintiffs.

11.    An award of punitive damages against Rudd may violate his rights under the Due Process Clause of the Fifth Amendment to the United States Constitution.

12.    Rudd adopts and incorporates by reference all defenses and affirmative defenses asserted by any and all other defendants in this action.

13.    Discovery in this matter has recently begun and Rudd specifically reserves the right to amend his answer to add defenses and affirmative defenses, to add counterclaims and third party claims, and to argue legal theories in addition to, or in lieu of, those specifically identified herein.

### VIII. Prayer for Relief

Rudd respectfully prays for judgment as follows:

1.    For an order dismissing Plaintiffs' Third Amended Complaint with prejudice;

2.    For an award to Rudd of all costs, disbursements, and legal fees in an amount to be determined at trial; and

3.    For such other relief as the Court may deem just and equitable.

DATED this 25th day of November, 2013.

By: */s/ Heidi Craig Garcia*
Theodore J. Angelis, WSBA #32799
Pallavi Mehta Wahi, WSBA #39301
Heidi Craig Garcia, WSBA #41399
K&L Gates LLP
925 Fourth Ave., Suite 2900
Seattle, WA  98104
Telephone:  (206) 623-7580
Facsimile:  (206) 623-7022
Email:  heidi.garcia@klgates.com
Attorneys for Defendant
Thomas R. Rudd

DEFENDANT THOMAS R.
RUDD'S ANSWER TO THIRD
AMENDED COMPLAINT
Case No. C10-05018-RBL

35

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

K:\2067584\00001\22689_HCG\22689P20T8

CERTIFICATE OF ECF FILING AND SERVICE

I certify that on November 25, 2013, I electronically filed the foregoing document with the Clerk of the Court using the EM/ECF system, which will send notification of such filing to all counsel of record.

By: /s/ Heidi Craig Garcia
    Heidi Craig Garcia, WSBA #41399
K&L Gates LLP
925 Fourth Ave., Suite 2900
Seattle, WA  98104
Telephone:  (206) 623-7580
Facsimile:  (206) 623-7022
Email:  heidi.garcia@klgates.com

DEFENDANT THOMAS R.
RUDD'S ANSWER TO THIRD
AMENDED COMPLAINT
Case No. C10-05018-RBL

K:\2067584\00001\22689_HCG\22689P20T8

36

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022