THE HONORABLE RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIANNE PANAGACOS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN J. TOWERY, et al.,<br>Defendants. | NO. 3:10-cv-5018 RBL<br><br>AFFIDAVIT & CERTIFICATION OF JENNIFER J. TAYLOR IN SUPPORT OF TACOMA DEFENDANTS' MOTION FOR PROTECTIVE ORDER RE: DEPOSITIONS OF BARRETT & ROBERTS<br><br>Noted for: March 21, 2014 |

STATE OF WASHINGTON  )
                     ) ss.
COUNTY OF PIERCE     )

JENNIFER J. TAYLOR, being first duly sworn upon oath deposes and says:

1.   I am a Deputy City Attorney for the City of Tacoma, am over the age of eighteen and am competent to testify herein.

AFFIDAVIT OF JENNIFER J. TAYLOR IN SUPPORT OF
MOTION FOR PROTECTIVE ORDER RE:
DEPOSITIONS OF BARRETT & ROBERTS - Page 1 of 5
(3:10-cv-5018 RBL)

Tacoma City Attorney
Civil Division
747 Market Street, Room 1120
Tacoma, WA 98402-3767
(253-591-5885 / 591-5755)

2. I work with Jean Homan, who is the attorney of record for the Tacoma defendants in this action.

3. Ms. Homan asked me to cover a telephone conference with plaintiff's counsel Larry Hildes regarding the need for the depositions of Alan Roberts and James (J.D.) Barrett in this matter. Ms. Homan had already asked Mr. Hildes by email (I was cc'd on the email) to articulate what information from them that he believed was material to the claims in this lawsuit. Ms. Homan advised Mr. Hildes that taking both officers out of service for the depositions (which were noted to take place in Seattle) would unreasonably increase the burden and costs of the litigation to the City, especially as neither has any involvement with John Towery or the Regional Intelligence Group. Ms. Homan was in trial and was unavailable to be present in a telephone conference.

4. On February 27, 2014, the parties held the telephone conference to discuss plaintiffs' discovery requests to the Tacoma defendants. Present on the telephone for this conference was Larry Hildes and Terry Lodge for the plaintiffs, and me and Margaret Elofson, Deputy City Attorney, for the Tacoma defendants.

5. I advised Mr. Hildes that the City did not believe that Lt. Roberts and Sgt. Barrett had information relevant to the claims pending in this matter. Mr. Hildes stated that he is in the process of drafting a motion for leave to amend the complaint again to add both Lt. Roberts and Sgt. Barrett as named defendants. He stated that "they were all over" the activities in Tacoma, as well

AFFIDAVIT OF JENNIFER J. TAYLOR IN SUPPORT OF
MOTION FOR PROTECTIVE ORDER RE:
DEPOSITIONS OF BARRETT & ROBERTS - Page 2 of 5
(3:10-cv-5018 RBL)

Tacoma City Attorney
Civil Division
747 Market Street, Room 1120
Tacoma, WA 98402-3767
(253-591-5885 / 591-5755)

as outside Tacoma. He stated that "they" followed his client to the Pitch Pipe House and that they had cameras trained at the Pitch Pipe House on the Hilltop. He stated that they also shared the license plates of activists with other jurisdictions, such as Aberdeen. He stated "all the documents" showed this.

6. I explained to Mr. Hildes that my understanding is that Lt. Roberts and Sgt. Barrett had no involvement with either Mr. Rudd or Mr. Towery. At that point, Mr. Hildes's demeanor changed dramatically. He became agitated and began yelling at me (and maintained his shouting throughout the remainder of the telephone conference). He stated that Barrett and Roberts "implemented on the ground per Rudd and Towery." He also stated that he was unaware of the extent of Barrett and Roberts' involvement until he reviewed documents he had received in a 2011 public records request, and that was why he had not added them earlier. He also repeated that Sgt. Barrett followed plaintiff Crespo home and again referenced the Pitch Pipe house. I attempted to state that we should confine the discussion to the claims actually pending.

7. I also attempted to obtain more specifics, and inquired what and when precisely he believed Lt. Roberts and Sgt. Barrett were "implementing on the ground per Rudd and Towery." He referred to protest activities in 2008 and 2009. I told him I was unaware of any protest activities in 2008 and 2009 (because I am not the attorney of record on this case, I was unaware what he was referring to). He yelled that was because they weren't allowed to. He was

AFFIDAVIT OF JENNIFER J. TAYLOR IN SUPPORT OF
MOTION FOR PROTECTIVE ORDER RE:
DEPOSITIONS OF BARRETT & ROBERTS - Page 3 of 5
(3:10-cv-5018 RBL)

Tacoma City Attorney
Civil Division
747 Market Street, Room 1120
Tacoma, WA 98402-3767
(253-591-5885 / 591-5755)

very agitated at that point, and then either hung up or accidentally disconnected himself.

8. I advised Mr. Lodge (who was still on the line) that the City still had not received any specifics on the relevance of the testimony from Lt. Roberts and Sgt. Barrett. I explained the City would likely be moving for a protective order, but that the decision would be made by Ms. Homan. Mr. Lodge, who was very professional, stated he understood and asked that we simply keep counsel apprised of our intentions. The call ended at that point.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
JENNIFER J. TAYLOR

SUBSCRIBED and SWORN to before me this 13th day of March, 2014.



_____
Printed Name: Brian E. McAdoo
NOTARY PUBLIC in and for the State of Washington, residing at: King County
My commission expires: 12/22/14

/

AFFIDAVIT OF JENNIFER J. TAYLOR IN SUPPORT OF
MOTION FOR PROTECTIVE ORDER RE:
DEPOSITIONS OF BARRETT & ROBERTS - Page 4 of 5
(3:10-cv-5018 RBL)

Tacoma City Attorney
Civil Division
747 Market Street, Room 1120
Tacoma, WA 98402-3767
(253-591-5885 / 591-5755

## CERTIFICATE OF SERVICE

I hereby certify that on ___3-13-14___, I electronically filed, through my staff, the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Lawrence A. Hildes and Terry Lodge, counsel for plaintiffs; Michael McKay, Thomas Brennan and Krisa Bush, counsel for defendant Towery; Theodore Angelis, Pallavi Mehta Wahi and Heidi Garcia, counsel for defendant Rudd; and Donald Law, counsel for the Olympia defendants.

*/s/ Jean Homan*

JEAN P. HOMAN
WSBA#27084
Attorney for Def. City of Tacoma
Tacoma City Attorney's Office
747 Market Street, Suite 1120
Tacoma, WA 98402
(253) 591-5885
Fax: (253) 591-5755
jhoman@ci.tacoma.wa.us

AFFIDAVIT OF JENNIFER J. TAYLOR IN SUPPORT OF
MOTION FOR PROTECTIVE ORDER RE:
DEPOSITIONS OF BARRETT & ROBERTS - Page 5 of 5
(3:10-cv-5018 RBL)

Tacoma City Attorney
Civil Division
747 Market Street, Room 1120
Tacoma, WA 98402-3767
(253-591-5885 / 591-5755)