Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JULIANNE PANAGACOS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN J. TOWERY, et al., <br><br> Defendants. | No. C10-05018-RBL <br><br> DECLARATION OF THEODORE J. ANGELIS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |

I, Theodore J. Angelis, declare as follows:

1. I am a partner with K&L Gates LLP and counsel to Defendant Thomas R. Rudd ("Rudd") in the above-captioned matter. I am over the age of 18, have personal knowledge of the statements contained in this declaration, and am competent to testify in the matter.

2. Attached as Exhibit A to this declaration is a true copy of Answers to Interrogatories No. 3, 10, and 12 from Plaintiff Jeffery Berryhill's Responses to Defendant Thomas R. Rudd's First Set of Interrogatories and Requests for Production.

3. Attached as Exhibit B to this declaration is a true copy of Answers to Interrogatories No. 1 and 8 from Plaintiff Chris Grande's Responses to Defendant Thomas R. Rudd's First Set of Interrogatories and Requests for Production.

DECLARATION OF THEODORE J. ANGELIS
IN SUPPORT OF MOTION FOR SUMMARY
JUDGMENT - 1
Case No. C10-05018-RBL
SE-#289560

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

4. Attached as Exhibit C to this declaration is a true copy of Answer to Interrogatory Nos. 1, 7 and 8 from Plaintiff Chris Grande's Responses to Olympia Defendants' First Set of Interrogatories and Requests for Production.

5. Attached as Exhibit D to this declaration is a true copy of Answer to Interrogatory No. 3 from Plaintiff Brendan Dunn's Responses to Defendant John Towery's First Set of Interrogatories and Requests for Production.

6. Attached as Exhibit E to this declaration is a true copy of Answers to Interrogatories No. 8, 11 and 12 from Plaintiff Brendan Dunn's Responses to Defendant Thomas R. Rudd's First Set of Interrogatories and Requests for Production.

7. Attached as Exhibit F to this declaration is a true copy of Answers to Interrogatories No. 2, 5 and 10 from Plaintiff Glenn Crespo's Responses to Defendant Thomas R. Rudd's First Set of Interrogatories and Requests for Production.

8. Attached as Exhibit G to this declaration is a true copy of Answer to Interrogatory No. 2 from Plaintiff Andrea Robbins's Responses to Defendant Thomas R. Rudd's First Set of Interrogatories and Requests for Production.

9. Attached as Exhibit H to this declaration is a true copy of Answer to Interrogatory No. 2 from Plaintiff Julianne Panagacos's Responses to Defendant Thomas R. Rudd's First Set of Interrogatories and Requests for Production.

10. Attached as Exhibit I to this declaration is a true copy of Answer to Interrogatory No. 1 from Plaintiff Julia Garfield's Responses to City of Olympia's First Set of Interrogatories and Requests for Production.

11. Attached as Exhibit J to this declaration is a true copy of Answer to Interrogatory No. 14 from Defendant City of Tacoma's Responses to Plaintiff Glenn Crespo's First Set of Interrogatories and Requests for Production.

DECLARATION OF THEODORE J. ANGELIS
IN SUPPORT OF MOTION FOR SUMMARY
JUDGMENT - 2
Case No. C10-05018-RBL
SE-#289560

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

12. Attached as Exhibit K to this declaration is a true copy of pages 71-76, 207, 247-48 from the Deposition of Plaintiff Brendan Dunn, taken on January 28, 2014.

13. Attached as Exhibit L to this declaration is a true copy of pages 29-30, 50-59, 94, 247, 249, 261-62, 274-75 from the Deposition of Plaintiff Jeffery Berryhill, taken on January 22, 2014.

14. Attached as Exhibit M to this declaration is a true copy of pages 83-87, 247, 292-93, 304, 308 from the Deposition of Plaintiff Glenn Crespo, taken on January 23, 2014.

15. Attached as Exhibit N to this declaration is a true copy of pages 134, 150 from the Deposition of Plaintiff Chris Grande, taken on June 25, 2013.

16. Attached as Exhibit O to this declaration is a true copy of pages 86-87 from the Deposition of Plaintiff Julianne Panagacos, taken on June 26, 2013.

17. Attached as Exhibit P to this declaration is a true copy of pages 38-42, 121-22, 132 from the Deposition of Plaintiff Julia Garfield, taken on June 27, 2013.

18. Attached as Exhibit Q to this declaration is a true copy of pages 213-14 from the Deposition of Defendant Mark Feddersen, taken on March 11, 2014.

19. Attached as Exhibit R to this declaration is a true copy of page 89 from the Deposition of Defendant Steven Hall, taken on March 5, 2014.

20. Attached as Exhibit S to this declaration is a true copy of pages 27 and 64 from the Deposition of Defendant Steven Nelson, taken on March 5, 2014.

21. Attached as Exhibit T to this declaration is a true copy of pages 35, 89, 139-40, 160 from the Deposition of Defendant Tor Bjornstad, taken on March 6, 2014.

22. Attached as Exhibit U to this declaration is a true copy of page 40 from the Deposition of non-party Clinton Colvin, taken on March 18, 2014.

23. Attached as Exhibit V to this declaration is a true copy of pages 7-8 from the Deposition of non-party Michael Kortjohn, taken on March 24, 2014.

DECLARATION OF THEODORE J. ANGELIS
IN SUPPORT OF MOTION FOR SUMMARY
JUDGMENT - 3
Case No. C10-05018-RBL
SE-#289560

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

24. Attached as Exhibit W to this declaration is a true copy of page 5 from the Deposition of non-party Sandra Kortjohn, taken on March 24, 2014.

25. Attached as Exhibit X to this declaration is a true copy of pages 66, 280-82 from the Deposition of non-party Christopher Adamson, taken on March 26, 2014.

26. Attached as Exhibit Y to this declaration is a true copy of Exhibit 34 to the Deposition of Tor Bjornstad, which is identified by Mr. Bjornstad as a document he created at pages 139-140 of his deposition.

27. Attached as Exhibit Z to this declaration is a true copy of Exhibit 6 to the Deposition of Andrea Garfield, which is identified by Ms. Garfield as a photograph of her at pages 38-42 of her deposition.

28. Attached as Exhibit AA to this declaration is a true copy of Exhibit 3 to the Deposition of Brendan Dunn, an article entitled "Throwing a Wrench in the War Machine, Olympia SDS is Born of the Struggle at the Port of Olympia" which is identified by Mr. Dunn as an article he wrote at pages 71-72 of his deposition.

29. Attached as Exhibit BB to this declaration is a true copy of pages 199-200, 254 from the deposition of Andrea Robbins, taken on January 30, 2014.

I declare under penalty of perjury that the foregoing is true and correct:

EXECUTED this 3rd day of April, 2014, at Seattle, Washington.

    s/ Theodore J. Angelis
    Theodore J. Angelis, WSBA # 30300
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
Phone:  (206) 623-7580
Fax:  (206) 623-7022
E-mail:  theo.angelis@klgates.com

DECLARATION OF THEODORE J. ANGELIS
IN SUPPORT OF MOTION FOR SUMMARY
JUDGMENT - 4
Case No. C10-05018-RBL
SE-#289560

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2014, I electronically filed the foregoing, with attached Exhibits, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

                                              s/ Theodore J. Angelis
                                                 Theodore J. Angelis, WSBA # 30300
                                              K&L GATES LLP
                                              925 Fourth Ave., Suite 2900
                                              Seattle, WA  98104
                                              Telephone:    (206) 623-7580
                                              Facsimile:     (206) 623-7022
                                              Email: sam.castic@klgates.com

DECLARATION OF THEODORE J. ANGELIS
IN SUPPORT OF MOTION FOR SUMMARY
JUDGMENT - 5
Case No. C10-05018-RBL
SE-#289560

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022