**JUDGE RONALD B. LEIGHTON**

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| | |
|---|---|
| JULIANE PANAGACOS, *et al.*, | **NO. 3:10-cv-05018 RBL** |
| Plaintiffs, | |
| vs. | **DECLARATION OF CATHIE BUTLER** |
| JOHN J. TOWERY, *et al.*, | |
| Defendants. | |

Pursuant to 28 U.S.C. § 1746, Cathie Butler declares as follows:

1. I have been employed with the City of Olympia as the Communications Manager or a similar role since March, 1996 and I make this declaration upon personal knowledge.

2. In my role as the Communications Manager, I serve as a community relations liaison on behalf of the City. In other words I serve a public relations function to spread the word on what the City is doing; help people access and understand City programs, services and policies; and keep City staff informed of activities and issues. I endeavor to keep informed about community events and activities as they might relate to our various departments and to the City Council.

3. A City Council resolution and several ordinances apply to my job. Attached as **Exhibit 1** is Council Resolution M-1476, dated December 5, 2000,

DECLARATION OF CATHIE BUTLER - 1
U.S.D.C. No. 3:10-cv-05018 RBL

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON RD., TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

1   which deals with the balancing of First Amendment rights and the right to
2   freedom of movement on public ways. **Exhibit 2** is Ordinance No. 6077, dated
3   January 16, 2001, which implemented the principles of the Resolution. Also
4   included is the Ordinance in Olympia Code format. The essence of the 2001
5   Resolution and Ordinance was to encourage organizers of demonstrations and
6   events to contact the City in advance to facilitate safety and convenience for both
7   the demonstrators and the public. Part of my job is to identify demonstrations
8   and events that have not been reported to the City in advance and to convey that
9   information to the appropriate City officials, mostly the leaders of the Police
10  Department.

11  4. On June 12, 2007, the Council passed Ordinance No. 6474, **Exhibit 3**,
12  codified as OMC Chapter 12.72, establishing a permit process for "festival events"
13  using City property or rights of way. During that spring and summer I did
14  substantial work to implement the Ordinance. At that time three individuals
15  recommended the Olympia Movement for Justice and Peace (OMJP) website
16  and/or listserve to me as a good source of information about a wide variety of
17  community events. They were:

20      • Then Councilmember TJ Johnson

21      • City staff member Anna Schlecht

22      • Then Port of Olympia Communications Director Patty Grant.

23  5. On July 17, 2007 I subscribed to the OMJP Email List (listserv). The
24  instructions for subscribing and the "OMJP Email List Guidelines" were
25  accessible though the OMJP website. **Exhibit 4** is the version of the instructions
26  and Guidelines as of March 10, 2014. To the best of my knowledge, they were the

DECLARATION OF CATHIE BUTLER - 2
U.S.D.C. No. 3:10-cv-05018 RBL

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON RD., TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

1  same when I subscribed. **Exhibit 5** is the email string by which I subscribed. In
2  it I used my name, "Cathie Butler," and my City-assigned work email address,
3  cbutler@ci.olympia.wa.us. My message was, "Yes, please add this email address
4  to the list. As Communications Manager for City of Olympia, I like to be aware of
5
6  what's going on in the community." **Exhibit 6** is the confirmation that I
7  received. I did not sign up on the OMJP listserv anonymously or under any other
8  name. I did not sign up in any fashion on the Olympia Port Militarization
9  Resistance listserv or any other such organization listserv.

10       6. Regarding what became the "Community Dialogue," Mr. Hall
11  maintained his role as lead contact for the City. However, at his request I
12  participated as his back-up on a planning team for the event. This activity
13  involved attending several meetings dealing with the logistical details and
14  arrangements, all consistent with my Communications Manager position, as
15  outlined above. I did not go to any of the actual Community Dialogue sessions.
16
17       7. I have read the allegations in the Complaint relating to me and other
     than getting my County residence and job title right, I believe the allegations are
18
19  completely false.

20

21       I declare under penalty of perjury under the laws of the United States
22  of America that the foregoing is true and correct.

23

24       DATED this 02 day of April, 2014.

25

26                              *Cathleen E Butler*
                                _____
                                Cathie Butler

DECLARATION OF CATHIE BUTLER - 3
U.S.D.C. No. 3:10-cv-05018 RBL

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.
ATTORNEYS AT LAW
2674 RW JOHNSON RD., TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480  FAX: (360) 357-3511

# EXHIBIT 1

## RESOLUTION NO. m-1476

WHEREAS, the Olympia City Council recognizes the importance to the community of events that involve public celebration and public expression of opinion; and

WHEREAS, the City Council acknowledges and accepts its responsibility to preserve and balance essential civil rights for all citizens, including the right to peaceably assemble, the right to freedom of speech and the right to freedom of movement on public ways; and

WHEREAS, the City Council desires to facilitate safe, meaningful public events that contribute positively to the unique fabric of the community; and

WHEREAS, the City Council has openly sought and received the comments and advice of members of the community; and

WHEREAS, after thoughtfully considering those comments and advice, the City Council has identified several themes, as follows:

- Constitutional rights are the foundation of our democracy, and safe, responsible exercise of those rights should be encouraged;

- The exercise of constitutional rights involves the inherent responsibility to respect the rights of others;

- All public events deserve equitable access to City event planning and safety services;

- All people present at public events deserve to be treated with equal respect, regardless of their political views or their motivation for being present;

- Misunderstanding and conflict are best avoided through communication and a spirit of cooperation;

## EXHIBIT 1

- Reasonable community inconvenience for public events, as long as it does not involve assuring the rights of some citizens at the expense of the rights of others, should be both tolerated and accommodated;

- When public safety is threatened, only that amount of law enforcement action necessary to maintain order and assure the safety of persons and property should be taken;

- Individuals are responsible for their own actions and should be held accountable accordingly; *and*

**WHEREAS**, persons planning such events would show respect, courtesy and consideration toward the community by providing adequate public notice and by planning jointly with the City for provision of appropriate services to protect public health and safety; and

**WHEREAS**, the City may not be able to reasonably provide public services at optimum levels if advance notice and joint planning do not take place.

**NOW, THEREFORE, BE IT RESOLVED** by the City Council of the City of Olympia, Washington, that the City's response to both planned and spontaneous public events of celebration and/or expression of opinion occurring in the City of Olympia will be guided by the following considerations:

- Whether or not conditions are present that either involve or threaten to involve injury to any person or animal, or illegal damage to any public or private property;

- The degree to which an event respects the civil and constitutional rights of *all* citizens and reflects a spirit of cooperation and compromise when the rights of event participants conflict with the rights of non-participants;

- The ability of emergency services (fire, police, medical) to reach participants and non-participants in a timely manner that is consistent with normal response time to the event locale;

- The extent to which appropriate support and safety services are available.

**PASSED BY THE OLYMPIA CITY COUNCIL** this **5** day of December 2000.

_____

**MAYOR**

**ATTEST:**

_Irene M. Koester_

**CITY CLERK**

r2007
11/30/00

# EXHIBIT 2

# Ordinance No. 6077

AN ORDINANCE amending Sections 9.16.060 and 9.16.090 of the Olympia Municipal Code relating to public events and demonstrations.

## THE OLYMPIA CITY COUNCIL ORDAINS AS FOLLOWS:

**Section 1.** That Section 9.16.060 of the Olympia Municipal Code and ordinances pertaining thereto are hereby amended to read as follows:

9.16.060  Public parades and demonstrations. ((A.  It is unlawful for any person to use the public streets of the city for marching in parades or for public demonstrations, unless provisions of this chapter have first been complied with.))

((B)) A.  Whenever any person or persons plan to have any procession, demonstration, or parade through or upon the streets of the city, which procession, demonstration, or parade ((consists of fifty or more persons on foot or in vehicles)) will use the roadway section of the public right-of-way or will disrupt sidewalk pedestrian traffic in a significant way, the persons or person who will have charge, supervision, management or direction of such procession, demonstration, or parade ((shall, not less than forty-eight hours prior to the proposed starting time for)) are encouraged to, prior to such event, notify the chief of police of the city or the city manager or designee ((in writing)) of the intention to conduct such parade, demonstration, or procession.  ((, which notice shall be in writing signed by the person or persons who will be responsible for the conduct of such parade, demonstration, or procession, and which notice in writing shall specify the)) The person or persons in charge, supervision, management or management of such processions, demonstration, or parade are encouraged to, prior to the event, discuss and plan with the chief of police or the city manager or designee the place within the city where such parade, demonstration, or procession will occur or commence its march and the proposed route, ((giving)) the street names, the approximate time expected to be consumed and the approximate number of persons and/or automobiles or other vehicles expected to take part.

((C)) B.  On receipt of such ((written)) notice, the chief of police or the city manager or designee shall ((issue a permit to the person or persons signing the notice, authorizing such parade, demonstration, or procession;)) meet with the person(s) involved and discuss the proposed time, place, number of persons involved, and the manner in which the procession, demonstration, or parade shall be carried out; provided, however, that if in the judgment of the chief of police, the city manager or designee, a parade, demonstration, or procession of the size, at the time, and along the route indicated will unduly interfere with vehicle or pedestrian traffic, or endanger persons or property within the city or endanger the persons involved in the procession, demonstration, or parade, the chief of police or the city manager or designee may ((designate in such permit)) suggest reasonable alternative time(s) and/or routes or locations for such activity((, and it is unlawful to conduct a parade, demonstration, or procession except at the times and on the routes so designated in such permit)).

Page 1 of 3

**EXHIBIT 2**

((D.  The applicant may appeal to the city council if he/she feels the conditions are unreasonable.  The city council may modify or delete the conditions as it sees fit.

E.  This section shall not apply to any parades or processions conducted by the military or naval forces of the United States or the militia of the state.))

**Section 2.**  That Section 9.16.090 of the Olympia Municipal Code and ordinances pertaining thereto are hereby amended to read as follows:

9.16.090  Public events--Criminal activity.  A.  No person shall physically and intentionally or knowingly interfere with any public event activity in a manner which unreasonably disrupts the activity or causes participants therein to be seriously distracted from their performance.  For purposes of this section, "activity" includes any parade, procession, race, game, exhibition or similar activity which is conducted on a public street and is an official part of a public event.  The term "public event" shall be defined as set forth in Section 10.64.010.

B.  No person shall commit any offense against public peace as defined in Chapter 9.16 or commit a crime against persons as defined in Chapter 9.20 while attending or in conjunction with a public event.  Any person who engages in such conduct or commits a felony while attending or in conjunction with a public event may, in the case of private property, be ordered removed from the property on which the event is held by any person(s) having lawful authority over the event or, in the case of a public street, by a law enforcement officer.  ((Such)) With respect to a public street, a court of competent jurisdiction may issue an order ((may)) prohibiting the person from returning to the property on which the event is held for the duration of the event if there is cause to believe that further violations would occur if the person were allowed to return.  ((Such order shall apply to event areas both on and off public streets.))  Any violation of such an order lawfully issued shall constitute criminal trespass pursuant to Section 9.40.080.

C.  Any violation of this section shall constitute a misdemeanor and be punishable by a fine not to exceed five hundred dollars, and/or by a jail sentence not to exceed ninety days.

**Section 3.** If any provision of this ordinance or its application to any person or circumstances is held invalid, the remainder of this ordinance, or application of the provision to other persons or circumstances, shall be unaffected.

MAYOR

**ATTEST:**

CITY CLERK

**APPROVED AS TO FORM:**

CITY ATTORNEY

Passed: January 16, 2001
Approved: January 16, 2001
Published: January 26, 2001

## 9.16.060 Public parades and demonstrations

A.    Whenever any person or persons plan to have any procession, demonstration, or parade through or upon the streets of the city, which procession, demonstration, or parade will use the roadway section of the public right-of-way or will disrupt sidewalk pedestrian traffic in a significant way, the persons or person who will have charge, supervision, management or direction of such procession, demonstration, or parade are encouraged to, prior to such event, notify the chief of police of the city or the city manager or designee of the intention to conduct such parade, demonstration, or procession. The person or persons in charge, supervision, management or management of such processions, demonstration, or parade are encouraged to, prior to the event, discuss and plan with the chief of police or the city manager or designee the place within the city where such parade, demonstration, or procession will occur or commence its march and the proposed route, the street names, the approximate time expected to be consumed and the approximate number of persons and/or automobiles or other vehicles expected to take part.

B.    On receipt of such notice, the chief of police or the city manager or designee shall meet with the person(s) involved and discuss the proposed time, place, number of persons involved, and the manner in which the procession, demonstration, or parade shall be carried out; provided, however, that if in the judgment of the chief of police, the city manager or designee, a parade, demonstration, or procession of the size, at the time, and along the route indicated will unduly interfere with vehicle or pedestrian traffic, or endanger persons or property within the city or endanger the persons involved in the procession, demonstration, or parade, the chief of police or the city manager or designee may suggest reasonable alternative time(s) and/or routes or locations for such activity.

(Ord. 6077 §1, 2001; Ord. 6030 §1, 2000; Ord. 3957 §4(F), 1976).

# EXHIBIT 3

Ordinance No. 6474

**AN ORDINANCE regulating festival events held on property owned by the City of Olympia and rights-of-way; and adding a New Chapter 12.72 – Festival Events, to the Olympia Municipal Code.**

**WHEREAS,** festival events create a sense of community, celebrate our culture and diversity, enhance the quality of life in our community, and can foster tourism and economic vitality; and

**WHEREAS,** festival events sponsored by local nonprofit agencies may provide a funding source for the agencies and clients, thereby benefiting the community; and

**WHEREAS,** the City of Olympia currently allows use of City properties and rights-of-way for festival events with no permit required and minimal coordination of city services and notice of the need for additional city services; and

**WHEREAS,** the number of festival events on City properties and rights-of-way has increased over time, impacting city services and the public streets and rights-of-way; and

**WHEREAS,** the increase in the number of festival events has impacted the ability for the city to effectively coordinate festival events that occur simultaneously on city property and in rights-of-way; and

**WHEREAS,** the City has decided to establish a process and fees for permitting the use of City properties and rights-of-ways for festival events; and

**WHEREAS,** regulation of the time, place and manner of festival events is necessary for the health, safety and welfare of the public;

**NOW, THEREFORE, THE OLYMPIA CITY COUNCIL ORDAINS AS FOLLOWS:**

**Section 1. Amendment of OMC Title 12 - *Streets, Sidewalks, and Public Places*. A New Chapter 12.72 – Festival Events, is hereby added to Title 12 of the Olympia Municipal Code to read as follows:**

1

**EXHIBIT 3**

## CHAPTER 12.72

## FESTIVAL EVENTS

**Sections:**

**12.72.000- Title Contents.**
**12.72.010 - Purpose.**
**12.72.020 - Definitions.**
**12.72.030 - Permit Duration.**
**12.72.040 - Temporary Nature of Permit.**
**12.72.050 - Administration.**
**12.72.055 – Appeal.**
**12.72.060 - Conditions authorized and additional permits.**
**12.72.070 - Rates established for use of City streets.**
**12.72.080 - Fees and charges.**
**12.72.090 - Fees and charges exempted – Qualified nonprofit event sponsor.**
**12.72.100 - Hold Harmless.**
**12.72.110 - Insurance Requirements.**
**12.72.120 – Revocation of Permit.**

**12.72.010 - Purpose.**
It is the purpose of this chapter to provide for the issuance of Festival Event permits to regulate such events on the public properties and rights-of-way of the city in the interest of public health, safety and welfare; to provide for fees and charges; and to administer the permit process. Nothing contained in this chapter or any procedures adopted hereunder is intended to be or shall be construed to create or form the basis for liability on the part of the city, or its officers, employees or agents, for any injury or damage resulting from the failure of the applicant or sponsor to comply with the provisions hereof.

**12.72.020 - Definitions.**

For purposes of this chapter, the following terms shall be defined as follows, unless a different meaning is expressly stated:

A. "Applicant" means the individual who completes the application and who shall act as primary contact for the event.

B. "Festival event" means an event held in a fixed location on city property or city right-of-way that exceeds one (1) calendar day, including pre- and post-event set up and take down, which the general public may attend, and any activity in a non-fixed location associated with the event such as a parade, walk-a-thon, run-a-thon. Festival Events include arts and craft shows, carnivals, circuses, dances, entertainment activities, exhibitions, fairs, flea markets,

2

rallies, shows, or other similar events. Not included in this definition of Festival Events are events involving political or religious activity or events intended primarily for the communication or expression of ideas where no vendor activities are involved and which are protected under the First and Fourteenth Amendments.

C. "Nonprofit vendor" means any person, firm or organization who sells goods and services at a Festival Event and who has active status registration with the Washington Secretary of State as a nonprofit corporation.

D. "Permit" means the permit issued by the city manager or appointed designee pursuant to this chapter.

E. "Sponsor" means the group who is listed on the permit application as the responsible party for the event.

F. "Qualified nonprofit event sponsor" means a sponsor who has an active status registration with the Washington Secretary of State as a nonprofit corporation.

G. "Vendor" means any individual, firm, or organization who sells goods or services at a Festival Event, including but not limited to concessions, food counters, and booths for the sale of crafts, memorabilia, souvenirs, services, or other similar items.

### 12.72.030 - Permit Required.

Any person or group desiring to conduct or sponsor a Festival Event on city property and/or city rights-of-way shall first obtain a Festival Event permit. An application for a festival event permit must be submitted at least ninety (90) days prior to the proposed date of the Festival Event.

### 12.72.040 – Permit Duration .

A Festival Event permit issued under this chapter shall be valid only for the time period approved by the city and vests no permanent rights in the applicant.

### 12.72.050 - Administration.

A. The city manager or designee shall establish a Festival Event permit application form, process, and approval/denial criteria; and publish such forms, process and criteria on the city's website.

B. The city manager or designee may approve, deny, modify, or condition an application for a Festival Event permit.

3

**12.72.055 – Appeal-Denial or Revocation or Permit.**

Any sponsor aggrieved by the action of the City in refusing to issue any permit or revoking a permit issued under this chapter shall have the right to appeal such to the General Government Committee of the Olympia City Council, or such other hearing body as may hereafter be established by the City Council, by filing a notice of appeal with the Council's Secretary within ten (10) calendar days of issuance of notice of the denial or revocation. Any appeal shall be accompanied by a statement indicating the grounds for such appeal. The hearing body shall set a date for hearing such appeal, to take place within twenty (20) calendar days of the date of receipt of the notice of appeal, unless the appellant agrees to a longer time frame. If the twentieth day falls on a weekend or holiday, the next business day would be the final day for holding a hearing. At such hearing the appellant and other interested persons may appear and be heard, subject to rules of the hearing body. The hearing body shall render its decision on the appeal within ten (10) business days following the close of the appeal hearing. The decision of the hearing body is final.

**12.72.060 - Conditions authorized and additional permits.**

A. The city may include in a Festival Event permit, among other provisions, reasonable terms or conditions as to the: 1) time, place and manner of the event; 2) compliance with health and sanitary regulations; 3) provision of emergency services, security, and other services deemed necessary by the city for health, safety, and welfare purposes; and 4) payment of or reimbursement for city costs associated with the event.

B. In addition to the reasonable terms and conditions that may be included in a Festival Event permit, a Festival Event permit shall ensure that:

1. No fee may be charged nor donations solicited for admission to a Festival Event located on City properties or rights-of-way or any entertainment venue at the event located on City properties or rights-of-way. This condition does not prevent the event sponsor from collecting vendor fees and charges, or allowing the sale of goods and services at the event, or soliciting or allowing the solicitation of donations for support of non-profit organizations in a manner such that the solicitation would not reasonably be construed by the general public as a charge or donation for admissions.

2. The event sponsor is responsible for all equipment set up and take down, litter and garbage clean-up and disposal at the event venue, and prompt removal of all event equipment and site clean-up at the end of the event.

3. No stakes, pegs, or other affixed hardware may be placed into city property or rights-of-way unless such activity is allowed under the Festival Event permit.

4. The sponsor of a Festival Event shall make provision for the free exercise of speech at the event and submit in writing with its application a statement as to how the free exercise of

4

speech will be accommodated. Any manner and location restrictions on the free exercise of speech must comply with those clearly set forth in the permit.

5.  Each Festival Event sponsor at which food is sold or served shall prominently place in and adjacent to all areas where food is sold or served a minimum of three (3) signs no smaller in size than two (2) feet wide by three (3) feet high which state "No animals other than service animals allowed in food sales, serving, and preparation areas;" or shall propose in writing with its application, subject to city approval, an alternate method of how notification will be given to event vendors and attendees that services animals only are allowed in areas where food is prepared and served.

C.  The city may condition any event permit on a requirement that the permittee give written advance notice of the event and its probable impact to the general public and any property owners or tenants adjacent to the event location or any event venue.

D.  Additional permits and licenses may be required for Festival Events to meet the conditions established by the permit and/or other city codes.

### 12.72.070 - Rates established for use of City streets.

The rate for use of City streets for stationary activities of a Festival Event shall be $50 per lineal street block, or portion of lineal street block if the entire block is not closed, per day or partial day of event operation, and shall be paid in advance of or at the time of permit issuance. Stationary event activities include but are not limited to areas for vendors, food consumption, displays, entertainment, event entryways, and supply and equipment storage.

### 12.72.080 - Fees and charges.

Any person, firm or organization who sponsors a Festival Event within the city must:

A.  Pay all city property usage fees in accordance with applicable code.

B.  Obtain all applicable permits and licenses required by Olympia Municipal Code and pay associated fees in accordance with the code.

C.  Apply for city utility services in advance of the event and pay associated usage charges and fees in accordance with city utility billing policies and practices. Pay the city's commercial customer fees for city utility services provided to the event.

D.  Reimburse the city for actual costs of city personnel, services and supplies required as a direct result of the event within 45 days of the date of issuance of invoices for such by the city.

E.  Pay taxes, as applicable to the event, in accordance with city and state regulations.

**12.72.090 - Fees and charges exempted – Qualified nonprofit event sponsor.**

The City Manager or designee may waive the following fees and charges for a Qualified Nonprofit Event Sponsor if in his/her opinion support for the event will not cause a significant disruption in the delivery of normal city services and the event is of sufficient public benefit to warrant the expenditure of city funds without reimbursement by the sponsor:

**A.** The actual cost of city personnel for services incurred on behalf of the event during regular work hours.

**B.** Incidental city costs for supplies, mileage and vehicle maintenance that are not included in the ordinary rate for city utility services.

**C.** The fees for recycling services provided to the event by the city if the sponsor files a recycling plan with the event application, said plan is approved by city, and the event sponsor makes a good faith effort to implement the approved plan.

**12.72.100 - Hold Harmless.**

As a condition to the issuance of any permit under this chapter, the sponsor shall agree to defend, indemnify and hold harmless the city, its officers, employees and agents, for any and all suits, claims or liabilities caused by, or arising out of any use or activity authorized by any such permit.

**12.72.110 - Insurance Requirements.**

The sponsor shall provide general liability insurance naming the city as an additional insured. Limits of coverage will be determined by the city's risk manager.  Certificates of insurance are to be submitted to the city for approval prior to the issuance of the Festival Event permit. Acceptability of insurance is subject to approval by the city's risk manager.

**12.72.120 – Revocation of Permit.**

Any permit issued under this chapter may be summarily revoked by the city at any time when, by reason of disaster, public calamity, riot or other emergency or exigent circumstances, the city determines the safety of the public or property requires such immediate revocation.  The city may also summarily revoke any permit issued pursuant to this ordinance if the city finds that the permit has been issued based upon false information or when the permittee exceeds the scope of the permit or fails to comply with any condition of the permit.  Notice of such action revoking a permit shall be delivered in writing to the event sponsor by personal service or by certified mail at the address specified by the permittee in the application.

**Section 2.  Ratification.** Any act consistent with the authority and prior to the effective date of this ordinance is hereby ratified and affirmed.

**Section 3.  Severability.**  The provisions of this ordinance are declared separate and severable. If any provision of the ordinance or its application to any person or circumstances is held invalid, the remainder of this ordinance or application of the provision to other persons or circumstances, shall be unaffected.

**Section 4. Effective date.** This ordinance shall take effect January 1, 2008, and after publication as provided by law.

MAYOR PRO TEM

ATTEST:

CITY CLERK

APPROVED AS TO FORM:

INTERIM CITY ATTORNEY

PASSED:     June 12, 2007

APPROVED:   June 12, 2007

PUBLISHED:  June 15, 2007

7

SUMMARY OF ORDINANCE 6474

On June 12, 2007, the Olympia City Council passed Ordinance 6474 - AN ORDINANCE regulating festival events held on property owned by the City of Olympia and rights-of-way; and adding a New Chapter 12.72 – Festival Events to the Olympia Municipal Code.

The full text of Ordinance No. 6474 may be obtained for a fee at Olympia City Hall, 900 Plum Street, SE or will be mailed upon request for a fee.  Call (360) 753-8325 or write to City of Olympia, P.O. Box 1967, Olympia, WA 98507-1967.

Do not publish below this line

PUBLISH: Friday, June 15, 2007

# EXHIBIT 4

## Email List

Subscribe or unsubscribe to the OMJP email list at
**http://lists.riseup.net/www/info/olympiansforpeace, or . . .**

To **subscribe**, send a blank email (nothing typed in the subject or message fields) to
**olympiansforpeace-subscribe@lists.riseup.net.**

To **unsubscribe**, send a blank email (nothing typed in the subject or message fields) to
**olympiansforpeace-unsubscribe@lists.riseup.net.**

For help, see **http://help.riseup.net/lists/.**

Your subscription request will be forwarded to the list manager. You will receive a reply
requesting your name, city of residence, and connection to the local peace & justice community
or other reason for subscribing. This information will remain confidential and is collected solely
for the protection of list subscribers.

Journalists and others may subscribe as long as they identify themselves as journalists to the
list manager at the time and agree to the condition that they will not quote from list email
messages without the express permission of the message's author.

### OMJP Email List Guidelines
Revised November, 2004

The purpose of the OMJP email list is to facilitate communication and organizing related to our
goal of promoting economic and social justice, and peace. The list may be utilized to plan and
announce events, share information and news, and discuss issues.

We expect our communications to reflect the values and goals of OMJP:

"We are committed to building a mass movement to further justice and peace. We believe that
the issues of justice and peace cannot be separated, and that by furthering economic and social
justice we create the conditions for a peaceful world. Our long term goal is to build a society
that meets the needs of all people, not one based on profit and economic values.

"We actively support movements that challenge corporate-sponsored globalization, and those
that further racial, gender and economic equality. Our efforts are focused on working in
solidarity and in coalition with individuals and groups on a local, regional, national, and global
level.

"We invite all who share our goals to join the Olympia Movement for Justice & Peace. We are
committed to building a group that is democratically structured, where each person's voice is
valued and heard. We intend to share skills and knowledge among our membership and with
the broader community. We are committed to building a group that continues past the current
war, that is welcoming and truly inclusive of workers and students, old and young, women and
men, all sexual orientations, and is racially and culturally diverse." [**About OMJP**, 2001]

We seek to include every voice in the spirit of collaborative, caring activism. Therefore, email
messages should reflect:

- respect and consideration for others

**EXHIBIT 4**
**OPD 066**

Case 3:10-cv-05018-RBL   Document 275   Filed 04/03/14   Page 24 of 29

- tolerance for differing points of view
- constructive dialogue

We reject all forms of violence, such as personal and character attacks, verbal abuse, intimidation, threats, and language that demeans or devalues others, including on the basis of age, class, sex, sexual orientation, religion, race, ethnicity or culture.

When posting to the list, the writer should identify him/herself.

Inability to abide by the above may result in a warning and/or removal from the list at the discretion of the list managers.

The list manager is **Larry Mosqueda**.

***another world is possible . . .***
**www.omjp.org**

**OPD 067**

# EXHIBIT 5

Page 1 of 1

Yes, please add this email address to the list.  As Communications Manager for City of Olympia, I like to be aware of what's going on in the community.

Thanks!
Cathie Butler
cbutler@ci.olympia.wa.us

-----Original Message-----
From: SYMPA [mailto:sympa@lists.riseup.net]
Sent: Tuesday, July 17, 2007 5:47 PM
To: Cathie Butler
Subject: auth 4155f3b7 subscribe olymplansforpeace

Someone (hopefully you) asked for your e-mail address
to be added to list 'olymplansforpeace'.
If you want this action to be taken, please

- reply to this mail
OR
- send a message to sympa@lists.riseup.net with subject
  auth 4155f3b7 subscribe olymplansforpeace
OR
- hit the following mailto:sympa@lists.riseup.net?subject=auth%204155f3b7%20subscribe%20olymplansforpeace%20

If you do not want this action to be taken, you can safely ignore this message.

8/9/2011

EXHIBIT 5

OPP 068

```
From: Cathie Butler <cbutler@ci.olympia.wa.us>
To: SYMPA <sympa@lists.riseup.net>
Date: Tue, 17 Jul 2007 18:13:33 -0700
Subject: RE: auth 4155f3b7 subscribe olympiansforpeace
Thread-Topic: auth 4155f3b7 subscribe olympiansforpeace
Thread-Index: AcfI2NymZO2ZVqKvQB2XNpOkL0W93g==
Message-ID: <FA389706025E194182DC51CD38FE68AF0510B2@dogbert.olynet.local>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
Content-Type: multipart/mixed;
        boundary="_002_FA389706025E194182DC51CD38FE68AF0510B2dogbertolynetloca_"
MIME-Version: 1.0
X-Shredder-Processed: Yes
```

**OPD 069**

# EXHIBIT 6

| From: | Cathie Butler <cbutler@ci.olympia.wa.us> |
| To: | SYMPA <sympa@lists.riseup.net> |
| Date: | 2007-07-17 18:13:33 |
| Subject: | RE: auth 4155f3b7 subscribe olympiansforpeace |
| Attachments: | unnamed.txt |

Sender: "Cathie Butler"

Message-ID:

Recipients:

   "'SYMPA'"

**EXHIBIT 6**
OPD 070
8/9/2011