1

2

Honorable Ronald B. Leighton

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

9

10

11

12

13

14

JULIANNE PANAGACOS, et al.,

                               Plaintiffs,

      v.

JOHN J. TOWERY, et al.,

                            Defendants.

No. C10-05018-RBL

DECLARATION OF THOMAS R.
RUDD IN SUPPORT OF MOTION
FOR SUMMARY JUDGMENT

15

16

        I, Thomas R. Rudd, declare as follows:

17

18

19

        1.      I am a civilian employee of the United States Army.  My current position is within the Directorate of Emergency Services, Protection Division.  I am over the age of 18, have personal knowledge of the statements contained in this declaration, and am competent to testify in the matter.

20

    **A. My job duties with the Force Protection Division**

21

22

23

        2.      During the time period at issue in this lawsuit, I served as I Corps and Ft. Lewis Protection Chief and Installation Anti-Terrorism Officer.  I have held a similar position from 2002 to the present.

24

25

        3.      In this role, I am responsible for a wide-variety of initiatives aimed at ensuring

26

DECLARATION OF THOMAS R.
RUDD IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT - 1
Case No. C10-05018-RBL
SE-#289560

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

the safety and security of the community at Ft. Lewis (now Joint Base Lewis-McChord

(JBLM)), as well as providing support to Department of Defense (DOD) entities throughout

the Pacific Northwest (PNW). These initiatives include, for example: (1) coordinating

trainings to combat sexual assault; (2) responding to an active shooter situation; (3)

responding to workplace violence; (4) antiterrorism training for Soldiers family Members,

DOD civilian workforce, and contractors; and (5) conducting threat assessments for a wide

variety of facilities and events with a military nexus such as recruiting centers, Madigan Army

Medical Center, public events that impacted a substantial number of military personnel,

movement of troops and equipment to and from the installation, and visits by High Risk

Personnel (*e.g.* 3 and 4 Star General officers, Congressional delegations, the President or

Vice-President, and other national leaders),

4.    Force protection requires a high level of situational awareness regarding

activities and actors in the Western Washington/South Sound region.  As part of my job, I

review and subscribe to a wide variety of public information sources to identify potential

threats, issues, and concerns to troops, operations, and equipment. Information that does not

have a military nexus is not be collected or acted upon, but I address groups and activities that

could negatively impact troops, operations, equipment, and facilities in threat assessments and

related updates I prepare.

5.    In addition to reviewing open source information, I communicate with dozens

(if not hundreds) of local, state, and federal law enforcement officials and representatives of

other federal agencies in the region, and across the nation. For example, between 2006 and

2009, I communicated with the Coast Guard, Olympia Police Department, Aberdeen Police

Department, Grays Harbor County Sherriff, Tacoma Police Department, Lakewood Police

Department, Washington State Patrol, and Pierce County Sheriff's Office. The purpose of this

coordination was to learn what the various entities knew about events in the region that might

DECLARATION OF THOMAS R.
RUDD IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT - 2
Case No. C10-05018-RBL
SE-#289560

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  have an impact on Ft. Lewis, the PNW DOD community, and/or military personnel,

2  operations, and equipment. These entities typically did not inform me of the source of their

3  information. I understood, however, that these agencies' sources could include unidentified,

4  confidential human sources. I also knew that these agencies obtained information from open

5  sources, as I did.

6        6.     I would use the information obtained from open sources, local law

7  enforcement, and federal agencies in the region to produce force protection products,

8  including daily updates, memos and threat assessments. These documents would identify

9  potential threats, assess the likelihood that the threat would manifest itself, and recommend

10  mitigation measures to minimize the threat. (A true copy of a collection of sample threat

11  assessments and updates I authored is attached as Exhibit A to this Declaration.) I would then

12  distribute these documents to individuals within the Army and DOD who needed the

13  information for situational awareness. I also provided the documents to law enforcement

14  agencies and others who requested them.

15        7.     Neither the documents I circulated, nor did I personally, ever instruct any

16  recipient how to act. I had no authority to order anyone other than my direct subordinates to

17  take any action.

18        8.     To assist me in carrying out my responsibilities, I had approximately five

19  subordinates during the time relevant to this case. One of these subordinates, a defendant in

20  this lawsuit, was John Towery, who worked in force protection from approximately February

21  2006 through 2009. In early 2007, Towery also began to gather information from local

22  activists.  For example, during a February 5, 2007 protest in DuPont related to the court

23  martial of Lt. Watada, Towery walked among the activists to gauge their numbers and

24  intentions. Between February and June 2007, Towery mingled with (and evidently

25  befriended) activists at other public events.

26

DECLARATION OF THOMAS R.
RUDD IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT - 3
Case No. C10-05018-RBL
SE-#289560

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

9.      In approximately June 2007, Towery and Chris Adamson, a Detective Sergeant with the Pierce County Sheriff's Office, approached me and informed me that Towery was going to start working as a confidential informant with PCSO during his off-duty hours. Towery and Adamson did not provide me with details of Towery's activities with Adamson or ask me for permission. Adamson did, however, tell me that information Towery obtained would be shared with me only if it had a military nexus. Adamson also informed me that Towery's work for Adamson was "close hold" and should not be shared with anyone because if discovered, Towery's life could potentially be at risk.

10.      Like all of my subordinates, Towery would share information he had gathered with me, if that information had a military nexus. I would include that information in force protection memos and/or threat assessments if relevant. Towery gathered information from a variety of sources, and I was aware that such sources could include public events at which activists were present. If Towery's work on a particular project, for example gathering information regarding threats to troops and equipment moving from Port-to-Fort or Fort-to-Port, required Towery to work overtime, I would arrange for Towery to obtain overtime or comp time. Towery did not, however, provide me with any information that lacked a military nexus.

**B.  The Force Protection Division's support for Port-to-Fort and Fort-to-Port Movements**

11.      On several occasions during the period at issue in this litigation, the Army shipped equipment (often including Stryker vehicles) using regional ports, such as the Port of Olympia, Port of Tacoma, and Port of Grays Harbor. As the Ft. Lewis Protection Chief, I was responsible for identifying, evaluating, and helping to avoid threats to Ft. Lewis personnel, operations and equipment.

12.      This process would start approximately eight weeks prior to the shipment with

DECLARATION OF THOMAS R.
RUDD IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT - 4
Case No. C10-05018-RBL
SE-#289560

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1   meetings between Army personnel responsible for the logistics of the movements, the Coast

2   Guard, and local law enforcement (including port security). Additional meetings often were

3   held in the weeks leading up to the deployment or redeployment activity. In addition, I would

4   produce a threat assessment, which would be updated throughout the planning process as

5   additional information was obtained. During the actual movements, updates would be issued

6   in real time as I gained information. That information was obtained from the internet, from

7   law enforcement personnel, or on rare occasions from Towery directly.

8         13.     In May of 2006, military equipment for the 3/2 Stryker Brigade Convoy Team

9   ("SBCT") was shipped through the Port of Olympia to the USNS *Pomeroy*. During that

10  shipment, protests turned violent, with dozens of activists arrested.  Thereafter, activists who

11  had been arrested during those violent protests began publicly identifying themselves as part

12  of "Olympia Port Militarization Resistance" ("OlyPMR").

13        14.     Because confrontations posed a threat to troops, operations, the local

14  community, and equipment, I sought out information regarding such protests online. As early

15  as 2004, I identified multiple websites in the Puget Sound region that provided public

16  information that supported my efforts to gain and maintain situational awareness in support of

17  my force protection efforts. I identified a website for the Olympia Movement for Justice and

18  Peace ("OMJP"), and I saw that OMJP maintained a listserv. I subscribed to the listserv by

19  simply sending an email requesting to be added to the list. I sent that email from my personal

20  email account (trrudd@hotmail.com). I immediately began receiving emails sent to the OMJP

21  listserv. From the messages, it appeared that some of them were distributed to other listservs,

22  but I signed up for only the OMJP listserv.

23        15.     Eventually Force Protection created a second Hotmail account,

24  portwatcher@hotmail.com, to sign up for other public listservs and learn more about planned

25  activities surrounding the Fort-to-Port and Port-to-Fort movements. Although my experience

26

DECLARATION OF THOMAS R.
RUDD IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT - 5
Case No. C10-05018-RBL
SE-#289560

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

as a subscriber to the OMJP listserv taught me that most (if not all) of the information posted to the listservs would eventually be posted to websites—such as Seattle Indymedia—being on listservs ensured that the portwatcher@hotmail.com account would receive relevant information as soon as it was publicly emailed. *Id.*

16.     The Army used the Port of Olympia in May 2006, the Port of Tacoma in March 2007 for the 4/2 SBCT (USNS *Soderman*), the Port of Grays Harbor in May of 2007 for the 4/6 Aviation (USNS *Cape Henry*), the Port of Olympia in November 2007 for the 3/2 SBCT (USNS *Brittin*), and the Port of Tacoma in August 2008 for the 4/2 SBCT (USNS *Brittin*). The Army used the Port of Tacoma on other occasions during this time period, but no major protest activity occurred.  During each of the movements in which protests occurred, activists planned to physically block the transport of Stryker vehicles.

17.     In developing information and understanding of events associated with the Port-to-Fort and Fort-to-Port movements, I gathered photographs taken at PMR protests. A true copy of some of those photographs is attached as Exhibit B to this Declaration.

18.     I reviewed the following documents and either sent or received them via e-mail in connection with my duties with the Force Protection Division surrounding Port-to-Fort and Fort-to-Port movements:

       a.   March 3, 2007 e-mail from Drew Hendricks to [olypmr] entitled ALERT: Strykers moving part two 9:15PM Saturday, which was sent to me on March 3, 2007 by John Towery.  A true copy is attached as Exhibit C to this Declaration.

       b.   March 7, 2007 e-mail from me to various Army employees entitled "Possible direct actions target indication" in which I relay an

DECLARATION OF THOMAS R.
RUDD IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT - 6
Case No. C10-05018-RBL
SE-#289560

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Indymedia post by Andrew Charles Hendricks.  A true copy is attached as Exhibit D to this Declaration.

c.  November 2, 2007 e-mail from me to various Army officials entitled "emails and web postings" in which I forward to various Army employees Indymedia alerts and listserv e-mails in which Andrew Hendricks discusses a military ship's arrival in Olympia and discusses "direct action."  A true copy is attached as Exhibit E to this Declaration.

d.  May 28, 2008 e-mail from drewhend98513@yahoo.com (received by the Portwatcher alias) to [olympians for peace] and [olypmr] listservs entitled "[olypmr] A proposal- Spokes Council". This document indicates the possibility of "high risk" action, and details "zones" of areas surrounding the ports in which various degrees of risks would be taken. A true copy is attached as Exhibit F to this Declaration.

e.  June 2, 2008 e-mail from drewhend98513@yahoo.com (received by the Portwatcher alias) to [olypmr] listserv, entitled "Re: Equipment Return? WHEN WILL IT BE?", in which the author discussed formation of "Forward, Tactical, and Web" teams and refers to leaks within the Olympia Police Department. A true copy is attached as Exhibit G to this Declaration.

f.  June 3, 2008 e-mail from drewhend98513@yahoo.com to [olympr] listserv (received by the Portwatcher alias) entitled "A strategy game

DECLARATION OF THOMAS R.
RUDD IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT - 7
Case No. C10-05018-RBL
SE-#289560

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

for PMR Olympia", referring to a graphic of downtown Olympia and again characterizing the area as consisting of "zones" in which federal and state law enforcement officials would be present.  It also refers to egress or ingress points for military vehicles at the Port of Olympia.   A true copy is attached as Exhibit H to this Declaration.

g. July 31, 2008 update from mwilliams@portoftacoma.com referring to PMR scheduled events, and characterizing some as "family friendly" with "later actions" to follow. A true copy is attached as Exhibit I to this Declaration.

h. July 30, 2008 e-mail from Drew Hendricks to the [olypmr] listserv, entitled "Fw: Google Alert- 'pililaau,'" summarizing military protests in Olympia that appeared to refer to arrests "resisting" shipments, cutting a hole in the port fence, and removing the gate from the Port of Olympia in May 2006.  A true copy is attached as Exhibit J to this Declaration.

i. January 3, 2009 e-mail from Drew Hendricks to the [olypmr] listserv entitled "Intelligence- the foundation of good actions," in which the author discussed blockades and confrontation with military units.  A true copy is attached as Exhibit K to this Declaration.

j. January 11, 2009 e-mail from Drew Hendricks to the [olypmr] listserv entitled "Speculative timeline 2009 UPDATES" in which the author states the possibility of confrontation during the 3/2SBCT movement in

DECLARATION OF THOMAS R.
RUDD IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT - 8
Case No. C10-05018-RBL
SE-#289560

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

2009 through Tacoma. A true copy is attached as Exhibit L to this Declaration.

k.  February 18, 2009 e-mail from Drew Hendricks to the [olypmr] listserv entitled "Proposed port militarization resistance mtg time in resp. to 5th Deployment" in which the author refers to the possibility of human blockades. A true copy is attached as Exhibit M to this Declaration.

l.  March 29, 2009 e-mail from Drew Hendricks to the [olypmr] listserv (and others) entitled "Foreclose the War Machine: A Proposal for Direct Action," in which the author discusses a Stryker repair facility as a "blockade target 5 days a week, 50 or 52 weeks a year," and expresses a desire to "cost the FedGov security money and attention . . ." A true copy is attached as Exhibit N to this Declaration.

m.  May 3, 2009 e-mail from Drew Hendricks to the [olypmr] listserv (and the [nwaidac] listserv) entitled "Blockades at Exit 137 North I-5 (54th Avenue)" in which the author relays that "PMR Participants have just blocked a Stryker convoy at exit 137 . . ." A true copy is attached as Exhibit O to this Declaration.

n.  May 7, 2009 e-mail from Daniel Vessels to me and other Army officials entitled "Found this on examiner.com (UNCLASSIFIED)" in which a PMR "spokesman" is quoted as saying, "Our goal is to raise the economic cost of these shipments, to the point where no port is willing to take them." A true copy is attached as Exhibit P to this

DECLARATION OF THOMAS R.
RUDD IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT - 9
Case No. C10-05018-RBL
SE-#289560

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1    Declaration.

2    19.    I regularly referenced OlyBlog in connection with open source news reviews,

3    and would have reviewed the attached September 7, 2009 posting on OlyBlog.com by

4    "DrewHendricks" entitled, "Yet another Spy is outed," in which the author describes a

5    meeting that references "plans for active resistance--not sign holding but actual civil

6    disruption of military spare parts movement," and again distinguishes between " "holding

7    signs by the road" and "actually disrupting business as usual." A true copy of this article is

8    attached as Exhibit Q to this Declaration.

9

10    I declare under penalty of perjury that the foregoing is true and correct:

11    EXECUTED this 3rd day of April, 2014 at Seattle, Washington.

12

13

14    Thomas R. Rudd

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF THOMAS R.
RUDD IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT - 10
Case No. C10-05018-RBL
SE-#289560

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1

<u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on April 3, 2014, I electronically filed the foregoing, along with attached
Exhibits, with the Clerk of the Court using the CM/ECF system which will send notification
of such filing to all parties of record.

3

4

s/ Theodore J. Angelis
Theodore J. Angelis, WSBA # 30300

5

K&L GATES LLP
925 Fourth Ave., Suite 2900
Seattle, WA  98104
Telephone:    (206) 623-7580
Facsimile:     (206) 623-7022
Email: theo.angelis@klgates.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF THOMAS R.
RUDD IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT - 11
Case No. C10-05018-RBL
SE-#289560

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

# EXHIBIT A

**Amy Cleveland**

| | |
|---|---|
| **From:** | Rudd, Thomas R CIV USA IMCOM [thomas.r.rudd@us.army.mil] |
| **Sent:** | Sunday, October 26, 2008 12:28 PM |
| **To:** | Beard, Lois COL MIL USA FORSCOM; Murphy, Cynthia A COL MIL USA IMCOM; Knight, Thomas    G Mr CIV USA IMCOM; Shealy, Luther F COL MIL    USA FORSCOM; Jackson, Jonathan B CPT MIL USA; Ball, Robert D CIV USA IMCOM; Sanders, Rickey L CIV USA IMCOM; robert.lehman@sddc.army.mil; adrian.johnson@us.army.mil; susan.pearson1 @us.army.mil; Derda, Krystian D CPT MIL USA FORSCOM; Balasabas, Kristin S CIV USA FORSCOM; Chavez, Nicholas R SSG MIL USA FORSCOM; Chesbro, Michael E CTR USA IMCOM; Olson, Maria R SSG MIL USA FORSCOM; Towery II, John J CIV USA IMCOM; Vessels, Daniel L CIV USA IMCOM; Hurley, Paul C COL MIL USA FORSCOM; Mathis, Jeff W BG NG USA; Bayer, Peter C COL MIL USA FORSCOM |
| **Cc:** | Clint.Colvin@uscg.mil; JNaswort@ci.tacoma.wa.us; Gary.Smith@ci.tacoma.wa.us; mwilliams@portoftacoma.com; MMILLER2@ci.tacoma.wa.us; Tor Bjornstad |
| **Subject:** | [BULK]  Re: Threat updat 1230 26 OCT 08 (UNCLASS//FOUO) |
| **Importance:** | Low |

FOUO/LES Exempt from release under FOIA

1.  No activist awareness , interest, targeting, or reporting of any Port of Tacoma, 833 TRANS, or Fort Lewis operations.

Olympia activists, including the OLY PMR are ramping up their efforts in response to 26 persons being charged for 13 NOV 08 protests at the Port of Olympia.  OLY PMR has issued a press release, is coordinating with various local, national, and international anti-war womens groups, and planning other unspecified actions. Most likely target for vandalism and or harrassment remains the Olympia newspaper and its facilities, equipment, and vehicles.

R/tom



Thomas R. Rudd
FPS/AT Officer
FP Division, Task Force Protector
I Corps and Fort Lewis ▬▬▬▬▬▬

NIPR thomas.r.rudd@conus.army.mil or @us.army.mil  SIPR: ruddt@ftlewis.army.smil.mil


----- Original Message -----
From: Rudd, Thomas R CIV USA IMCOM
To: Beard, Lois COL MIL USA FORSCOM; Murphy, Cynthia A COL MIL USA IMCOM; Shealy, Luther F COL MIL USA FORSCOM; Jackson, Jonathan B CPT MIL USA; Ball, Robert D CIV USA IMCOM; Sanders, Rickey L CIV USA IMCOM; 'robert.lehman@sddc.army.mil' <robert.lehman@sddc.army.mil>; 'adrian.johnson@us.army.mil' <adrian.johnson@us.army.mil>; 'susan.pearson1@us.army.mil' <susan.pearson1@us.army.mil>; Derda, Krystian D CPT MIL USA FORSCOM; Balasabas, Kristin S CIV USA FORSCOM; Chavez, Nicholas R SSG MIL USA FORSCOM; Chesbro, Michael E CTR USA IMCOM; Olson, Maria R SSG MIL USA FORSCOM; Towery II, John J CIV USA IMCOM; Vessels, Daniel L CIV USA IMCOM; Hurley, Paul C COL MIL USA FORSCOM; Mathis, Jeff W BG NG USA; Bayer, Peter C COL MIL USA FORSCOM
Cc: 'Clint.Colvin@uscg.mil' <Clint.Colvin@uscg.mil>; 'JNaswort@ci.tacoma.wa.us' <JNaswort@ci.tacoma.wa.us>; 'Gary.Smith@ci.tacoma.wa.us' <Gary.Smith@ci.tacoma.wa.us>; 'mwilliams@portoftacoma.com' <mwilliams@portoftacoma.com>; 'MMILLER2@ci.tacoma.wa.us' <MMILLER2@ci.tacoma.wa.us>
Sent: Sat Oct 25 08:26:23 2008
Subject: Re: Threat update 0730 3.  25 OCT 08 (UNCLASS//FOUO)


FOUO/LES. Exempt from release under FOIA


NOTE Fort Lewis FP DIV will continue threat updates until 833 TRANS is mission complete at the Port of Tacoma

1

1. Ongoing angst in Olympia among activists, the Olympian newspaper, Port of Olympia commission, and Olympia PD was raised another level with the prosecutor's filing charges againt 26 protesters for their actions during the the night of 13 NOV 08 during the 3/2 redeployment when approx 30 women and children blocked movements from the port. Activists believe the recent olympian news articles are responsible and this may lead to additional targeting of the olympians vehicles and or facilitiesl

2. No indications of any activist awareness or interest in Port of Tacoma military operations. No protest planning by PNW activists. No scheduled protest events at or near Port of Tacoma or Fort Lewis.

3. There have been no activist reports of any military equipment / systems moving on I-5.

4. The 4/25 SBCT AK movement by TOTE to NTC via line haul continues.
*Per TOTE, an estimated 58 truckloads remain to be shipped and they expect to be complete by COB Tuesday, 10/28.


R/tom
Thomas R. Rudd
FPS/AT Officer
FP Division, Task Force Protector
I Corps and Fort Lewis
█████████████████

NIPR thomas.r.rudd@conus.army.mil or @us.army.mil  SIPR: ruddt@ftlewis.army.smil.mil


----- Original Message -----
From: Rudd, Thomas R CIV USA IMCOM
To: Beard, Lois COL MIL USA FORSCOM; Murphy, Cynthia A COL MIL USA IMCOM; Knight, Thomas G Mr CIV USA IMCOM; Shealy, Luther F COL MIL USA FORSCOM; Jackson, Jonathan B CPT MIL USA; Ball, Robert D CIV USA IMCOM; Sanders, Rickey L CIV USA IMCOM; 'robert.lehman@sddc.army.mil' <robert.lehman@sddc.army.mil>; 'adrian.johnson@us.army.mil' <adrian.johnson@us.army.mil>; 'susan.pearson1@us.army.mil' <susan.pearson1@us.army.mil>; Derda, Krystian D CPT MIL USA FORSCOM; Balasabas, Kristin S CIV USA FORSCOM; Chavez, Nicholas R SSG MIL USA FORSCOM; Chesbro, Michael E CTR USA IMCOM; Olson, Maria R SSG MIL USA FORSCOM; Towery II, John J CIV USA IMCOM; Vessels, Daniel L CIV USA IMCOM; Hurley, Paul C COL MIL USA FORSCOM; Mathis, Jeff W BG NG USA; Bayer, Peter C COL MIL USA FORSCOM
Cc: 'Clint.Colvin@uscg.mil' <Clint.Colvin@uscg.mil>; 'JNaswort@ci.tacoma.wa.us' <JNaswort@ci.tacoma.wa.us>; 'Gary.Smith@ci.tacoma.wa.us' <Gary.Smith@ci.tacoma.wa.us>; 'mwilliams@portoftacoma.com' <mwilliams@portoftacoma.com>; 'MMILLER2@ci.tacoma.wa.us' <MMILLER2@ci.tacoma.wa.us>
Sent: Fri Oct 24 19:39:22 2008
Subject: Re: Threat update 1930  24 OCT 08 (UNCLASS//FOUO)

FOUO/LES. Exempt from release under FOIA

NOTE Fort Lewis FP DIV will continue threat updates until 833 TRANS is mission complete at the Port of Tacoma


1. No indications of any activist awareness or interest in Port of Tacoma military operations. No scheduled protest events at or near Port of Tacoma or Fort Lewis. No protest planning by PNW activists.

2. There have been no activist reports of any military equipment / systems moving on I-5.

3. Through various fundraisers and possibly some large contributions PNW activists aligned with the named group "GIVOICE" have supposedly raised almost enoought money (25K) to open an antiwar centric coffee house in Tillicum

4. The 4/25 SBCT AK movement by TOTE to NTC via line haul continues.
*Per TOTE, an estimated 58 truckloads remain to be shipped and they expect to be complete by COB Tuesday, 10/28.


R/tom
Thomas R. Rudd

2

FPS/AT Officer
FP Division, Task Force Protector
I Corps and Fort Lewis ▆▆▆▆▆▆▆▆

NIPR thomas.r.rudd@conus.army.mil or @us.army.mil  SIPR: ruddt@ftlewis.army.smil.mil


----- Original Message -----
From: Rudd, Thomas R CIV USA IMCOM
To: Beard, Lois COL MIL USA FORSCOM; Murphy, Cynthia A COL MIL USA IMCOM; Knight, Thomas G Mr CIV USA
IMCOM; Shealy, Luther F COL MIL USA FORSCOM; Jackson, Jonathan B CPT MIL USA; Ball, Robert D CIV USA IMCOM;
Sanders, Rickey L CIV USA IMCOM; 'robert.lehman@sddc.army.mil' <robert.lehman@sddc.army.mil>;
'adrian.johnson@us.army.mil' <adrian.johnson@us.army.mil>; 'susan.pearson1@us.army.mil' <susan.pearson1@us.army.mil>;
Derda, Krystian D CPT MIL USA FORSCOM; Balasabas, Kristin S CIV USA FORSCOM; Chavez, Nicholas R SSG MIL USA
FORSCOM; Chesbro, Michael E CTR USA IMCOM; Olson, Maria R SSG MIL USA FORSCOM; Towery II, John J CIV USA
IMCOM; Vessels, Daniel L CIV USA IMCOM; Hurley, Paul C COL MIL USA FORSCOM; Mathis, Jeff W BG NG USA; Bayer,
Peter C COL MIL USA FORSCOM
Cc: 'Clint.Colvin@uscg.mil' <Clint.Colvin@uscg.mil>; 'JNaswort@ci.tacoma.wa.us' <JNaswort@ci.tacoma.wa.us>;
'Gary.Smith@ci.tacoma.wa.us' <Gary.Smith@ci.tacoma.wa.us>; 'mwilliams@portoftacoma.com' <mwilliams@portoftacoma.com>;
'MMILLER2@ci.tacoma.wa.us' <MMILLER2@ci.tacoma.wa.us>
Sent: Thu Oct 23 20:22:58 2008
Subject: Re: Threat update 2015  23 OCT 08 (UNCLASS//FOUO)

FOUO/LES. Exempt from release under FOIA

NOTE Fort Lewis FP DIV will continue threat updates until 833 TRANS is mission complete at the Port of Tacoma


1. No indications of any activist awareness or interest in Port of Tacoma military operations. No protest planning by PNW activists.
No scheduled protest events at or near Port of Tacoma or Fort Lewis.

2. There have been no activist reports of any military equipment / systems moving on I-5.

R/ tom


Sent from blackberry

Thomas R. Rudd
FPS/AT Officer
FP Division, Task Force Protector
I Corps and Fort Lewis ▆▆▆▆▆▆▆▆

NIPR thomas.r.rudd@conus.army.mil or @us.army.mil  SIPR: thomas.rudd@us.army.smil.mil


----- Original Message -----
From: Rudd, Thomas R CIV USA IMCOM
To: Beard, Lois COL MIL USA FORSCOM; Murphy, Cynthia A COL MIL USA IMCOM; Knight, Thomas G Mr CIV USA
IMCOM; Shealy, Luther F COL MIL USA FORSCOM; Jackson, Jonathan B CPT MIL USA; Ball, Robert D CIV USA IMCOM;
Sanders, Rickey L CIV USA IMCOM; 'robert.lehman@sddc.army.mil' <robert.lehman@sddc.army.mil>;
'adrian.johnson@us.army.mil' <adrian.johnson@us.army.mil>; 'susan.pearson1@us.army.mil' <susan.pearson1@us.army.mil>;
Derda, Krystian D CPT MIL USA FORSCOM; Balasabas, Kristin S CIV USA FORSCOM; Chavez, Nicholas R SSG MIL USA
FORSCOM; Chesbro, Michael E CTR USA IMCOM; Olson, Maria R SSG MIL USA FORSCOM; Towery II, John J CIV USA
IMCOM; Vessels, Daniel L CIV USA IMCOM; Hurley, Paul C COL MIL USA FORSCOM; Mathis, Jeff W BG NG USA; Bayer,
Peter C COL MIL USA FORSCOM
Cc: 'Clint.Colvin@uscg.mil' <Clint.Colvin@uscg.mil>; 'JNaswort@ci.tacoma.wa.us' <JNaswort@ci.tacoma.wa.us>;
'Gary.Smith@ci.tacoma.wa.us' <Gary.Smith@ci.tacoma.wa.us>; 'mwilliams@portoftacoma.com' <mwilliams@portoftacoma.com>;
'MMILLER2@ci.tacoma.wa.us' <MMILLER2@ci.tacoma.wa.us>
Sent: Wed Oct 22 13:22:36 2008

3

Subject: Re: Threat update 1300 22 OCT 08 (UNCLASS//FOUO)

FOUO/LES. Exempt from release under FOIA

NOTE Fort Lewis FP DIV will continue threat updates until 833 TRANS is mission complete at the Port of Tacoma

1. No indications of any activist awareness or interest in Port of Tacoma military operations. No protest planning by PNW activists. No scheduled protest events at or near Port of Tacoma or Fort Lewis.

2. There have been no activist reports of any military equipment / systems moving on I-5.

3. PNW activists groups have noted media stories on LT Watada but have not yet begun planning victory celebrations

4. National anti police brutality day is 22 OCT 08. Small scale vigils and other events planned for Olympia and Seattle

R/tom

Sent from blackberry

Thomas R. Rudd
FPS/AT Officer
FP Division, Task Force Protector
I Corps and Fort Lewis
████████████████████

NIPR thomas.r.rudd@conus.army.mil or @us.army.mil  SIPR: thomas.rudd@us.army.smil.mil

----- Original Message -----
From: Rudd, Thomas R CIV USA IMCOM
To: Beard, Lois COL MIL USA FORSCOM; Murphy, Cynthia A COL MIL USA IMCOM; Knight, Thomas G Mr CIV USA IMCOM; Shealy, Luther F COL MIL USA FORSCOM; Jackson, Jonathan B CPT MIL USA; Ball, Robert D CIV USA IMCOM; Sanders, Rickey L CIV USA IMCOM; 'robert.lehman@sddc.army.mil' <robert.lehman@sddc.army.mil>; 'adrian.johnson@us.army.mil' <adrian.johnson@us.army.mil>; 'susan.pearson1@us.army.mil' <susan.pearson1@us.army.mil>; Derda, Krystian D CPT MIL USA FORSCOM; Balasabas, Kristin S CIV USA FORSCOM; Chavez, Nicholas R SSG MIL USA FORSCOM; Chesbro, Michael E CTR USA IMCOM; Olson, Maria R SSG MIL USA FORSCOM; Towery II, John J CIV USA IMCOM; Vessels, Daniel L CIV USA IMCOM; Hurley, Paul C COL MIL USA FORSCOM; Mathis, Jeff W BG NG USA; Bayer, Peter C COL MIL USA FORSCOM
Cc: 'Clint.Colvin@uscg.mil' <Clint.Colvin@uscg.mil>; 'JNaswort@ci.tacoma.wa.us' <JNaswort@ci.tacoma.wa.us>; 'Gary.Smith@ci.tacoma.wa.us' <Gary.Smith@ci.tacoma.wa.us>; 'mwilliams@portoftacoma.com' <mwilliams@portoftacoma.com>; 'MMILLER2@ci.tacoma.wa.us' <MMILLER2@ci.tacoma.wa.us>
Sent: Tue Oct 21 17:10:09 2008
Subject: Re: Threat update 1720 21 OCT 08 (UNCLASS//FOUO)

FOUO/LES. Exempt from release under FOIA

1. No indications of any activist awareness or interest in Port of Tacoma military operations. No protest planning by PNW activists. No scheduled protest events at or near Port of Tacoma or Fort Lewis.

2. There have been no activist reports of any military equipment / systems moving on I-5.

R/tom

Sent from blackberry

Thomas R. Rudd

FPS/AT Officer
FP Division, Task Force Protector
I Corps and Fort Lewis
███████████████████████

NIPR thomas.r.rudd@conus.army.mil or @us.army.mil SIPR: thomas.rudd@us.army.smil.mil


----- Original Message -----
From: Rudd, Thomas R CIV USA IMCOM
To: Beard, Lois COL MIL USA FORSCOM; Murphy, Cynthia A COL MIL USA IMCOM; Knight, Thomas G Mr CIV USA
IMCOM; Shealy, Luther F COL MIL USA FORSCOM; Jackson, Jonathan B CPT MIL USA; Ball, Robert D CIV USA IMCOM;
Sanders, Rickey L CIV USA IMCOM; 'robert.lehman@sddc.army.mil' <robert.lehman@sddc.army.mil>;
'adrian.johnson@us.army.mil' <adrian.johnson@us.army.mil>; 'susan.pearson1@us.army.mil' <susan.pearson1@us.army.mil>;
Derda, Krystian D CPT MIL USA FORSCOM; Balasabas, Kristin S CIV USA FORSCOM; Chavez, Nicholas R SSG MIL USA
FORSCOM; Chesbro, Michael E CTR USA IMCOM; Olson, Maria R SSG MIL USA FORSCOM; Towery II, John J CIV USA
IMCOM; Vessels, Daniel L CIV USA IMCOM; Hurley, Paul C COL MIL USA FORSCOM; Mathis, Jeff W BG NG USA; Bayer,
Peter C COL MIL USA FORSCOM
Cc: 'Clint.Colvin@uscg.mil' <Clint.Colvin@uscg.mil>; 'JNaswort@ci.tacoma.wa.us' <JNaswort@ci.tacoma.wa.us>;
'Gary.Smith@ci.tacoma.wa.us' <Gary.Smith@ci.tacoma.wa.us>; 'mwilliams@portoftacoma.com' <mwilliams@portoftacoma.com>;
'MMILLER2@ci.tacoma.wa.us' <MMILLER2@ci.tacoma.wa.us>
Sent: Mon Oct 20 14:05:22 2008
Subject: Re: Threat update 1400 20 OCT 08 (UNCLASS//FOUO)


FOUO/LES. Exempt from release under FOIA

1. No indications of any activist awareness or interest in Port of Tacoma military operations. No protest planning by PNW activists.
No scheduled protest events at or near Port of Tacoma or Fort Lewis.

2. There have been no activist reports of any military equipment / systems moving on I-5.


R/tom



Sent from blackberry

Thomas R. Rudd
FPS/AT Officer
FP Division, Task Force Protector
I Corps and Fort Lewis
███████████████████████

NIPR thomas.r.rudd@conus.army.mil or @us.army.mil SIPR: thomas.rudd@us.army.smil.mil


----- Original Message -----
From: Rudd, Thomas R CIV USA IMCOM
To: Beard, Lois COL MIL USA FORSCOM; Murphy, Cynthia A COL MIL USA IMCOM; Knight, Thomas G Mr CIV USA
IMCOM; Shealy, Luther F COL MIL USA FORSCOM; Jackson, Jonathan B CPT MIL USA; Ball, Robert D CIV USA IMCOM;
Sanders, Rickey L CIV USA IMCOM; 'robert.lehman@sddc.army.mil' <robert.lehman@sddc.army.mil>;
'adrian.johnson@us.army.mil' <adrian.johnson@us.army.mil>; 'susan.pearson1@us.army.mil' <susan.pearson1@us.army.mil>;
Derda, Krystian D CPT MIL USA FORSCOM; Balasabas, Kristin S CIV USA FORSCOM; Chavez, Nicholas R SSG MIL USA
FORSCOM; Chesbro, Michael E CTR USA IMCOM; Olson, Maria R SSG MIL USA FORSCOM; Towery II, John J CIV USA
IMCOM; Vessels, Daniel L CIV USA IMCOM; Hurley, Paul C COL MIL USA FORSCOM; Mathis, Jeff W BG NG USA; Bayer,
Peter C COL MIL USA FORSCOM
Cc: 'Clint.Colvin@uscg.mil' <Clint.Colvin@uscg.mil>; 'JNaswort@ci.tacoma.wa.us' <JNaswort@ci.tacoma.wa.us>;
'Gary.Smith@ci.tacoma.wa.us' <Gary.Smith@ci.tacoma.wa.us>; 'mwilliams@portoftacoma.com' <mwilliams@portoftacoma.com>;
'MMILLER2@ci.tacoma.wa.us' <MMILLER2@ci.tacoma.wa.us>
Sent: Sun Oct 19 13:50:59 2008
Subject: Re: Threat update 1345 19 OCT 08 (UNCLASS//FOUO)

FOUO/LES. Exempt from release under FOIA

1. No indications of any activist awareness or interest in Port of Tacoma military operations. No protest planning by PNW activists. No scheduled protest events at or near Port of Tacoma or Fort Lewis.

2. There have been no activist reports of any military equipment / systems moving on I-5.

R/tom

Sent from blackberry

Thomas R. Rudd
FPS/AT Officer
FP Division, Task Force Protector
I Corps and Fort Lewis
█████████████████

NIPR thomas.r.rudd@conus.army.mil or @us.army.mil  SIPR: thomas.rudd@us.army.smil.mil

----- Original Message -----
From: Rudd, Thomas R CIV USA IMCOM
To: Rudd, Thomas R CIV USA IMCOM; Beard, Lois COL MIL USA FORSCOM; Murphy, Cynthia A COL MIL USA IMCOM; Knight, Thomas G Mr CIV MIL USA IMCOM; Shealy, Luther F COL MIL USA FORSCOM; Jackson, Jonathan B CPT MIL USA; Ball, Robert D CIV USA IMCOM; Sanders, Rickey L CIV USA IMCOM; 'robert.lehman@sddc.army.mil' <robert.lehman@sddc.army.mil> 'adrian.johnson@us.army.mil' <adrian.johnson@us.army.mil>; 'susan.pearson1@us.army.mil' <susan.pearson1@us.army.mil>; Derda, Krystian D CPT MIL USA FORSCOM; Balasabas, Kristin S CIV USA FORSCOM; Chavez, Nicholas R SSG MIL USA FORSCOM; Chesbro, Michael E CTR USA IMCOM; Olson, Maria R SSG MIL USA FORSCOM; Towery II, John J CIV USA IMCOM; Vessels, Daniel L CIV USA IMCOM; Hurley, Paul C COL MIL USA FORSCOM; Mathis, Jeff W BG NG USA; Bayer, Peter C COL MIL USA FORSCOM
Cc: 'Clint.Colvin@uscg.mil' <Clint.Colvin@uscg.mil>; 'JNaswort@ci.tacoma.wa.us' <JNaswort@ci.tacoma.wa.us>; 'Gary.Smith@ci.tacoma.wa.us' <Gary.Smith@ci.tacoma.wa.us>; 'mwilliams@portoftacoma.com' <mwilliams@portoftacoma.com>; 'MMILLER2@ci.tacoma.wa.us' <MMILLER2@ci.tacoma.wa.us>
Sent: Sat Oct 18 14:02:30 2008
Subject: Re: Threat update 1345 18 OCT 08 (UNCLASS//FOUO)

FOUO/LES. Exempt from release under FOIA

1. Non indications of any activist awareness or interest in Port of Tacoma military operations. No protest planning by PNW activists. No scheduled protest events at or near Port of Tacoma or Fort Lewis

2. Peace Works conference continues at Evergreen College today and tomorrow

3. Planning mtg for DEC 08 international anarchist conference inI Olympia tonight

4. Coordination ongoing to execute direct action training, dates, teachers, location all TBD.

Sent from blackberry

Thomas R. Rudd
FPS/AT Officer
FP Division, Task Force Protector
I Corps and Fort Lewis
█████████████████

NIPR thomas.r.rudd@conus.army.mil or @us.army.mil  SIPR: thomas.rudd@us.army.smil.mil

----- Original Message -----
From: Rudd, Thomas R CIV USA IMCOM
To: Rudd, Thomas R CIV USA IMCOM; Beard, Lois COL MIL USA FORSCOM; Murphy, Cynthia A COL MIL USA IMCOM;
Knight, Thomas G Mr CIV USA IMCOM; Shealy, Luther F COL MIL USA FORSCOM; Jackson, Jonathan B CPT MIL USA; Ball,
Robert D CIV USA IMCOM; Sanders, Rickey L CIV USA IMCOM; 'robert.lehman@sddc.army.mil'
<robert.lehman@sddc.army.mil>; 'adrian.johnson@us.army.mil' <adrian.johnson@us.army.mil>; 'susan.pearson1@us.army.mil'
<susan.pearson1@us.army.mil>; Derda, Krystian D CPT MIL USA FORSCOM; Balasabas, Kristin S CIV USA FORSCOM; Chavez,
Nicholas R SSG MIL USA FORSCOM; Chesbro, Michael E CTR USA IMCOM; Olson, Maria R SSG MIL USA FORSCOM;
Towery II, John J CIV USA IMCOM; Vessels, Daniel L CIV USA IMCOM; Hurley, Paul C COL MIL USA FORSCOM; Mathis,
Jeff W BG NG USA; Bayer, Peter C COL MIL USA FORSCOM; Chavez, Nicholas R SSG MIL USA FORSCOM; Chesbro, Michael
E CTR USA IMCOM; Olson, Maria R SSG MIL USA FORSCOM; Rudd, Thomas R CIV USA IMCOM; Towery II, John J CIV
USA IMCOM; Vessels, Daniel L CIV USA IMCOM
Cc: 'Clint.Colvin@uscg.mil' <Clint.Colvin@uscg.mil>; 'JNaswort@ci.tacoma.wa.us' <JNaswort@ci.tacoma.wa.us>;
'Gary.Smith@ci.tacoma.wa.us' <Gary.Smith@ci.tacoma.wa.us>; 'mwilliams@portoftacoma.com' <mwilliams@portoftacoma.com>;
'MMILLER2@ci.tacoma.wa.us' <MMILLER2@ci.tacoma.wa.us>
Sent: Fri Oct 17 14:30:20 2008
Subject: RE: Threat update 1430  16  OCT 08 (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: FOUO

FOUO/LES

1.  As port operations transition from returning equipment to Fort Lewis to other military relate onward movement and the arrival
from Alaska of 4/25 SBCT for onward movement via line haul to the national Training Center (NTC) there are no indications of any
PNW based activist group planning or scheduling any protest activities at or near the Port of Tacoma along any rail or road movement
routes

2.  While the inbound ship from Alaska is reflected on the Port of Tacoma website shipping page schedule there is no information
posted concerning its cargo

3.  As with most military movements on I-5, once the 4/25 onward movement to NTC begins, local activists will provide information
to the Olympia Port Militarization Resistance Intelligence (OLY-PMR Intel) element, which will track and report these movements
and provide analytic conclusions.

a.  I believe OLY-PMR Intel will conclude this is an early deployment of I Corps and Fort Lewis elements to either the Port of
Olympia or Vancouver, WA where a Roll-on Roll-off ship is currently berthed to get them to the war prior to the presidential election.

b.  Once these analytic conclusions are disseminated I expect activist surveillance efforts targeting the port of Olympia, Fort Lewis
gates, and eventually the Port of Tacoma; once the movement initiation location is determined.

THOMAS R. RUDD
FP SPECIALIST/AT OFFICER  AND FP DIVISION CHIEF, TASK FORCE PROTECTOR I CORPS AND FORT LEWIS, MAIL
STOP 55, FORT LEWIS, WA 98433
████████████████         THOMAS.R.RUDD@US.ARMY.MIL (NIPR)
THOMAS.RUDD@US.ARMY.SMIL.MIL (SIPR) ICE Survey is at:

https://ice.disa.mil/index.cfm?fa=card&service_provider_id=101874&site_id=348&service_category_id=29


>>>>
Confidentiality Notice: This email and any attachments are FOR OFFICIAL USE ONLY, and are restricted by the Electronic
Communications Privacy Act, 18 U.S.C.§2510-2521. This e-mail and its attachments contain privileged, restricted, and law
enforcement sensitive information intended only for the use of the individual or entity named. This e-mail and any attachments are
exempt from disclosure, reproduction and distribution under the Freedom of Information Act, 5 U.S.C. § 552(b) and the Privacy Act, 5
U.S.C. § 552a; and any associated state statutes.
<<<<

Classification:  UNCLASSIFIED
Caveats: NONE

Classification:  UNCLASSIFIED
Caveats: FOUO

**Amy Cleveland**

| | |
|---|---|
| **From:** | Rudd, Thomas R CIV USA IMCOM [thomas.r.rudd@us.army.mil] |
| **Sent:** | Monday, November 05, 2007 1:50 PM |
| **To:** | susan.pearson1@us.army.mil; Johnson, Adrian L CPT MIL USA TRADOC; michael.jimenez@us.army.mil; Tor Bjornstad |
| **Cc:** | Hinton, Lester (Contractor); Ciota, Thomas D    CIV USA IMCOM; Bryant, Patrick E Mr CTR USA    IMCOM; Chesbro, Michael E CTR USA IMCOM; Olson, Maria R SSG MIL USA FORSCOM; Rudd, Thomas R CIV USA IMCOM; Towery II, John J CIV USA IMCOM |
| **Subject:** | 5 NOV 07 Threat Update |
| **Attachments:** | Port to Fort 3d BDE 2ID SBCT Update 5 NOV 07.doc |

```
Thomas R. Rudd
FPS/AT Officer
FP Division, Task Force Protector
I Corps and Fort Lewis
██████████████

NIPR thomas.r.rudd@conus.army.mil or @us.army.mil  SIPR: ruddt@ftlewis.army.smil.mil
```

```
>>>>
Confidentiality Notice: This email and any attachments are FOR OFFICIAL USE ONLY, and are
restricted by the Electronic Communications Privacy Act, 18 U.S.C.§2510-2521. This e-mail and
its attachments contain privileged, restricted, and law enforcement sensitive information
intended only for the use of the individual or entity named. This e-mail and any attachments
are exempt from disclosure, reproduction and distribution under the Freedom of Information
Act, 5 U.S.C. § 552(b) and the Privacy Act, 5 U.S.C. § 552a; and any associated state
statutes.
<<<<<
```

1

FOR OFFICIAL USE ONLY/Law Enforcement Sensitive
DEPARTMENT OF THE ARMY
Directorate of Emergency Services
Box 339500, Mail Stop #55
Fort Lewis, Washington 98433-9500

REPLY TO
ATTENTION OF                                                    5 November 2007
IMWE-LEW-ES-FP

SUBJECT:  Threat Assessment Update 3/2 SBCT Redeployment (Port of Olympia –
Fort Lewis) NOV 07

1.  Redeployment Operations Update.  Ship will arrive at the quay about 1400 hours 5
NOV 07.  Cargo discharge will begin at 1800 hours tonight and continue until
complete.  Convoys are scheduled to begin on 7 NOV at 2100 hours.  There are no
convoys planned for 9-12 NOV 07.

2.  (FOUO/LES)  As a result of several meetings held during 2-5 NOV 07:

    a.  Olympia Port Militarization Resistance (PMR) appears to be splitting into two
factions; faction 1 – employ peaceful TTP, but not prevent inbound military use of the
Port of Olympia (PoO), and faction 2 – employ direct acts to stop both outbound and
inbound military use of the PoO.

    b.  Currently scheduled protest events:

        (1)  5 NOV 07 1200 "Die In" at Evergreen State College, either at the Campus
Activities Building or Red Square.  Goal is to raise awareness of the redeployment and
recruit support for protests at the Port of Olympia

        (2)  5 NOV 1600-1800 Vigil at 4th Avenue Overpass to raise awareness of the
redeployment.

        (3)  6 NOV 1600-1800 Rally at Percival Landing and march to the Port

    c.  About 45 people met in Olympia at 2000 hours on 4 NOV 07 and voted to take
direct action to stop movement of military cargo, equipment, and vehicles out of the
Port of Olympia.  This is one of the largest groups ever noted meeting to plan protest
activities organized by the Olympia PMR.

3.  (FOUO)  Protest environment and impact on protest planning.  Local protesters are
aware that Thurston County Sherriff Office personnel will not be at the Port and that
port property security is being provided by a contract security service that they think
is unarmed.  They are aware that US Coast Guard assets will provide waterside
security while the ship is present.

    a.  Surveillance of the Port began this morning by local activists and the arrival of
the USCG Marine Safety and security team at 0830 was posted to local independent
media web pages.

    b.  Believing they would be shot, protesters, will not conduct any activity that puts
them in a direct confrontations with USCG personnel.  This belief should deter them
from attempts to enter Port property until the Ship/USCG assets have departed

FOR OFFICIAL USE ONLY/ Law Enforcement Sensitive
This document contains information exempt from disclosure under 5 USC §552 (FOIA).
Contact the FP Division before releasing.  Destroy document by shredding.

**FOR OFFICIAL USE ONLY**

IMWE-LEW-ES-FP                                                    5 November 2007
SUBJECT:  Threat Assessment Update, 3/2 SBCT Redeployment, NOV 07

c. Protesters believe that once the ship/USCG departs if they enter port property they will have some period of time before a local armed law enforcement response. This belief may encourage protesters to enter port property and conduct symbolic acts, including vandalism of military equipment and vehicles.

d. Protesters believe that Olympia Police are alone in providing the initial response to protest activities and large crowds or multiple small groups at disparate locations can overwhelm the ability of police to respond.

4.  (FOUO)  Most Likely Course of Action.  Protesters conduct direct action to block convoys leaving the port by chaining themselves to port gates or enroute forcing arrests and increasing the risk of a traffic mishap.  (figures 1,2,3)



**Figure 1. Sleeping Dragon     Figure 2. Human roadblock     Figure 3.  Arrest Actions**

5.  (FOUO)  Most Dangerous Course of Action.  Activists confront/attack law enforcement, security, or military personnel supporting redeployment operations.

6.  (FOUO)  Predictive analysis.

a.  Beginning on 5 NOV 07 local activists will conduct vigils and rallies at or near the Port.  Recognizing that blocking moving line haul trucks is a high risk endeavor, protesters may attempt to block Port gates by chaining themselves to the gates, establishing human roadblocks, or chaining the gates shut.

b.  To overwhelm local law enforcement protesters will employ small group tactics, such as establishing multiple human road blocks at the Port gates, and along the convoy route.

c.  If crowd sizes exceed 50-75, anarchists will attempt to impede convoy operations or confront law enforcement, security, or military personnel.

d.  Other local activists will attend protest events and stay or leave based on their personal feelings about the ongoing protest TTP.

e.  The Olympia SDS, comprised primarily of Evergreen State students, is the most vulnerable to being swayed by anarchist tactics or assuming a mob mentality.

2

**FOR OFFICIAL USE ONLY**

FOR OFFICIAL USE ONLY

IMWE-LEW-ES-FP                                          5 November 2007
SUBJECT:  Threat Assessment Update, 3/2 SBCT Redeployment, NOV 07

f.  Movement timelines and the duration of the operation will have a direct impact on the size and intensity of protest activities.  The stand down during the 9-12 NOV holiday period provides protesters an opportunity during a weekend with the added symbolism of protests during the Veterans Day period.  With the Immigrations and Custom Enforcement protest, "SMASH ICE" in Tacoma on 9-10 NOV 07, protesters from the Pacific Northwest could come to Tacoma for daytime protests and travel to Olympia to support nighttime protests at the Port.

g.  Once the first arrests are made or there is a Law Enforcement show of force, activists will issue a regional call of Solitary and Mutual Aid from affinity groups.  Protestors will use internet based media such as Indy Media and YouTube to disseminate information and display images to evoke others to travel to Olympia.

h.  9 NOV 2007, Federal Court in Tacoma will render an opinion as to the Double Jeopardy Trial of LT Watada.  An opinion against LT Watada could bring other large protestor groups out and provide additional cover for activist activity.

i.  11 NOV is considered the international Day of Anarchy and prompt anarchists to conduct activities

7.  Recommended mitigation.

a.  Establish a law enforcement presence within port property during all phases of the redeployment operation.

b.  Disseminate warnings that security personnel within Port property are armed and will detain personnel as appropriate.

c.  Be prepared to (BPT) execute mutual aid agreements for law enforcement support.

(1)  Execute mutual aid agreements for law enforcement support when crowd sizes at the Port gate/fence line exceeds 100 protesters.

(2)  Execute mutual aid agreements for law enforcement support when there are more than three small groups (10-15) protesters at multiple intersections along the convoy egress route.

8.  (FOUO)  POC:  Mr Tom Rudd, FP Division Chief, DES at ██████████████████ ███████ or thomas.r.rudd@conus.army.mil

Original signed
THOMAS R. RUDD
YC02, DAC
FPS/ATO and FP DIV Chief

3

FOR OFFICIAL USE ONLY

**Amy Cleveland**

| | |
|---|---|
| **From:** | Rudd, Thomas R CIV USA IMCOM [thomas.r.rudd@us.army.mil] |
| **Sent:** | Friday, November 09, 2007 9:52 AM |
| **To:** | Reeves, LTC Lydia; Johnson, Adrian L CPT      MIL USA TRADOC; Hinton, Lester (Contractor); Hosier, Kevin G MAJ MIL USA FORSCOM; Record, Brandi L CPT MIL USA FORSCOM; Edwards, Michael G CPT MIL USA FORSCOM; Tsuber, Viktor T 1LT MIL USA FORSCOM; Tor Bjornstad |
| **Cc:** | Bryant, Patrick E Mr CTR USA IMCOM; Chesbro, Michael E CTR USA IMCOM; Olson, Maria R SSG MIL USA FORSCOM; Rudd, Thomas R      CIV USA IMCOM; Towery II, John J CIV USA IMCOM |
| **Subject:** | Off Post Event Threat Analysis and Update 9 NOV 07.doc |
| **Attachments:** | Rudd, Thomas R - 42nd MP BDE (PKI).vcf; Off Post Event Threat Analysis and Update 9 NOV 07.doc |

   <<Off Post Event Threat Analysis and Update 9 NOV 07.doc>> Thomas R. Rudd FPS/AT Officer FP Division, Task Force Protector I Corps and Fort Lewis
█████████████████████
NIPR thomas.r.rudd@conus.army.mil or @us.army.mil  SIPR: ruddt@ftlewis.army.smil.mil

>>>>
Confidentiality Notice: This email and any attachments are FOR OFFICIAL USE ONLY, and are restricted by the Electronic Communications Privacy Act, 18 U.S.C.§2510-2521. This e-mail and its attachments contain privileged, restricted, and law enforcement sensitive information intended only for the use of the individual or entity named. This e-mail and any attachments are exempt from disclosure, reproduction and distribution under the Freedom of Information Act, 5 U.S.C. § 552(b) and the Privacy Act, 5 U.S.C. § 552a; and any associated state statutes.
<<<<<

For Official Use Only/Law enforcement Sensitive

**Off Post Event Threat Analysis and Update
3/2 SBCT Movement from Port of Olympia to FLW**

**Executive Summary** During the night of 8 November protesters conducted a rally from 1630-1720, a planning meeting from 1730-1900, and rallied at the port from 2100 till 2400. About 120 protesters gathered. One protest group identified volunteers to step into the road to block traffic and another group set up barricades using found materials and trash cans in the road on the known convoy routes through the City of Olympia. There were multiple arguments between the various protest groups about protest TTP. On 9 November protesters set up tents and impromptu shelters and intend to maintain a presence near the port, at least all day on Friday.

1. **Movement Update.** There was no movement of military equipment on the night of 8-9 November. Line haul trucks will continue moving cargo daily through Sunday 11 November, stand down on 12 November, and resume operations on 13 November. Nightly convoys will resume on 13 and 14 November.

2. **Force Protection Intelligence Update** (a/o 0930, 8 Nov 07).

   • Protesters quickly identify changes in port, police, or military TTP.

   • Protesters have prepared materials to be using in forming human roadblocks.

   • Protesters have disseminated information based on observations of movement related activities and have identified the arrival of US military buses as the primary indicator of convoy movement.

   • Protesters believe, based on observations of vehicles still in the Port, that there will be 10-15 more convoys required.

   • Protesters believe that the current redeployment activity must be completed by the 19th of November.

   • Protesters believe there were no convoys on 8-9 November due to a need to organize mutual aid between various local and state law enforcement agencies

   • Protesters are continuing surveillance and reporting of local and state police activities including officer names, vehicle numbers, as well as law enforcement aircraft location, flight plan filing and status.

3. **Predictive Analysis.** Protesters will maintain a presence near the port and execute notifications using a phone tree when convoy movement indicators are detected. The announcement that a second court-martial against Ehren Watada, the Army officer who refused to go Iraq, became less likely Thursday, as a federal judge issued a preliminary injunction against a second-court martial will bolster protester morale. Protesters (~100-150) will respond on 13 November when convoys resume

4. **Upcoming Events.**

For Official Use Only/Law enforcement Sensitive

For Official Use Only/Law enforcement Sensitive

- Daily line haul of equipment will continue until Sunday, 11 November and resume as required on 13 November. There are no indicators of protesters planning actions to block line haul trucks.

- Convoy movements will resume on 13 Nov at 2100 hours. Forecast weather during the 13-15 November periods may reduce protester turnout.

5. **Threat Groups.** The below listed groups participated in protest activities on 7-8 Nov and employed the indicated tactics, techniques, and procedures (TTP)

| Group | Stated Intent | Current TTP | Group Size Estimates |
|---|---|---|---|
| PMR groups, OMJP, SDS, VFP, IVAW | Protests against military use of NW ports | Maintain presence at the port, activate phone tree when convoys resume | ~5-20 daily, ~100 when convoys resume |
| self-described "anarchists" Renamed Port Liberation Front | Disrupt day to day shipments from our ports | Support SMASH ICE protests in Tacoma on 9-10 NOV | ~3-5 daily, ~30-40 when convoys resume |
| Anti-war or anti-military activists | Not linked to specific group but seize opportunities to demonstrate/confront | Attended protest activities | ~15 when convoys resume |
| Peaceful anti war protesters | Not linked to specific group but generally follow conscientious political themes | Peacefully protest the war, leave the area if protests turns violent | ~15 when convoys resume |

6. **Targets, Risks, & Vulnerabilities.**

- Block port entrances/exits [gates] to prevent egress of military vehicles. Protestors may even climb or fasten themselves to vehicles to prevent movement
- Provoke an inappropriate response by law enforcement to cause public embarrassment
- Garner adverse publicity against the military / war
- Localized property damage to gates or port fences
- Block convoy route at any one of six "stop lights" prior to entrance onto I-5
- Conduct protest actions or acts of vandalism along I-5 using overpasses. Vandalism could include throwing paint, shining lights to distract drivers, or other actions

7. **Mitigation.**

- Convoy scheduled for night movements starting at ~ 2100 7, 13, and 14 Nov 07
- Provide FLW law enforcement patrols [lead and chase in unmarked cars] for all convoys to provide direct communications with state and local law enforcement

2

For Official Use Only/Law enforcement Sensitive

For Official Use Only/Law enforcement Sensitive

- Stage and provide on-call state and local law enforcement presence/capability to prevent attempts to block port gates; conduct apprehensions as necessary
- Execute mutual aid agreements for additional law enforcement between Olympia and county/state if protestors exceed staged/on-call capabilities or based on other indicators
- Coordination with WSP for checks of overpasses and I-5 route, increase convoy interval to allow drivers to react to hazards.

8. **LE Coordination & Support**. No Change. TF Protector (42d MP) has attended all state / local coordination meetings and has directly coordinated with all police jurisdictions for this event. Olympia Police Department is the lead law enforcement agency for planned military movements. Thurston County Sheriffs Office, Lacey PD, Securitas (port security), USCG (until ship leaves), and Washington State Patrol also provide security and law enforcement support based on planned mutual aid agreements.

9. **Next Coordination/Update**: No Change. Fort Lewis Force Protection Division is the lead for FP intelligence providing daily liaison and information sharing with local law enforcement, the USCG, 833d TRANS Bn (Port Support Activity), and US Army Surface Distribution and Deployment Command and 3/2 SBCT. DES PM Operations conducts daily liaison with local law enforcement, Port of Olympia management and security, and Fort Lewis elements supporting the redeployment. We will provide daily updates and additional information based on changes in police intelligence or state and local law enforcement planning advisories to I Corps leaders/staff and 3/2 SBCT during all phases of military movement.

9. POC for this update is LTC Mark Jackson, 42d MP BDE DBC, or Tom Rudd, FPD, ████████████████████ or thomas.r.rudd@conus.army.mil

For Official Use Only/Law enforcement Sensitive

**Amy Cleveland**

| | |
|---|---|
| **From:** | Rudd, Thomas R CIV USA IMCOM [thomas.r.rudd@us.army.mil] |
| **Sent:** | Wednesday, November 14, 2007 9:36 AM |
| **To:** | Reeves, LTC Lydia; Johnson, Adrian L CPT        MIL USA TRADOC; Hosier, Kevin G MAJ MIL USA        FORSCOM; Record, Brandi L CPT MIL USA FORSCOM; Edwards, Michael G CPT MIL USA FORSCOM; Tsuber, Viktor T 1LT MIL USA FORSCOM; Bryant, Patrick E Mr CTR USA IMCOM; Chesbro, Michael E CTR USA IMCOM; Olson, Maria R SSG MIL USA FORSCOM; Rudd, Thomas R CIV USA IMCOM; Towery II, John J CIV USA IMCOM |
| **Cc:** | Sanders, Rickey L CIV USA IMCOM; Ciota, Thomas D CIV USA IMCOM; Todd, Marcus   C Mr CIV USA IMCOM; Tor Bjornstad; susan.pearson1@us.army.mil; Clint.Colvin@uscg.mil |
| **Subject:** | Off Post Event Threat Analysis and Update 14 NOV 07.doc |
| **Attachments:** | Off Post Event Threat Analysis and Update 14 NOV 07.doc |

```
  <<Off Post Event Threat Analysis and Update 14 NOV 07.doc>> Thomas R. Rudd FPS/AT Officer FP
Division, Task Force Protector I Corps and Fort Lewis
████████████████████████████
NIPR thomas.r.rudd@conus.army.mil or @us.army.mil  SIPR: ruddt@ftlewis.army.smil.mil
```

```
>>>>
Confidentiality Notice: This email and any attachments are FOR OFFICIAL USE ONLY, and are
restricted by the Electronic Communications Privacy Act, 18 U.S.C.§2510-2521. This e-mail and
its attachments contain privileged, restricted, and law enforcement sensitive information
intended only for the use of the individual or entity named. This e-mail and any attachments
are exempt from disclosure, reproduction and distribution under the Freedom of Information
Act, 5 U.S.C. § 552(b) and the Privacy Act, 5 U.S.C. § 552a; and any associated state
statutes.
<<<<<
```

For Official Use Only/Law enforcement Sensitive

**Off Post Event Threat Analysis and Update**
**3/2 SBCT Movement from Port of Olympia to FLW**

**Executive Summary.**

a.  At ~0830 on 13 November, Olympia PMR members and other protesters blocked a line haul truck attempting to leave the port.  Olympia police, in an effort to husband resources for the scheduled convoys on the night of 13-14 November did not respond.  Protesters "controlled" access to the port throughout the day, allowing civilian movements and preventing military equipment from departing.

b.  Following a vigil at 1200, a rally at 1630, a port commission meeting at 1730 and a city council meeting at 1900, protest groups were energized and implemented actions in anticipation of convoys beginning at 2100 hours.  Beginning at 2100 about ~120 protestors and ~40 pro military supporters staged at Franklin and Market. The protestors (Olympia Port Militarization Resistance {PMR], Port Liberation Front [PLF], and the Women in Solidarity [40 College/young women]) surged into the intersection at 2100 to block convoy operations.  The Women in Solidarity began their action when Olympia Police arrived on the scene by locking their arms and sitting in the street  The protest delayed convoy movement for approximately 90 minutes as OPD apprehended two Paddy Wagons (round trip to jail) full of protestors.  OPD later called for a city bus for additional transport.  OPD made > 50 arrests; we will have actual numbers following police processing.

c.  The first convoy, 20 Strykers left the port via marine drive at 2230.  15 PLF/SDS/anarchists were staged to slow the convoy down providing time for pre positioned groups along the convoy route to deploy prepositioned and found materials including dumpsters; news vending machines; and other debris including concrete, large rocks, etc into the road.  The debris forced the convoy to split with 5 Strykers continuing down Plum St to I-5 and 15 Strykers forced to take Pacific Ave to I-5.  Escorts linked up the convoy for movement on I-5.  OPD broke up the civil disturbance with the employment of OC, pepper balls, and other riot agents.

d.  Throughout the period until ~0300 14 November, protestors (primarily roving groups of anarchists, PLF, and SDS members) continued actions to disrupt convoys.

e.  Unknown persons broke three windows at the US Bank on 4th and Capital Way, broke one windshield and one window in two separate police cars, and one police officer was injured by rocks.  There was no reported damage to military equipment

f. Protesters spread debris on various sections of track leading to the Port of Olympia and local media is reporting that concrete was mixed and poured on the tracks as well  (NOTE:  Fort Lewis Police did see debris on the tracks, but can not confirm if concrete was poured)

g.  The Seattle Indy Media website reported that according to the Tacoma a Fort Lewis soldier allegedly abandoned his vehicle and asked protesters to drive him to Fort Lewis since he could not get past the human blockade.  (NOTE:  3/2 SBCT reports all personnel accounted for)

For Official Use Only/Law enforcement Sensitive

For Official Use Only/Law enforcement Sensitive

1. **Movement Update.**  Rail operations are pending.  There are ~25 vehicles still in the port requiring line haul.  Olympia PD and Fort Lewis Police will begin line haul escort operations on 15 November.

2. **Force Protection Intelligence Update** (a/o 0900, 14 Nov 07).

   - As of 0900, 14 Nov. protesters continue surveillance of the port and appear to be focused on determining rail movement plans.

   - Protesters are comprised of two main groups; the Olympia Port Militarization (PMR) and the self described anarchists calling themselves the Port Liberations Front (PLF), and various other groups, and individuals who align themselves with these groups or take individual actions based on their beliefs.  The PMR will hold a vigil at the port at 1200, a rally and March at Percival landing at 1630.  There will be PMR meetings tonight to discuss police tactics last night, and plan future actions.

   - If protesters decide to continue efforts to block line hauls or rail movements, tactics will continue to include the use of makeshift barricades, "sleeping dragons" [chains protected by plastic pipes], and more decentralized staging at intersections along viable routes from port to I-5.

   - Olympia Police department has reported that concrete was poured on tracks leading to the Port  (NOTE Ft Lewis FP is working to confirm this report)

3. **Predictive Analysis**.  Protesters will attempt to block line haul movements on 15 November but will be unable to mass sufficient numbers to significantly delay or impact operations.  Protesters will continue efforts to block rail lines and may attempt human blockades.

4. **Upcoming Events**.

   - Line haul of equipment will resume on 15 November.

   - Rail operations are pending.

5. **Threat Groups.**  The below listed groups have participated in protest activities and employ the indicated tactics, techniques, and procedures (TTP)

| Group | Stated Intent | Current TTP | Group Size Estimates |
|---|---|---|---|
| PMR groups, OMJP, VFP, IVAW | Protests against military use of NW ports | Maintain presence at the port, will block line haul, may block rail movement | ~5-20 daily, when line haul ops begin on 15 NOV |
| PLF, anarchist, and SDS elements | Disrupt day to day shipments from our ports | Support barricade and human roadblocks at Port | ~20-30 when line haul ops begin on 15 NOV  Some of |

2

For Official Use Only/Law enforcement Sensitive

For Official Use Only/Law enforcement Sensitive

| | | and route to I-5 | these groups may be out tonight (14 NOV) anticipating movement |
|---|---|---|---|
| Anti-war or anti-military activists | Not linked to specific group but seize opportunities to demonstrate/confront | Attend protest activities, may adopt mob mentality | ~5-15 NOV |
| Peaceful anti war protesters | Not linked to specific group but generally follow conscientious political themes | Peacefully protest the war, leave the area if protests turns violent | ~5-15 on 15 NOV |

6. **Targets, Risks, & Vulnerabilities**.

- Block port entrances/exits [gates] to prevent egress of military vehicles. Protestors may even climb or fasten themselves to vehicles to prevent movement
- Block railroad tracks with barriers, found materials, or people
- Provoke an inappropriate response by law enforcement to cause public embarrassment
- Garner adverse publicity against the military/war
- Localized property damage to gates or port fences
- Block convoy route at any one of six "stop lights" prior to entrance onto I-5
- Conduct protest actions or acts of vandalism along I-5 using overpasses. Vandalism could include throwing paint, shining lights to distract drivers, or other actions

7. **Mitigation**.

- Convoy scheduled for night movements starting at ~ 2100 13 Nov 07
- Coordinate for sweeps of rail trackage prior to train movement.
- Provide FLW law enforcement patrols [lead and chase in unmarked cars] for all convoys to provide direct communications with state and local law enforcement
- Stage and provide on-call state and local law enforcement presence/capability to prevent attempts to block port gates; conduct apprehensions as necessary
- Execute mutual aid agreements for additional law enforcement between Olympia and county/state if protestors exceed staged/on-call capabilities or based on other indicators
- Coordination with WSP for checks of overpasses and I-5 route, increase convoy interval to allow drivers to react to hazards.

8. **LE Coordination & Support**.  Coordination continues.  TF Protector (42d MP) will attend, as we have attended all state / local coordination meetings and has directly coordinated with all police jurisdictions for this event.  Olympia Police Department is the lead law enforcement agency for planned military movements.  Thurston County Sheriffs Office, Lacey PD, Securitas (port security), USCG (until ship leaves), and Washington State Patrol also provide security and law enforcement support based on planned mutual aid agreements.

3

For Official Use Only/Law enforcement Sensitive

For Official Use Only/Law enforcement Sensitive

9. **Next Coordination/Update**:  Fort Lewis Force Protection Division is the lead for FP intelligence providing daily liaison and information sharing with local law enforcement, the USCG, 833d TRANS Bn (Port Support Activity), and US Army Surface Distribution and Deployment Command and 3/2 SBCT.  DES PM Operations conducts daily liaison with local law enforcement, Port of Olympia management and security, and Fort Lewis elements supporting the redeployment.  We will provide daily updates and additional information based on changes in police intelligence or state and local law enforcement planning advisories to I Corps leaders/staff and 3/2 SBCT during all phases of military movement.

10. **Media Links.** Local media at the port included KIRO (Channel 7) and KQBC (Fox 13 Seattle); The Olympian [newspaper] embedded a reporter with the protesters and provided periodic updates throughout the day.

**http://community.theolympian.com/gallery2/main.php?g2_itemId=17966**

http://www.theolympian.com/news/story/271003.html

11.  POC for this update is Tom Rudd, FPD, ▮▮▮▮▮▮▮ or thomas.r.rudd@conus.army.mil

4

For Official Use Only/Law enforcement Sensitive

## Amy Cleveland

| | |
|---|---|
| **From:** | Rudd, Thomas R CIV USA IMCOM [thomas.r.rudd@us.army.mil] |
| **Sent:** | Thursday, November 15, 2007 10:24 AM |
| **To:** | Reeves, LTC Lydia; Johnson, Adrian L CPT      MIL USA TRADOC; susan.pearson1 @us.army.mil; Hosier, Kevin G MAJ MIL USA FORSCOM; Record, Brandi L CPT MIL USA FORSCOM; Edwards, Michael G CPT MIL USA FORSCOM; Tsuber, Viktor T 1LT MIL USA FORSCOM; Tor Bjornstad |
| **Cc:** | Sanders, Rickey L CIV USA IMCOM; Belcher, Larry W CIV USA FORSCOM G2; Hurt, William L Mr CTR USA IMCOM; Bryant, Patrick E Mr CTR USA IMCOM; Chesbro,      Michael E CTR USA IMCOM; Olson,      Maria R SSG MIL USA FORSCOM; Rudd, Thomas R CIV USA IMCOM; Towery II, John J CIV USA IMCOM |
| **Subject:** | Off Post Event Threat Analysis and Update 15 NOV 07.doc |
| **Attachments:** | Off Post Event Threat Analysis and Update 15 NOV 07.doc |

```
   <<Off Post Event Threat Analysis and Update 15 NOV 07.doc>> Thomas R.
Rudd
FPS/AT Officer
FP Division, Task Force Protector
I Corps and Fort Lewis
```

```
NIPR thomas.r.rudd@conus.army.mil or @us.army.mil  SIPR:
ruddt@ftlewis.army.smil.mil
```

1

For Official Use Only/Law enforcement Sensitive

**Off Post Event Threat Analysis and Update**
**3/2 SBCT Movement from Port of Olympia to FLW**

**Executive Summary.**

a. There were no protest activities on 14 November. There was a planned Vigil on 14 November at 1200 and a rally at 1630 at Percival landing. The vigil didn't occur and the rally occurred with a small turnout. Olympia Port Militarization Resistance had a planning meeting 14 November at 1930 following a Olympia Movement for Justice and Peace meeting at 1900.

b. There is a vigil planned for 15 November at 1200 and a rally and march at 1630 at Percival in support of the protesters, demilitarizing the port and ending the illegal occupation of Iraq.

c. There will also be a regional support march and rally beginning at Percival Landing on 17 November at 1300. Coordination is ongoing for carpools from Seattle.

d. There is a Support Lt Watada rally in Seattle on 17 November at 1300 which may impact attendance at the Olympia rally.

1. **Movement Update.** Rail operations are pending. Line haul operations resumed at 0730 14 November. As of 0950 there are ~12-15 protesters near the port and 25 Olympia Police staged in the area,

2. **Force Protection Intelligence Update** (a/o 0950, 15 Nov 07).

- As of 0950, 15 November protesters continue surveillance of the port and appear to be focused on determining rail movement plans. They have disseminated maps of the rail system to support planning.

- Local protesters have been using a radio shack 'PRO-63' scanner to monitor law enforcement and other communications.

- Protesters are comprised of two main groups; the Olympia Port Militarization (PMR) and the self described anarchists calling themselves the Port Liberations Front (PLF), and various other groups, and individuals who align themselves with these groups or take individual actions based on their beliefs. The PMR will hold a vigil at the port at 1200, a rally and March at Percival landing at 1630.

- If protesters decide to continue efforts to block line hauls or rail movements, tactics will continue to include the use of makeshift barricades, "sleeping dragons" [chains protected by plastic pipes], and more decentralized staging at intersections along viable routes from port to I-5.

- During the night of 13-14 November protesters mixed and poured concrete on a section of railroad track. Bad mixing techniques and rainy weather resulted in

For Official Use Only/Law enforcement Sensitive

For Official Use Only/Law enforcement Sensitive

a poor set up and removal was not an issue.  Local inspectors concluded that a train would not have been derailed by this action.

 

3. **Predictive Analysis**.  Protesters may attempt to block line haul movements on 15 November but will be unable to mass sufficient numbers to significantly delay or impact operations.  Protesters will continue planning and preparations to block rail lines and may attempt material or human blockades as well as sabotage/vandalism.

4. **Upcoming Events**.

- Line haul of equipment will resume on 15 November.

- Rail operations are pending.

5. **Threat Groups.**  The below listed groups have participated in protest activities and employ the indicated tactics, techniques, and procedures (TTP)

| Group | Stated Intent | Current TTP | Group Size Estimates |
|---|---|---|---|
| PMR groups, OMJP, VFP, IVAW | Protests against military use of NW ports | Maintain presence at the port, may block line haul, may block rail movement if sufficient numbers available | ~5-15 daily |
| PLF, anarchist, and SDS elements | Disrupt day to day shipments from our ports | Support barricade and human roadblocks at Port and route to I-5 and on Port rail route, vandalism/sabotage | ~5-10 during daytime, ~30 during nighttime |
| Anti-war or anti- | Not linked to specific | Attend protest | ~5 daily |

2

For Official Use Only/Law enforcement Sensitive

| military activists | group but seize opportunities to demonstrate/confront | activities, may adopt mob mentality | |
| Peaceful anti war protesters | Not linked to specific group but generally follow conscientious political themes | Peacefully protest the war, leave the area if protests turns violent | ~5 daily |

6. **Targets, Risks, & Vulnerabilities**.

- Block port entrances/exits [gates] to prevent egress of military vehicles. Protestors may even climb or fasten themselves to vehicles to prevent movement
- Block railroad tracks with barriers, found materials, or people
- Provoke an inappropriate response by law enforcement to cause public embarrassment
- Garner adverse publicity against the military/war
- Localized property damage to gates or port fences
- Block convoy route at any one of six "stop lights" prior to entrance onto I-5
- Conduct protest actions or acts of vandalism along I-5 using overpasses. Vandalism could include throwing paint, shining lights to distract drivers, or other actions

7. **Mitigation**.

- Provide walking or rail mobile law enforcement and track inspection team to rail movement. Reduced speed of train while transiting the city will allow for support elements to walk ahead of train.
- Convoy scheduled for night movements starting at ~ 2100 13 Nov 07
- Coordinate for sweeps of rail trackage prior to train movement.
- Provide FLW law enforcement patrols [lead and chase in unmarked cars] for all convoys to provide direct communications with state and local law enforcement
- Stage and provide on-call state and local law enforcement presence/capability to prevent attempts to block port gates; conduct apprehensions as necessary
- Execute mutual aid agreements for additional law enforcement between Olympia and county/state if protestors exceed staged/on-call capabilities or based on other indicators
- Coordination with WSP for checks of overpasses and I-5 route, increase convoy interval to allow drivers to react to hazards.

8. **LE Coordination & Support**. NO CHANGE Coordination continues. TF Protector (42d MP) will attend, as we have attended all state / local coordination meetings and has directly coordinated with all police jurisdictions for this event. Olympia Police Department is the lead law enforcement agency for planned military movements. Thurston County Sheriffs Office, Lacey PD, Securitas (port security), USCG (until ship leaves), and Washington State Patrol also provide security and law enforcement support based on planned mutual aid agreements.

3

For Official Use Only/Law enforcement Sensitive

9. **Next Coordination/Update**: NO CHANGE Fort Lewis Force Protection Division is the lead for FP intelligence providing daily liaison and information sharing with local law enforcement, the USCG, 833d TRANS Bn (Port Support Activity), and US Army Surface Distribution and Deployment Command and 3/2 SBCT. DES PM Operations conducts daily liaison with local law enforcement, Port of Olympia management and security, and Fort Lewis elements supporting the redeployment. We will provide daily updates and additional information based on changes in police intelligence or state and local law enforcement planning advisories to I Corps leaders/staff and 3/2 SBCT during all phases of military movement.

10. **Media Links.** Local media continues coverage. Local independent media continues information operations, now calling these protests the "Ten days that shook Olympia" Michelle Malkin post is at:
**http://michellemalkin.com/2007/11/15/sedition-in-olympia-continues/**

Local news paper coverage: http://www.theolympian.com/news/story/272102.html

Independent media coverage:
http://seattle.indymedia.org/en/2007/11/262779.shtml

11. POC for this update is Tom Rudd, FPD, ██████████ or thomas.r.rudd@conus.army.mil

For Official Use Only/Law enforcement Sensitive

# EXHIBIT B

FOUO

# 4-2 SBCT Equipment Redeployment Threat Brief












# Port Militarization Resistance







