# EXHIBIT C

Army Document Subject to Protective Order

Document ID: 0.7.386.2595

From:         Rudd, Thomas R CIV USA </o=conus/ou=lewis
              administrative group/cn=recipients/cn=thomas.r.rudd>
To:           Miller, Katherine COL MIL USA
              </o=conus/ou=lewis administrative
              group/cn=recipients/cn=katherine.miller>; Slemp, Anna Maria C
              MAJ MIL USA </o=conus/ou=lewis administrative
              group/cn=recipients/cn=anna.maria.slemp>; Ciota, Thomas D CIV
              USA </o=conus/ou=lewis administrative
              group/cn=recipients/cn=thomas.d.ciota>
Cc:
Bcc:
Subject:      Fw: Fwd: [olypmr] ALERT - Strykers moving part two 9:15PM Saturday
Date:         Sun Mar 04 2007 00:46:45 EST
Attachments:

------ Original Message ------
From: ja arnt <jaarnt004@gmail.com>
To: Rudd, Thomas R CIV USA; mist@portoftacoma.com <mist@portoftacoma.com>
Sent: Sat Mar 03 21:43:07 2007
Subject: Fwd: [olypmr] ALERT - Strykers moving part two 9:15PM Saturday

---------- Forwarded message ----------
From: Drew Hendricks
Date: Sat, 3 Mar 2007 21:33:13 -0800 (PST)
Subject: [olypmr] ALERT - Strykers moving part two 9:15PM Saturday
To: gpcsps@          ,          , olypmr@
olympiansforpeace@

This is the second shipment of Stryker combat vehicles and possibly
the second half of the 200+ vehicles they will park at the lot West of
Milwaukee Way south of the Port of Tacoma Observation Tower. About
100 of the vehicles were spotted Saturday during daylight hours. Also
seen were artillery pieces which would be hard to use for house to
house searches of Iraq, but would be useful in an invasion of another
country. These are thought to be separate from the Stryker Brigade
Combat Team which uses the Stryker vehicles.

REMEMBER - Stryker vehicles with their slat armor weigh more than
their designed weight and can burn out tires when they move at high
speed. 95 PSI to 105 PSI can explode and kill persons who are near
the tires when they rupture. DO NOT slash or puncture Stryker tires;
it won't stop the vehicle and could hurt anyone near the tire when it
goes. Following / pacing alongside is also dangerous since these
vehicles are top heavy with their slat armor in place - so be careful
out there!

Tacoma PMR is organizing to resist this use of their public port for
support of this illegal war.

Join them Sunday, March 4th at 4PM at Wyatt Hall, Room 109, University

Army Document Subject to Protective Order

of Puget Sound (Tacoma SDS is doing a teach-in there which was pre-scheduled).

Olympia area and interested regional folks are encouraged to attend Civil Disobedience Training at Evergreen Sem II E-3105. Time is all day - 10AM till 6PM.

A daily 24/7 vigil is posted at the entrance to the parking lot where the Strykers are being kept. You can join them there. They need music, batteries, etc. Tacoma PD and Port of Tacoma Police will probably not allow them to erect structures so rain gear might be needed sometime this week.

Rumor Mill says the ship might follow one week from Friday (as was seen in May 2006 in Olympia). More to follow

PMR intel

--------------------------------------------
We won't tell. Get more on shows you hate to love (and love to hate): Yahoo! TV's Guilty Pleasures list.

# EXHIBIT D

Army Document Subject to Protective Order

| Document ID: 0.7.386.2732 | |
|---|---|
| From: | Rudd, Thomas R CIV USA </o=conus/ou=lewis administrative group/cn=recipients/cn=thomas.r.rudd> |
| To: | Rudd, Thomas R CIV USA </o=conus/ou=lewis administrative group/cn=recipients/cn=thomas.r.rudd>; Williams, Manuel <mwilliams@portoftacoma.com>; Pierce County Sheriff's Department / Tacoma Police Department; Regional Intelligence Group <gary.smith@ci.tacoma.wa.us> |
| Cc: | Bryant, Patrick E CTR USA </o=conus/ou=lewis administrative group/cn=recipients/cn=patrick.bryant>; Chesbro, Michael E - Contractor </o=conus/ou=lewis administrative group/cn=recipients/cn=michael.chesbro>; Olson, Maria R SSG MIL USA </o=conus/ou=lewis administrative group/cn=recipients/cn=maria.r.olson>; Towery II, John J CIV USA </o=conus/ou=lewis administrative group/cn=recipients/cn=john.towery> |
| Bcc: | |
| Subject: | Possible direct actions target indication |
| Date: | Wed Mar 07 2007 16:51:54 EST |
| Attachments: | |

http://seattle.indymedia.org/en/2007/03/258170.shtml

Note the comment "Meanwhile, keep yer eye on the prize. Stryker vehicles are in a pen in Tacoma on Milwaukee Way with only one good way out and a poor second choice."

This tells me that the planned direct action maybe on preventing movement from out of the staging area.  Probable tactics include chaining protesters to the gates
tom rudd


FALSE FLAG OPERATION
Posted by: Andrew Charles Hendricks at Mar 07, 2007 12:39
The comment attributed to Drew Hendricks is a false flag post as is the original post. I know of no cancellation of the various trainings and rallies scheduled, and if they were cancelled they would be listed in excruciating detail. Names and phone numbers would be posted. You would be able to call and confirm this rumor like so: 360-870-3127

This only shows that they are very frightened of us right now.

Radio calls are putting a US Coast Guard "Ops" unit in Totten Inlet right now, similar to radio calls from Monday or Tuesday of last week. That could mean that they are escorting a vessel later or it could be an excercise. We don't know. We will try to find out soon. Port of Olympia asked us last week if we would blockade a shipment INcoming through Oly. Of course we would be present, but have never blocked units coming back. (duh)

Meanwhile, keep yer eye on the prize. Stryker vehicles are in a pen in Tacoma on Milwaukee Way with only one good way out and a poor second choice. Friday at 4PM Tacoma Federal Courthouse on Pacific is what I remember as being key (note that even this false flag did not cancel Friday). Enough bodies and a daylight march down there and we could really have our day of resistance on media from

Army Document Subject to Protective Order

here to Antarctica.

Of course, you can help by getting out to any Civil Disobedience training you can NOW, and coming down to Tacoma by 4PM on Pacific.

Tacoma SDS website is tacomasds.org

-----Original Message-----
From: Rudd, Thomas R CIV USA
Sent: Wednesday, March 07, 2007 1:45 PM
To: 'Williams, Manuel'; ' Pierce County Sheriff's Department / Tacoma Police Department: Regional Intelligence Group'
Cc: Bryant, Patrick E CTR USA; Chesbro, Michael E - Contractor; Olson, Maria R SSG MIL USA; Rudd, Thomas R CIV USA; Towery II, John J CIV USA
Subject: Protest listserv

3 posts - one about bogus indymedia posting, one about rally tonight, and one with multiple video links

Assertion by Wally Cuddeford that Bogus postings are going on

The following notice on Seattle Indymedia, and "Drew"'s scathing reply, are completely bogus .

http://seattle.indymedia.org/en/2007/03/258170.shtml

No, events are NOT cancelled. No, we wouldn't do that to people in the first place. And no, Drew would not ever write anything like this:

"Has anyone talked to these guys? NWSDS DID NOT talk to us about this!!!
This is the kind of cowardice that rips at the very fabric of our solidarity. A little heat and they flee the kitchen. This is what separates the warriors from the wannabees.

Drew
PMR Intelligence "

This tells us one important thing. Something this coordinated could only come from gov't suppression, and not some random troll who doesn't know about our past feuding, doesn't know who Drew Hendricks is, and doesn't know the other details. Now we know they're scared, which means we are having an effect. All we have to do is keep up the heat. :D

Love and Justice.
-Wally

A message from jeff berryhill
A group will be assembling to demonstrate in front of the Port of
>Tacoma tonight starting at about 9 pm. I feel it is critically
>important that we maintain a strong presence throughout the week and
>keep sustain our momentum and publicity we've captured thus far. It is
>important for the soldiers to witness the repression of democracy as
>means toward illustrating the disconnect between the professed

Army Document Subject to Protective Order

>objectives of their mission and the reality in their home country.  A
>personal friend told me one of the most moving moments he had in the
>military was when he was directed to repress a protest through the use
>of force.  Our actions are powerful and influential, lets keep up the good work.
>
>We have been rallying at Milwaukee and Lincoln by the Port, but have
>been forced to make numerous adjustments.  Be prepared for this to continue.
>
>Solidarity,
>
>Jeff B.

A message with various video links showing protest actions

OMJP] Video: Police force against Tacoma demonstrators (and
>City's resonse thus far). Date: Wed, 07 Mar 2007 08:17:53 -0800
>
>Videos showing demonstrators were not "blocking the road" or attempting
>to "stop" the Stryker Brigade deployment. They were standing in a
>public place, off the road, exercising their right to protest the war.
>That's not illegal. What is illegal, however, is for police to not be
>wearing badges in a visible place and to not give their badge numbers
>when asked. The demonstrators repeatedly state they are non-violent, peaceful protesters.
>There needs to be an investigation and public report on the individual
>officers who pulled protesters from the designated zone and used tasers
>and potentially lethal (at that close range) rubber bullets on
>non-threatening citizens. Note the "assault" charges of the three
>arrested demonstrators were immediately dismissed by a county judge the following day.
>
>Police refusing to show or give badge numbers, police crossing into the
>demonstration line and using police bikes as shields to shove protesters.
>http://www.youtube.com/profile?user=Cakbug
>http://www.youtube.com/watch?v=DZDuV9hXyCw
>http://www.youtube.com/watch?v=07GTcOQvrCl
>
>Original video posting:
>http://www.youtube.com/watch?v=1PdJDRzQEU0
>
>The ironic follow-up is when one of the arrested demonstrators, Wally
>Cuddeford, attempted to express to the City Council his concern of the
>excessive use of force by the Tacoma PD, he was again arrested for
>asking to finish his statement beyond the allotted time.
>
>Go to:
>http://www.ci.tacoma.wa.us/tvtacoma/tacoma/value.htm?vidID=ccm030607
>
>Scroll down to:
>Citizens' Forum (to hear all public comments many of which oppose use
>of the city port for military deployment and comment on the police
>force used during the demonstration)
>- or -
>advance lever time stamp to 01:22:00 to hear Wally's (unfinished)
>comments, then advance to 01:44:00 to hear the Council's responses.
>
>
>* Observer's note: if you watch the entire Citizens' Form you will hear

Army Document Subject to Protective Order

>Mayor Baarsma explaining the rules for making public comment. Wally's
>reference to the Brame case and description of the police as roaming
>assailants was stepping into sensitive ground, however another speaker
>(addressing a different issue) also referred to the Brame case and also
>went well over his allotted time .. without being arrested. The only
>other person I know of who was arrested for refusing to cease speaking
>disrespectfully at the council meeting (Will Baker) had been done so
>only after months of warnings.
>
>HS
>

Army Document Subject to Protective Order

# EXHIBIT E

Army Document Subject to Protective Order

Document ID: 0.7.386.9951

From:        Rudd, Thomas R CIV USA IMCOM
             </o=conus/ou=lewis administrative
             group/cn=recipients/cn=thomas.r.rudd>
To:          Bryant, Patrick E Mr CTR USA IMCOM
             </o=conus/ou=lewis administrative
             group/cn=recipients/cn=patrick.bryant>; Chesbro, Michael E CTR
             USA IMCOM </o=conus/ou=lewis administrative
             group/cn=recipients/cn=michael.chesbro>; Olson, Maria R SSG MIL
             USA FORSCOM </o=conus/ou=lewis administrative
             group/cn=recipients/cn=maria.r.olson>; Rudd, Thomas R CIV USA
             IMCOM </o=conus/ou=lewis administrative
             group/cn=recipients/cn=thomas.r.rudd>; Towery II, John J CIV
             USA IMCOM </o=conus/ou=lewis administrative
             group/cn=recipients/cn=john.towery>
Cc:
Bcc:
Subject:     emails and web postings
Date:        Fri Nov 02 2007 11:57:22 EDT
Attachments:

-----Original Message-----
From: thomas rudd
Sent: Friday, November 02, 2007 7:09 AM
To: Rudd, Thomas R CIV USA IMCOM
Subject:

Seattle indymedia ALERT: POSSIBLE MILITARY SHIPMENT THROUGH OLYMPIA
author: The Anarchists
Nov 02, 2007 00:38
GET READY!

Information which has recently been disclosed which indicates that the military will be using the Port of
Olympia to receive incoming cargo from overseas.
Before using the Port of Tacoma the military leaked intelligence to its own soldiers that the Port of
Olympia was going to be the one utilized. The military has pulled major tricks on everyone before and
we should expect them to do so again.
Everyone in the region around Fort Lewis should keep their eyes open and begin getting ready for
whenever there is a confirmation.
The cargo is incoming, but mostly likely it will be cargo that was recently used to butcher and rape a
country overseas. They are using our cities as organs in their vast, genocidal machine. We will not be
attempting to prevent something from heading out. We will be impeding those blood drenched
machines from bureaucratically returning to Fort Lewis as if nothing had happened. As if children had
not been murdered and families obliterated. As if limbs had not been blown off people attempting to
return home. As if they had not committed atrocity after atrocity out there.
More information will be related as it is gathered.
GET READY

email  Officially, A military ship is coming Monday to Olympia Submitted by DrewHendricks on Fri,
11/02/2007 - 12.06am. Downtown Apparently, there is a scheduled cargo (probably the Stryker vehicles
of the 3rd 2nd) coming back into the Port of Olympia sometime around Monday, November 5th. The

Army Document Subject to Protective Order

Army Document Subject to Protective Order

Port of Olympia has reportedly signed a contract with Thurston County Sheriff's Office for security, and the Marine Terminal's front gate has been occupied late into the night for the last week (which is not usual).
Previous plans and decisions within Port Militarization Resistance have focused on the strategy of when we use direct action, and this would be one scenario when we would NOT use direct action to blockade the ship's cargo. After all, we want it to stay here - so why would we refuse its re-entry? The contamination from Depleted Uranium and other sources is washed off in the Gulf of Arabia / Persian Gulf anyway, so we have to worry more about eating fish products from that region than we do about dust coming from these armored vehicles.
That said, there is no monopoly on who can protest, or how they can protest, this use of our port for support of Empire. But if things get ugly, just remember that it was not PMR which did that - not this time. PMR has not yet met (that might come soon) and it is unlikely we'll change our fundamental strategy without a serious and well attended meeting.
If you see anything which could be of use, call 870-3127.


email In a message sent yesterday, Drew indicated that it was possible that the news about a military ship coming into the Port of Olympia on Monday Nov. 5could be part of a distraction and misinformation campaign. While this isalways a possibility people need to be aware of. THIS IS NOT THE CASE THISTIME. I received a note ate yesterday from Paul Telford, one of the Portcommissioners, confirming the shipment and requesting a meeting to discuss"how to keep any demonstration peaceful." I hope to meet with Telford sometime today, hopefully before the planned 3pmmeeting Sandy is working on, so that we have as much information as possiblefor planning our response. TJ Johnson Thanks to Drew for the draft document. I agree with the statement that "Remember that we have previously decided not to block
the re-entry of this equipment to the US," and that happens to also be my current position. However I recognize that there may now be other perspectives on that question.
I propose that this draft forwarded by Drew be discussed at all meetings in the next few days as we prepare for a likely incoming shipment -- possibly Strykers -- on Monday. I agree with Anna that tomorrow's meeting "could be a non-binding meeting for planning the larger meeting on Saturday taking in to consideration the presence of new voices and strategies that have been agreed upon in the past."
Per my public interaction with Annamarie, one such preliminary "PMR" meeting will take place tomorrow at 3pm. I will look into a location first thing tomorrow and post widely once established.
Also, in response to something I heard earlier this evening, I will say that when people talk about "peaceful" actions, they are NOT necessarily limiting those to "legal" actions. Please consider that the person calling for a "peaceful" response has engaged in and been arrested for civil DISOBEDIENCE at the Port of Tacoma.
I will post a location for tomorrow's 3pm meeting as soon as one is secured.
-Sandy


email Anna Murano wrote:
Tomorrow's afternoon meeting could be a non-binding meeting for planning the larger meeting on Saturday taking in to consideration the presence of new voices and strategies that have been agreed upon in the past.


email On Nov 2, 2007 12:07 AM, Drew Hendricks                              wrote:
I have to cover for my boss, and do quite a bit of
work tomorrow (economic) so I won't be there, but we
should also meet on Saturday and maximize a formal
meeting for making decisions or recapping decisions
already taken previously - such as strategy around NOT
blocking the incoming cargoes.
I've informally tipped the Olympian about this
shipment, as well.
I've also posted something to Olyblog, though frankly

Army Document Subject to Protective Order

Army Document Subject to Protective Order

it is a mystery to me how to get something front and
center there, since the Docents took charge.

Drew Hendricks

So, you are opposed to the ongoing occupation of Iraq.  You have written and called your senators
andcongressman, attended protests and rallies, and talkedto all of your friends. The hope you had in
November2004 that the new Democratic majority would reversecourse has faded as you watched
Congress debatenon-binding resolutions that the President has vowedto ignore as he pushes forward
with an escalation ofan additional 21,500 troops. Brian Baird has come outin support of the "surge." You
are probably asking yourself what more you can doto end this national nightmare. Here is an answer:
Act locally to end our community'sparticipation! The Campaign Olympia Port Militarization Resistance
(OlyPMR) haslaunched a campaign to end our community'sparticipation in the illegal occupation of Iraq
bystopping the US military's use of the Port of Olympia. The immediate goal of the campaign is to
documentand witness a Ft. Lewis Stryker brigade which isplanning to use the Port of Olympia to return
fromIraq.  OlyPMR intends to achieve its goal through a continuumof actions that includes public
education, lobbyingkey elected officials, non-violent civil disobedienceto prevent equipment from
reaching the Port and beingloaded onto a ship outbound to Iraq, and a Festival ofLife to celebrate our
community's commitment to peaceand justice. OlyPMR has adopted a statement of non-violence
toguide the campaign. : We, the members of Port Militarization Resistance(PMR), believe that non-
violent social change is ameans for people to discover their own power throughthe peaceful resolution
of conflicts, the creation ofdemocratic structures, and the realization of justice– not mere victory. While
working in this group wecommit ourselves to the following principles: 1) We seek to win over our
opposition by changingtheir minds rather than through degradation andhumiliation.2) We are willing to
make personal sacrifices inorder ensure freedom and justice for all people – evenour opponents.3) We
shall refrain from physical assaults, verbalharassment, and malicious sabotage.4) We remember the
need for forgiveness and humility,and always seek to understand each other's actions,and the actions
of our opposition.5) W  shall ensure that all our events and meetingsare transparent, inclusive, and
democratic. In order to succeed in our goal, WE NEED YOU!There are many ways to support this
campaign: •Share this message with your friends and neighbors.•Contact the Port Commissioners and
tell them youoppose using our public port to support the occupationof Iraq. YOU CAN ALSO VOTE BY
TUESDAY NOV 6th in twoRaces for Port Commissioner. •Contact members of your City Council and
CountyCommission and urge them to not allow public money orlocal law enforcement to be used to
support militaryshipments through the Port.•Write a letter to the editor of The Olympian (250words).
•Vigil with us at the Port of Olympia to witness thismisuse of our port.•Remember that we have
previously decided not to blockthe re-entry of this equipment to the US. Through this campaign we have
an incredibleopportunity to take direct actions to end ourcommunity's participation in the occupation of
Iraq ,and to provide a powerful model for other communities.It is the ultimate expression of thinking
globallyand acting locally. Can we count on you to stand upfor peace and against Bush's escalation?
Pleasecontact me if you have questions, concerns, commentsor suggestions or to let me know how you
can toparticipate.  ###ROUGH DRAFT re-worked by Drew, not yet official foruse by PMR Media
Committee.

Peek-a-boo FREE Tricks & Treats for You! Get 'em! <http://www.reallivemoms.com?
ocid=TXT_TAGHM&loc=us>

Army Document Subject to Protective Order

# EXHIBIT F

Army Document Subject to Protective Order

Document ID: 0.7.386.12400

| | |
|---|---|
| From: | Rudd, Thomas R CIV USA IMCOM </o=conus/ou=lewis administrative group/cn=recipients/cn=thomas.r.rudd> |
| To: | Towery II, John J CIV USA IMCOM </o=conus/ou=lewis administrative group/cn=recipients/cn=john.towery> |
| Cc: | |
| Bcc: | |
| Subject: | Fw: [olypmr] A proposal - Spokes Council |
| Date: | Wed May 28 2008 10:41:10 EDT |
| Attachments: | |

Sent from blackberry

Thomas R. Rudd
FPS/AT Officer
FP Division, Task Force Protector
I Corps and Fort Lewis
████████    ████████

NIPR thomas.r.rudd@conus.army.mil or @us.army.mil  SIPR: thomas.rudd@us.army.smil.mil

----- Original Message -----
From: port watcher <portwatcher@hotmail.com>
To: Rudd, Thomas R CIV USA IMCOM
Sent: Wed May 28 07:17:46 2008
Subject: FW: [olypmr] A proposal - Spokes Council

> Date: Wed, 28 May 2008 02:39:16 -0700
> From: drewhend985
> To: olympiansforpeace@██████████ olypmr@██████████
> Subject: [olypmr] A proposal - Spokes Council
>
> Trying to flesh out an idea which came up at the
> Sunday meeting, regarding how to arrange direct
> actions in such a way that we don't endanger each
> other without need: Spokes Councils
> (to coordinate Port, Mayday, and other actions.)
>
> Spokes Councils should NOT (in my opinion) continue
> past a specified short campaign. Any tendency for a
> S/C to need a listserv, permanent officers, regular

Army Document Subject to Protective Order

> meeting spaces, etc hands that meeting structure's
> health to those who have the money and time to
> organize it. Open discussion with wide participation
> (direct democracy) is not fostered in this condition
> of financial or organizational dependence (witness the
> fight of Oly SDS over whether TESC will re-grant it's
> "privileges" as if they are not merely 'human
> rights.')
> When any one party controls the conversation, it's a
> lecture - not a conversation.
>
>
> BACKGROUND AND DETAIL:
>
> Affinity Groups are small (3-20 people), autonomous
> groups of people with a common identity or cause, who
> take part in actions and support each other. Their
> actions can take place within mass demonstrations or
> on their own.
>
> There are many advantages to working in an A/G in mass
> demonstrations. A few being:
> • Elimination of feelings and dangers of isolation
> • Provision of support; emotional, physical, tactical
> etc.
> • Harder to infiltrate by undercover police and
> corporate-sponsored saboteurs
> • Greater flexibility in responding to changing
> conditions during the action
> • Highly democratic and autonomous
>
> So who is actually in an A/G? People often form
> affinity groups with friends, co-workers, housemates
> etc. Usually, the risks you take together as an A/G
> will be representative of the level of trust developed
> between the members. So while it's possible to form
> an A/G with people you met at the bar last night, you
> may be less likely to do high risk actions with them.
> Within A/G's, there are a range of roles that members
> can perform. These vary depending on the who's,
> what's, where's, whens and how's of your A/G, but may
> include media spokesperson, first aid/medic, legal
> observer, arrest support, spokes council delegate,
> communication person, meeting facilitator,
> photographers and videographers, police liaison etc.
>
> The Spokes Council is an organizational structure with
> the aim of enabling coordination between all groups
> involved in these actions, without reducing their
> autonomy.
>
> The Spokes Council will be held in open meetings,
> comprised of spokespeople from affinity groups and
> other kinds of working/organizing groups and others
> wishing to attend. The decision making will be
> limited to the delegates from each group although

Army Document Subject to Protective Order

> other members of each group may whisper in the ear of
> their delegate if need be, and may wish to be present
> to hear the discussion and contribute directly (an A/G
> can place anyone in its "seat" at any time). The only
> requirements of the delegate are that they are well
> informed as to how to represent their group, i.e. How
> much or little info to divulge. what issues are
> flexible, what issues aren't etc. and be willing to
> contribute to the discussion in Council.
>
> Spokes Council can be held in two parts – though this
> is not always needed.
>
> An Open Council can be held to share the overall
> situation and latest news, decide on which tactics
> should be supported, and make an agenda of items which
> would need to be decided only by those who will take
> actions. These more detailed decisions could be made
> in a second, Action Council
>
> The Open Council should also probably plan general
> zones of action (color codes for given areas of the
> city / region) based on the foreseeable safety for
> those non-participants who might find themselves in
> the area when action occurs, assuming common or
> expected police responses. These zones can be
> time-limited as well as defined in geographical terms.
> Once decided, these zones must be widely and quickly
> advertised to everyone in the public, especially the
> authorities, with detailed maps. Zones may be chosen
> deliberately to divide opposing forces, both state and
> non-state. Green is safe, Yellow is a transition zone
> around any red area (two or three blocks radius) and
> Red is unsafe (tear gas, arrests and other weapons
> likely to be used if police respond as expected). In
> occupied Turtle Island, no place is actually "safe."
> What you're really doing is promising to refrain from
> taking extra risks in these areas, and deciding
> collectively where they will be.
>
> A second, closed Action Council may be held to share
> more detailed intelligence and make the decisions
> which only need to be made by those whose actions will
> need to be coordinated. It is not generally
> appropriate for legal observers, legal support, or
> journalists to attend this discussion. It might be
> appropriate for this group to finalize the zones
> details and resolve conflicting times / places.
>
> The Action Council can select itself from the main
> body, and establish a "vouch-in" through a go-around
> whereby each participant is "vouched" by a show of
> hands at the Open Council ("Do we know this person,
> can we discuss these questions with this person? If
> yes, raise your hands..."). These vouched individuals
> may then participate in the smaller Action Council, to

Army Document Subject to Protective Order

> flesh out the particulars of the zones and times to be
> publicly announced. THIS IS NOT INTENDED TO BE A
> SECURE MEETING, despite the vouching system. The Open
> Council was an announced meeting, and this one will be
> overheard by technical means by the police, if
> possible and by the military in any case. We're only
> deciding things here which we'll announce to the
> public anyway, though. We don't need super security,
> we need open participatory discussion. THAT is what
> you're vouching or vetoing.
>
> People needing secure, private conversations should
> not hold those conversations anywhere that they are
> listed as residing, working, meeting, or seen often.
> Such conversations should be held without cellular or
> landline telephones being present, regardless of their
> power or battery status. Plans for specific actions
> with others should ONLY be shared with those in one's
> own Affinity Group until all members of that group
> have decided what to ask of other groups at the Action
> Council. If you must speak on the phone, just imagine
> everything you say being played back in a courtroom.
> Make arrangements to meet, and then walk somewhere
> else to talk.
>
> Typical things you might wish to consider as an
> Affinity Group prior to a Spokes Council:
>
> How will we deal with the legal and social
> consequences of the action? (This can range from how
> to arrange bail, contact legal support, or call a
> lawyer to what to tell the press, authorities, and
> other affinity groups / spokes councils. It will
> depend largely on what YOU plan to do, and YOUR
> vulnerabilities, so this can't be decided for you by a
> Spokes Council.)
>
> How will we accomplish this action without being
> photographed by news and amateur photographers?
> (Police do not always wear badges and neither do all
> journalists. Newsworthy distractions are better than
> assault.)
>
> What zones of action would we like to define? (Where
> do we need to retreat to, to change out of our clothes
> if we get pepper sprayed? That area needs to be kept
> GREEN, for safe.)
>
> What tactics will we propose to the Open Council? (We
> probably need to discuss these things as widely, and
> as early, as possible so that Affinity Groups do not
> waste detailed planning on types of tactics which will
> not be supported by the medics or legal support
> teams.)
>
>

Army Document Subject to Protective Order

```
>
>
>
> ADAPTED from
> www.antimedia.net/s11awol/text/bookletword.doc
> By PMR-INFO
>
>
>
>
```

---

Change the world with e-mail. Join the i'm initiative from Microsoft. <http://im.live.
com/Messenger/IM/Join/Default.aspx?source=EML_WL_ChangeWorld>

# EXHIBIT G

Army Document Subject to Protective Order

Document ID: 0.7.386.12622

| | |
|---|---|
| From: | Rudd, Thomas R CIV USA IMCOM </o=conus/ou=lewis administrative group/cn=recipients/cn=thomas.r.rudd> |
| To: | Towery II, John J CIV USA IMCOM </o=conus/ou=lewis administrative group/cn=recipients/cn=john.towery> |
| Cc: | |
| Bcc: | |
| Subject: | Fw: [olypmr] Re: Equipment Return? WHEN WILL IT BE? |
| Date: | Tue Jun 03 2008 12:42:08 EDT |
| Attachments: | |

Sent from blackberry

Thomas R. Rudd
FPS/AT Officer
FP Division, Task Force Protector
I Corps and Fort Lewis
███████████████

NIPR thomas.r.rudd@conus.army.mil or @us.army.mil  SIPR: thomas.rudd@us.army.smil.mil

----- Original Message -----
From: port watcher <portwatcher@hotmail.com>
To: Rudd, Thomas R CIV USA IMCOM
Sent: Tue Jun 03 07:07:48 2008
Subject: FW: [olypmr] Re: Equipment Return? WHEN WILL IT BE?

> Date: Mon, 2 Jun 2008 18:26:04 -0700
> From: drewhend███████████
> To: olypmr@███████
> Subject: [olypmr] Re: Equipment Return? WHEN WILL IT BE?
>
> "When is the equipment returning?"
>
> Typically, it takes two weeks for a ship to sail from
> Kuwait to the US, once the ship leaves Kuwait. That
> ship takes about a week to load up at the Kuwait end,
> so therefore three weeks (Soonest) from the first
> announcement of arriving troops back in the US. That
> first arrival was May 10-12th or so; this recent
> announcement is of the "main body" of soldiers, which

Army Document Subject to Protective Order

Army Document Subject to Protective Order

> opens up the question significantly: when do they load
> the vehicles? Did they already do it when the advance
> party returned, or is it yet to be done?
>
> Is it sometime during the next three weeks, as the
> "main body" of soldiers return home by airplane? It
> seems likely that the very last of them would be those
> who had to drive these vehicles onto the ships. Or
> maybe they leave that to trained longshoremen in
> Kuwait. I'm not there, I can't see what happens.
>
> I'd continue being vigilant for now, and activate a
> full alert in the second week of June
> -OR-
> as soon as an incoming ship is sighted by Everett's
> observers.
>
> "Vigilant" = "keep looking at important targets /
> roads during the times when a movement is most likely
> to be made, but don't post 24/7 watches and wear out
> your observers"
>
> "Full Alert" = "it could be any day, keep an eye
> peeled 24/7 in shifts and stand by to send an alert to
> the web"
>
> Keep in mind that we're watching four ports (Aberdeen,
> Everett, Olympia, Tacoma) and the US Coast Guard in
> Seattle as well - for any activity which would
> indicate which Port and when, so that people can meet
> and make good decisions. More time = better
> decisions. You don't have to watch the water, you can
> also watch the roads (for orange Coast Guard fast
> boats) or the behavior of the local cops. Lots of
> agencies meeting up all of a sudden in your area?
> Probably coordinating security. Take photos and send
> them to us.
>
> Keep in mind that last November (5th-17th) in Olympia,
> the Oly Police Department knew about the shipment by
> mid-September (13th or so) and met with the Army on
> two or three separate occasions. So far, we have no
> leaks from Olympia Police [ but I would say that,
> anyway... whether it was true or not - until I had
> confirmation from a separate source I could cite as my
> tip - FNORD ].
>
> TACTICS FOR OBSERVERS
> (recently declassified)
>
> Remember: F.T.W.?
> This meant (1970's) F*&% the War, but now this acronym
> also means Forward, Tactical, and Web.
>
> Forward watches the road (or base) for movements
> you're interested in.

Army Document Subject to Protective Order

>
> Tactical watches Forward to provide an egress /
> distraction / extraction, (just in case) and
>
> Web remains on the other end of a cell phone in front
> of a computer with Internet access, far in the rear of
> F and T.
>
> Tactical calls the Web, and Web publishes the data (if
> Forward sees something). Forward keeps watching until
> their shift is up. They signal Forward by separate
> channel (visual hand signals are preferred) which are
> harder to supervise without direct observation.
>
> Each role can involve more than one person, especially
> as you hand off a shift and brief your replacements.
>
> FTW should be the minimum compliment of an observer
> team, all these functions MUST be replicated or your
> team could easily be picked off, unable to communicate
> their situation even if they see something. F and T
> should NOT use the same vehicle for egress, and should
> NOT openly acknowledge each other at the target area.
> Your safety depends on the Tactical role's obscurity.
> Web should have a press release ready if they are not
> called by a time certain, or get a call with a duress
> signal in it. (missing / arrested persons press
> release already written and sealed)
>
>
> Drew
> 870-3127
>
>
> --- Robert Martindale [redacted] wrote:
>
> > Drew,
> >
> > Do you remeber how much time there was between when
> > the soilders came back
> > and when the equipment came bacl last time? Any
> > word on/from intel about
> > when we can expect the equipment to come in to one
> > of our ports?
> >
> > Robert
> >
> >
>
>
>
>

Army Document Subject to Protective Order

It's easy to add contacts from Facebook and other social sites through Windows Live™ Messenger.
Learn How. <https://www.invite2messenger.net/im/?source=TXT_EML_WLH_LearnHow>

# EXHIBIT H

Army Document Subject to Protective Order

Document ID: 0.7.386.12623

| | |
|---|---|
| From: | Rudd, Thomas R CIV USA IMCOM </o=conus/ou=lewis administrative group/cn=recipients/cn=thomas.r.rudd> |
| To: | Towery II, John J CIV USA IMCOM </o=conus/ou=lewis administrative group/cn=recipients/cn=john.towery> |
| Cc: | |
| Bcc: | |
| Subject: | Fw: [olypmr] A strategy game for PMR Olympia |
| Date: | Tue Jun 03 2008 12:42:43 EDT |
| Attachments: | |

Sent from blackberry

Thomas R. Rudd
FPS/AT Officer
FP Division, Task Force Protector
I Corps and Fort Lewis
███████████

NIPR thomas.r.rudd@conus.army.mil or @us.army.mil  SIPR: thomas.rudd@us.army.smil.mil

----- Original Message -----
From: port watcher <portwatcher@hotmail.com>
To: Rudd, Thomas R CIV USA IMCOM
Sent: Tue Jun 03 07:05:15 2008
Subject: FW: [olypmr] A strategy game for PMR Olympia

> Date: Tue, 3 Jun 2008 00:29:35 -0700
> From: drewhend
> To: olypmr@███████████
> Subject: [olypmr] A strategy game for PMR Olympia
>
> http://www.olypmr.org/community/?q=node/5
>
> http://www.copwatch.zinelibrary.info/DOGO.JPG
>
> At the link(s) above you will find a graphic of
> downtown Olympia. There, in the graphic, are little
> white and red intersections. Red means rails, and thus
> potential Federal involvement. White means City of
> Olympia and local police involvement (if one is

Army Document Subject to Protective Order

> blocking these intersections).
> It's your choice how you will treat pieces which land
> in either kind of intersection when the police
> surround them.
>
> The hardest part of the game are the rules:
> YOU write the rules. (it's harder than you think)
> I only ask that you be realistic about how pieces
> move, where pieces "land" and how fast they can really
> move from place to place. If you actually use the
> rules of "go" you can just place the pieces down,
> never moving any of them, and every few turns see if a
> "Train" or "Convoy" of military vehicles can get into,
> or out of, the Port of Olympia (at the top) to one of
> six exits, marked in red along the bottom and sides.
>
> Or, if you want to you can assume they are coming
> inbound from the exits, toward the Port.
>
> Most important rule: HAVE FUN AND PLAY!
>
> (Yes, the names of the downtown streets are not there
> - it's your job to fill them in, as a memory / study
> aid.)
>
> PS -
> More toys to come!
>
>
> Drew
> ████████
>
>
>
>

It's easy to add contacts from Facebook and other social sites through Windows Live™ Messenger.
Learn How. <https://www.invite2messenger.net/im/?source=TXT_EML_WLH_LearnHow>

Army Document Subject to Protective Order