# EXHIBIT I

Army Document Subject to Protective Order

**Towery II, John J CIV USA IMCOM**

| | |
|---|---|
| **From:** | Williams, Manuel [mwilliams@portoftacoma.com] |
| **Sent:** | Thursday, July 31, 2008 4:42 PM |
| **Subject:** | MOL Intelligence Update #6: Updated Activist Schedule |

Refer to updated activist schedule below. Issued by Drew Hendricks @ 1624 hours.

Will

M. Williams
Team Leader / Homeland Security Advisor
Maritime Intelligence Support Team
Port of Tacoma, WA



(secure)

Olympia Port Militarization Resistance (OlyPMR) is organized to end our community's
participation in the illegal occupation of Iraq by stopping the U.S. Military's use of the
Port of Olympia.

Port Militarization Resistance Actions

Thursday, July 31 2008:
* 11 AM: Shut Down the War-machine in Downtown Tacoma, Tollefson Plaza, 1701 Pacific Ave
* 4-6 PM: Port Militarization Resistance Rally and Protest (Family friendly event. Come &
hook-in for later actions) Federal Courthouse, 1713 Pacific Ave in Tacoma
* 5 PM: Solidarity Rally in Olympia, 4th Avenue Bridge
* 8 PM: Port Action Meeting Point, Puyallup Avenue and East D Street in Tacoma


Friday, August 1 2008:
* 11 AM: Shut Down the War-machine in Downtown Tacoma, Tollefson Plaza, 1701 Pacific Ave
* 4-6 PM: Port Militarization Resistance Rally and Protest (Family friendly event. Come &
hook-in for later actions) Federal Courthouse, 1713 Pacific Ave in Tacoma
* 8 PM: Port Action Meeting Point, Puyallup Avenue and East D Street in Tacoma


Saturday, August 2 2008:
* 12-3 PM: No War on Iraq! No War on Iran! Demo (A family-friendly demo and overpass rally)
At I-5's Exit 119, outside Fort Lewis Brought to you by IVAW, G.I. Voice, and Olympia SDS
Olympia carpool will meet at the corner of Harrison and Division @ 11 am
* 4-6 PM: Port Militarization Resistance Rally and Protest (Family friendly event. Come &
hook-in for later actions) Federal Courthouse, 1713 Pacific Ave in Tacoma
* 8 PM: Port Action Meeting Point, Puyallup Avenue and East D Street in Tacoma


Sunday, August 3 2008 (if unloading continues):
* 4-6 PM: Port Militarization Resistance Rally and Protest (Family friendly event. Come &
hook-in for later actions) Federal Courthouse, 1713 Pacific Ave in Tacoma
* 8 PM: Port Action Meeting Point, Puyallup Avenue and East D Street in Tacoma

Army Document Subject to Protective Order
Army  000426

# EXHIBIT J

| From: | olypmr-owne⸻ ⸻t on behalf of |
| | Drew Hendricks |
| Sent: | Wednesday, July 30, 2008 9:00 PM |
| To: | olypmr@ |
| Subject: | [olypmr] Fw: Google Alert - "pililaau" |

The reason I forwarded this is deep in the story. Watch for when they started planning for this training / movement exercise. Then think back for a moment.

From March 2004 - Nov 2004 Olympia saw 4 military ships in 7 months. Then in November two were arrested and a hole was cut in the port fence.

From December 2004 - May 2006 we saw 5 visits, but over 18 months. Then in May 2006, 37 were arrested resisting the shipment and the gate came off the port of Olympia.

From June of 2006, though July of 2008, Olympia has seen 1 military visit in 26 months. The USNS Brittin came in November 2007, and more than 60 people were arrested resisting it.

Then they started planning this exercise.

They don't write press releases saying we're winning very often, folks.

Drew Hendricks

--- On Wed, 7/30/08, Google Alerts ⸻ ⸻wrote:

From: Google Alerts
Subject: Google Alert - "pililaau"
To: drewhend⸻
Date: Wednesday, July 30, 2008 1:01 PM

Google News Alert for: **"pililaau"**

Soldiers, Sailors train 'over the shore'
United States Army (press release) - USA
Small craft also ferried vehicles from the roll-on, roll-off US Navy Ship **Pililaau** to the beach. An amphibious vehicle carrying Soldier drivers met the ...
See all stories on this topic

........................................................................

This as-it-happens Google Alert is brought to you by Google.

Remove this alert.
Create another alert.
Manage your alerts.

RUDD_000221

# EXHIBIT K

| From: | olypmr-owner@▮▮▮▮▮▮▮ on behalf of |
| | Drew Hendricks <drewhend▮▮▮▮▮▮▮▮▮ |
| Sent: | Saturday, January 3, 2009 1:55 AM |
| To: | ▮▮▮▮▮▮▮▮▮▮▮▮ |
| Subject: | [olypmr] Intelligence - the foundation of good actions |

FUNDAMENTALS:

Do not get your information from military personnel or government contractors - that is called Espionage (it□s illegal for them to tell, and illegal for you to hear, the secrets with which they are entrusted). However, standing in a public place and looking at what is happening with your own eyes and then drawing conclusions, which you write down and publish, is called Journalism. Keep that straight from the beginning.

Just because it is legal to do it, does not mean you want to get caught doing it. So be aware that you will need to at least appear to be 'normal' and not 'casing the joint' even when that is actually what you are doing. This holds true, UNLESS your object is to draw so much attention that another nearby operator is lost in the □noise□ of your own suspicious behavior, or the object is to force the security operations to piss off the general public (such as at a military show or parade which you might get canceled next year by your outrageous use of the event for 'intel'.)

BLOCKADES

You want to know what to blockade, and when to blockade, some aspect of the War Machine. To do this, you need to understand some basics about how that machine operates and where it is vulnerable to a human blockade. (This is a blockade which forces the war machine to choose between driving through persons, or take another route, or get the police to remove the persons.) You want this point of confrontation to be near enough to a public right of way that your presence there is a First Amendment protected activity; you don□t want to do this ON a military base (No legal protections) or on private property (Fewer legal protections, though more than on a military base). A public street or a public Port are examples of such spaces which we have used before.
<!--[if !supportEmptyParas]--> <!--[endif]-->
Ideally, you want to deny the use of ANY public property by ANY military units. In the practical world, you will need to choose a point of confrontation that allows media (your own as well as outsiders media) to be present and witness the confrontation, and get away with the footage - and have that footage explain itself, with NO CAPTION. In other words, obvious offensive combat gear being blocked by a person who looks NOT SCARY (no guns, no bottles, etc)

If the cops capture the tapes, it might as well have not happened □ though it may be effective anyway. If it (your action) becomes public, and political (everyone is talking about the issue because of your actions, like the WTO becoming a household word in 1999) then you are at least making progress even if the blockade does not last long. If you inspire others to act, you have succeeded. If enough of us act, we cannot be stopped.

I□m not aware of specific targets of observation in your area (St Louis) but I know that there are several, and a search of the websites of various contractors should reveal some ideas. Use live search (Microsoft has good maps with □birdseye□ views) or google maps to locate roads and intersections of interest, then go out and take photos of the area (as discreetly as you can manage) and then load those into Flickr, with a feature called Geotagging. This geo-tagging will place the picture(s) you took on a google map searchable by anyone using Flickr. You can also use this and other Flickr searches to locate targets of interest as well. Be aware that it is possible for the authorities to track your targets of interest this way, so be wide-ranging in your interests and keep them guessing, or bury your search patterns by using common carrier computers at public WiFi hotspots or other computers on which you do not have to ID yourself. DO NOT ACCESS EMAIL from these computers during the same session, unless you want to leave a trace that ties your ID to the search.

MY BACKGROUND

Drew Hendricks has volunteered to be (for now) the NWAIDAC Intel Point Person, reachable at 360-870-3127 or via email.
(I also do Olympia area intelligence for PMR-INFO, and Oly Copwatch)

We will be needing a person from each area to be a focus for intelligence reports / observations in their areas, who can then digest these observations and forward them to me, or come together and form a working group on intelligence from time to time in a face to face setting.

Please think about who in your area would be willing to fill this role. It would involve being able to travel extensively each month, whether by common carrier or private vehicle. We will meet in each area in turn, so we can observe our conditions directly and be comfortable with our resource bases in each context.

Confidentially sourced intelligence* should be verified with open sources, washed, and then forwarded as open source - or arrangements could be made for a face to face rendezvous or dead drop. *Remember to keep your own secrets, and you won't need to trust anyone else to keep them for you.*

Intelligence tradecraft training (secure communications, duress signaling, and counter-surveillance) is available upon request, but is not strictly needed for most of our operations. Our reports will be made in public spokes council meetings so keep this in mind when choosing sources you'd have to cite.

Drew Hendricks

*GLOSSARY:

Open Source = read it in the news, read it online, or saw it with my own eyes, perfectly legally.

Confidential Source = broke into an office, committed a felony, or solicited someone with classified access to divulge information. DO NOT RELAY YOUR CONFIDENTIAL SOURCES TO ANYONE INSIDE OUR WORKING GROUP. Keep that your individual secret only.

Washed = Made sure that information from a confidential source matched information from another, more open, source and then cited the latter open source instead of the confidential source.

Duress Signal = A means of letting someone know that you're being "run" by a police agency or intelligence service who is watching your conversation, so that your contact knows that it is time to play dumb and change their address / phone / place of work, etc

Dead Drop = A place in public which is relatively easy to approach, hard to observe, and secures a dry spot for leaving an object or package for later retrieval by another party. This allows people who are being followed to have contact which is not observed despite the surveillance.
One develops a dead drop by hiding money in it for a short period of time (a week) and then increasing the denomination each week until one can keep a hundred dollar bill secure for two weeks. Remember that losing $20 or even $100 to this technique is ALWAYS cheaper than hiring a lawyer for your espionage prosecution.

Live Drop = The same as above, but a person is the holder of the package and they can decide whether your pickup person is properly credentialed and alert you to attempts to steal or replace the package. Stores make great live drops, if you know the owners and the employees and have regular contact with them anyway (thus it is less suspicious to be seen approaching them when you're using them for that role). To use a live drop you must trust that person just as well as any other affinity group participant you would commit an action with, since that is what this activity represents. They must be willing to keep your secrets and you must be willing to trust them, have a duress signal, etc

RUDD_000207

"Indeed in nothing is the power of the Dark Lord more clearly shown than in the estrangement that divides all those who still oppose him."

- Haldir of Lothlorien
(The Lord of the Rings trilogy; The Fellowship of the Ring)

RUDD_000208

# EXHIBIT L

| From: | olypmr-owner@⬛⬛⬛⬛ on behalf of |
| | Drew Hendricks <drewhend⬛⬛⬛⬛ |
| Sent: | Sunday, January 11, 2009 5:47 PM |
| To: | olypmr@⬛⬛⬛⬛ nwaidac@⬛⬛⬛⬛ |
| Subject: | Re: [olypmr] Speculative timeline 2009 UPDATES |

Hard to believe I forgot to add these last two items.

**The 3/2 SBCT (Stryker Brigade Combat Team) is ESTIMATED to be deploying anywhere from February 2009 through the end of May 2009.**

This movement would likely be the next confrontation, if people chose to confront it, and would most likely be shipped from Tacoma, though the USNS Brittin is stationed at Bremerton now and the convoys could POSSIBLY drive across the Tacoma Narrows Bridge to embark at Bremerton. This would be a first, however, and the likelyhood cannot be estimated above the single digits at this time. (1-9% probablity range)

**TACOMA SHIPS' SCHEDULES ARE PUBLISHED ON THEIR WEBSITE**
This is a major change, though they have done it for around a year now. The new way they are publishing this is MUCH more accessible. We should assume they will not publish military ships on the same schedule, though 'holes' in the calendar might alert us to times to be more vigilant about AIS supervision.

http://www.portoftacoma.com/Page.aspx?cid=2370

Pier 7 is the main 22 acre breakbulk site that the US Military has used in the past, and this schedule DOES NOT INCLUDE the Sperry Ocean Marine Terminal which has been used in the past to load brigades of this type in simultaneous operations there and at the POT (as in Nov 2003, with the 3/2 SBCT's first Iraq deployment).


**Port of Tacoma Vessel List**

*(Vessel Name -- ETA Date)*

**APM**
*Horizon Anchorage* -- 1/08/09
*Horizon Tiger* -- 1/10/09
*Horizon Pacific* -- 1/11/09
*Horizon Kodiak* -- 1/13/09
*Susan Maersk* -- 1/14/09
*Horizon Tacoma* -- 1/15/09

**Blair Terminal "A" (Autos)**
*Grand Pioneer* -- 1/08/09
*Athens Highway* -- 1/10/09
*Coral Leader* -- 1/14/08
*Diamond Ray* -- 1/19/09
*Skaugran* -- 1/19/09

**Pierce County Terminal**
*Ever Unity* -- 1/09/09
*LT Greet* -- 1/11/09
*LT Unica* -- 1/14/09
*Ever Utile* -- 1/16/09

*LT Grace --* 1/18/09

**Husky** *(Pier 4 unless otherwise noted)*
*Tijuca* (Pier 3) -- 1/11/09
*Chiswick Bridge --* 1/12/09
Barge "K" Line -- 1/13/09
*Concord Bridge --* 1/17/09
*Guang Dong Bridge --* 1/23/09
Barge "K" Line -- 1/24/09
*Suez Canal Bridge --* 1/30/09
Barge "K" Line -- 1/31/09
*James River Bridge --* 2/06/09

**Terminal 7**
*Hyundai No. 107 --* 1/13/09
*Toronto --* 1/18/09
*Hyundai No. 206 --* 1/25/09
*Taronga --* 1/31/09
*United Spirit --* 2/6/09
*Isolde --* 2/6/09

**Terminal 7-D**
*YM Yantian --* 1/09/09
*YM Asia --* 1/17/09
*YM Europe --* 1/31/09
*YM America --* 2/07/09

**TOTE**
*North Star --* 1/09/09
*Midnight Sun --* 1/14/09
*North Star --* 1/16/09
*Midnight Sun --* 1/21/09

**Washington United Terminal**
*Hyundai Republic --* 1/09/09
*Hyundai National --* 1/11/09
*MOL Liberty --* 1/14/09
*Hyundai Dominion --* 1/18/09
*Hyundai Kingdom --* 1/25/09
*Zhen Hua 26 --* 1/26/09
*Trieste --* 1/28/09

This list was last updated on Jan. 9, 2009 at 4:15 p.m. (PST). Actual vessel arrival dates may vary. This report includes scheduled vessels only.

**AIS links (again)**
http://ais3.siitech.net/VTSLite/AView.aspx

Use the map view to move around the area, and the zoom controls (+ - ) to move into and out of a view of interest.

"Indeed in nothing is the power of the Dark Lord more clearly shown than in the estrangement that divides all

RUDD_000195

those who still oppose him."

- Haldir of Lothlorien
(The Lord of the Rings trilogy; The Fellowship of the Ring)

--- On Sat, 1/10/09, Drew Hendricks ████████████████████wrote:

From: Drew Hendricks██████████
Subject: [olypmr] Speculative timeline 2009 Resistance
To: olypmr@█████████nwaidac@████████
Date: Saturday, January 10, 2009, 4:57 PM

This is a brief, speculative timeline of military resistance for Puget Sound / Salish Sea for 2009, as it is now understood by only the author. Others may have other ideas, and should feel free to add what they need to.

January 2009 - train observers in techniques for watching military movements on public roads and identifying vehicle types and ID markings.

February 2009 - Minnesota National Guard units (34th Infantry Division's 1st Brigade Combat Team) scheduled to come to Ft Lewis for training. This unit served as riot troops at St Paul's Wabasha bridge during Sept 2008 Repugnican Convention.

March 2009 - 5/2 ID Stryker Brigade Combat Team scheduled (since Jan 2008) to train at Ft Irwin, CA. This is a large desert training center. Yakima is more of a fires training area, this is all-units movement and simulated fire in a supervised and scored war game scenario.

April, May 2009 - Nothing noted.

June 2009 - Weapons Expo scheduled for American Lake venue two weeks later than original date ... possible actions all month in Tacoma and areas south.

June or July 2009 - "Summer 2009" announced deployment of 5/2 Stryker Brigade Combat Team, post-training. There is a chance that equipment will be shipped from California after the March 2009 training at Ft Irwin, CA

July 2009 - 555th Engineers return from Iraq "Summer 2009".

August 2009 - Special Election for Thurston County Commissioner? (next one is Nov 2010)

Later dates are too uncertain at this time, and weeks / days of specific actions are likewise too uncertain at this time.

More as we learn more....

Drew Hendricks

"Indeed in nothing is the power of the Dark Lord more clearly shown than in the estrangement that divides all those who still oppose him."

- Haldir of Lothlorien
(The Lord of the Rings trilogy; The Fellowship of the Ring)

RUDD_000197

# EXHIBIT M

**From:**     olypmr-owner@⬛⬛⬛⬛   on behalf of
              Drew Hendricks

**Sent:**     Wednesday, February 18, 2009 6:05 PM

**To:**       Anna-Marie Murano ⬛⬛⬛⬛⬛⬛ Patty Imani
              ⬛⬛⬛⬛⬛⬛ pmr ⬛⬛⬛⬛⬛⬛ Robert Whitlock

**Subject:**  Re: [olypmr] Proposed port militarization resistance mtg time in resp. to 5th Deployment

---

I'd also prefer the First Christian for a large meeting, especially if there are more than 10 expected. The Island is far too small for all of us to hear one another, and Food Not Bombs uses the space on Saturday anyway, making it way too chaotic for a PMR meeting.

INTEL: The best data we have is that the 5/2 very recently switched its target country and the planning needed for a specific ship-out would all change. We're not likely to know for another 30 days exactly which port is being used, or whether they will fly out instead. This is mostly because no one who could let it slip knows exactly what they are doing, either. This is probably be ing planned RIGHT NOW as we write this.

Much could be said for the likelihood of flying into Afghanistan, since Pakistan has the nearest sea port and a Stryker brigade has never yet used that port, and Pakistan is not exactly stable... It is quite likely that they would return from Fort Irwin (California training, where they supposedly are right now) to Fort Lewis, since they have to get repaired and cleaned and have final upgrades put into them for the real deal. That should all be pretty obvious in the open kind of stuff, we'll see. The upgrades all change, too - the threat environment is different from Iraq.

If they fly out, however, human blockades become limited to those of us born on Krypton, unless we work on another aspect of the Stryker life/death cycle.

The timing also changed, and was moved ahead an estimated three months if the open sources are correct about the timing. They almost NEVER ARE, they are almost always skewed toward a later month... which means the brigade moved ahead more like four months if they leave in April rather than May. It's not much time to get back from Irwin and reset the vehicles if they plan to take a ship there, again another argument that they will fly out. BTW< they could fly from San Diego area and do some reset there (GDLS has done such vehicle support there recently; recently enough that it should still be possible). Either way, we'll be able to see which they will do from open sources we have already developed.

Anyone want to take a road trip to San Diego? They'd do better if they had an idea of what to expect, from folks who have been through a couple here. I'm not volunteering but I could brief someone on open sources.


Drew



"Indeed in nothing is the power of the Dark Lord more clearly shown than in the estrangement that divides all those who still oppose him."

- Haldir of Lothlorien
(The Lord of the Rings trilogy; The Fellowship of the Ring)

RUDD_000181

BEWARE DISTURBING EMAILS CLAIMING TO COME FROM ME - IF YOU HAVE A QUESTION
ABOUT ANYTHING I WRITE, PLEASE CALL ME AND VERIFY BY VOICE THAT I DID INDEED
SEND THE EMAIL IN QUESTION. (I have recently found that someone used my web based email account to
send an incriminating email...)

NOTICE: -Caveat Lector- "Let the Speaker Beware"
Due to Presidential Executive Orders, the National Security Agency may have read this email without warning,
warrant, or notice. They are doing this without any judicial or legislative oversight. You have no recourse or
protection from this unwarranted intrusion save to call for the impeachment of the current President and those
other officials involved in this illegal activity.

--- On **Wed, 2/18/09, Robert Whitlock** ▉▉▉▉▉▉▉▉▉▉▉ wrote:

From: Robert Whitlock ▉▉▉▉▉▉▉▉▉▉
Subject: Re: [olypmr] Proposed port militarization resistance mtg time in resp. to 5th Deployment
To: "Anna-Marie Murano" ▉▉▉▉▉▉▉▉▉ "Patty Imani" ▉▉▉▉▉▉▉▉▉▉▉▉
"pmr" ▉▉▉▉▉▉▉
Date: Wednesday, February 18, 2009, 3:16 PM

Anna, Patty, All — I can't make a meeting on Saturday, but I want to thank you for moving ahead on
this, and show my support.

I also like Patty's idea of sending out a press release in order to notify media establishments, the public,
and the authorities of the intention to resist state violence, militarism, and foreign policies of
dominance.
 Berd
▉▉▉▉▉▉▉▉▉

http://inthecourseofevents.blogspot.com


**From:** Anna-Marie Murano ▉▉▉▉▉▉▉▉▉▉
**To:** Patty Imani ▉▉▉▉▉▉▉▉ pmr ▉▉▉▉▉▉▉▉▉▉
**Sent:** Wednesday, February 18, 2009 12:55:58 PM
**Subject:** RE: [olypmr] Proposed port militarization resistance mtg time in resp. to 5th Deployment

I am up to meet on Saturday, but not at Media Island . Is there another location? Can someone check out the
First Christian Church or the POWER office?
Thanks!
AM

**From:** olypmr-owner@▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ **On Behalf Of** Patty Imani
**Sent:** Wednesday, February 18, 2009 11:09 AM
**To:** pmr
**Subject:** [olypmr] Proposed port militarization resistance mtg time in resp. to 5th Deployment


I've seen two bits of info, one stating the deployment to happen April-May; the other, Summer.
Can we determine which is more likely.

Looks like we have to meet soon. I didn't see any other time proposals, so I'll throw one out
there...how does next Saturday, 1 PM at Media Island work for people? (That's Feb.28th, which

gives us time to get the word out and to gather info on the deployment.)

*It might be a good idea to follow that meeting with a working focus to prepare a public statement of intent to resist, ask others groups to sign on and send it out to the local port authorities and media so they understand a war crime is a war crime and if they choose to assist the military in committing those crimes it will be met with resistance.*

---END MESSAGE from PATTY IMANI---

See how Windows connects the people, information, and fun that are part of your life. See Now

RUDD_000183

# EXHIBIT N

| From: | olypmr-owner@ [redacted] on behalf of Drew Hendricks [redacted] |
|---|---|
| Sent: | Sunday, March 29, 2009 2:53 PM |
| To: | ShyamKhanna [redacted] Austin Kelley |
| Cc: | erc@ [redacted] evergreeninfoshoppe@ [redacted] olympiasds@ [redacted] olypmr@ [redacted] tesccoalition@ [redacted] |
| Subject: | Re: [olypmr] Foreclose the War Machine: A Proposal for Direct Action |

The suggested facility was made an issue for three main reasons:

1) It directly supports every Stryker Brigade worldwide, deployed or in Garrison, as the primary central spare parts hub (all parts go here first). Making it public where the facility is located opens the site to wider actions by all groups opposed to the facility's mission.

2) The site is a blockade target 5 days a week, 50 or 52 weeks a year instead of only during shipments, which is the current state of anti-war / anti-imperialist resistance. We can thus set the agenda rather than being reactive, and cost the FedGov security money and attention at our convenience rather than at theirs.

3) The site is within closer reach of supporters in Seattle, who have consistently asked for such a target.

It does have the problems of location you point out, and can result in exactly the kind of repression we have found at Tacoma. A different and wider face to face outreach phase is therefore contemplated and being implemented. The SuperMall is right around the corner and could provide some parking cover. The site is also served by a bus line.

The use of a genuine spokes council to organize the actual action rather than a small in-group meeting of seasoned activists is also a major difference from prior PMR styled actions. Sorry if that stirs controversy, but it is a problem in my opinion to choose targets based on the convenience of persons with material interests in preserving their social status. This target is chosen instead based on its importance to the structure of military logistics support. What tactics ultimately drive it back onto Ft Lewis or result in Auburn becoming an extension of Ft Lewis remain to be seen. There is little data to support an assumption that this is a neighborhood warehouse as such, or that anyone who works there lives in Auburn or Algona. Labor outreach is ongoing.

Your considerations are important ones, but not new to those so far looking at this site.

Drew - for himself, representing no one.

[redacted]

"Indeed in nothing is the power of the Dark Lord more clearly shown than in the estrangement that divides all those who still oppose him."

- Haldir of Lothlorien
(The Lord of the Rings trilogy; The Fellowship of the Ring)

--- On **Sun, 3/29/09, Austin Kelley** ███████████████ wrote:

From: Austin Kelley ███████████
Subject: Re: [olympnr] Foreclose the War Machine: A Proposal for Direct Action
To: "Khanna, Shyam" ████████████████
Cc: erc@██████     evergreeninfoshoppe@███████     olympiasds@██████
olypmr@█████████     tesccoalition@████████
Date: Sunday, March 29, 2009, 7:00 AM

I think it's truly awesome that this kind of activity is increasingly being organized in the World. I do
have some strategic concerns about the location in Auburn. From what I can tell, it seems somewhat
isolated from a supportive local community, potentially not so visible, and it also seems like it would be
relatively easy to identify, follow and neutralize the "trouble-makers" in the surrounding area. In some
ways, it reminds me of the Port Of Tacoma, which of course proved to be a problematic location in a
number of ways.

So, I think people can go into this with their eyes wide open, and shape their strategy and tactics
according to the particulars of this situation. As future actions are planned, I want to suggest that we
consider more public areas where the potential for spontaneous local support is high, visibility is a
given, and where there is an active and radical community to "blend in with" and get supplies and
support, take breaks or whatever, without being easily identified targeted.

One place that comes to mind is downtown Seattle, which was a fabulously successful location during
the WTO ministerial of 1998. The Federal Building there really does represent some of the forces that
are organizing these imperial wars- there is some potential to physically isolate and round up protestors
there, but not nearly so much as I fear might be the case in Auburn. Boeing Corporation also has some
kind office near Pioneer Square, and I'm sure there are **plenty** of other such places, too...

So my fundamental point being that while I do have some concerns about this site, I'm hoping that
people will plan their actions according to what fits best for the particulars of the situation. The thing I
like about the site in Auburn is that it so clearly and directly targets a company that is profiting from
war, even though this is also a double-edged sword if people in the surrounding neighborhoods get
their money from working in the warehouse.

I do believe it's very important to be scientific about our political actions, and after this one is done and
over I think it's important that we study what worked well and what didn't, as we continue to plan more
actions for the future.

I offer these thoughts with the sincere hope that we will have many victories ahead, that they us to
achieve our goals- both short term and long term, and that we set a powerful and positive example that
is very much noticed in the World.

In Solidarity,

Austin

On Sun, Mar 29, 2009 at 1:21 AM, Khanna, Shyam ███████████████ wrote:

NWAIDAC will be hosting an info meeting for this direct action on April 5th at 1 PM in Olympia. This will be a great
way to learn how to plug in, get involved, etc..

RUDD_001332

In the next few months, the US military intends to send 17,000 new soldiers to Afghanistan. This will increase by one half the size of their hugely unpopular occupation. Vice President Joe Biden himself has gone on the record to say he expects an "uptick" in American deaths in Afghanistan. The CIA and US military have begun bombing civilians in, and even sending in ground troops into, Pakistan, to much popular opposition from the Pakistani people. The current administration is already preparing to escalate and spread military campaign further into Pakistan.

In the meantime, while Obama talks about removing "combat troops" from Iraq, there is no intention to end the occupation of Iraq by dismantling the US military bases. Only approximately half of the US soldiers in Iraq will be removed under this plan, because the rest are not considered "combat troops."

In the past year, a record number of us have lost our homes and jobs as the economy collapses, yet the US government continues to waste our resources in the Military Industrial Complex, making a very small number of rich war profiteers even richer. Some of these war profiteers, set to make huge sums of money off of the increase in American and Afghani deaths, are located right here in Western Washington State. It is time we foreclose the war profiteers rather than the working class.

The General Dynamics Land System (GDLS) corporation has been awarded a contract to repair military Strykers to send back to occupy Iraq and Afghanistan. The warehouse housing these spare parts is located in Auburn, WA. GDLS' net revenue in 2008 was $29.3 billion, 69% of their net sales coming from the US government! We intend to SHUT DOWN the War Machine, to do everything we can to stop the surge from leaving the United States.

To this end, we are calling for a day of coordinated, non-violent civil disobedience and direct action to blockade the GDLS facility in Auburn.

Please attend an information meeting in Olympia, WA, on April 5th 2009 to discuss this plan, our strategy, and building a strong movement to end these wars and occupations.

The meeting will be at Capitol Theater Offices: 416 Washington St. (Between 4th and State, Next to the Painted Plate). Room 208 on the 2nd Floor

End BOTH Occupations

Foreclose the War Machine—Direct Action to Stop the Surge

No administration will end these wars—We, the people, need to end them.

-the North West Anti-Imperialist Direct Action Coalition

Feel free to e-mail ███████████████ with any questions, concern, excitement,etc..

Please forward widely

# EXHIBIT O

| From: | olypmr-owner@█████████ on behalf of Drew Hendricks████████████ |
|---|---|
| Sent: | Sunday, May 3, 2009 11:54 PM |
| To: | olypmr@████████ |
| Cc: | nwaidac@████████ |
| Subject: | [olypmr] Blockades at Exit 137 North I-5 (54th Ave) |

PMR Participants have just blocked a Stryker convoy at exit 137 to the Taylor Way road into Port of Tacoma.

To follow the updates text 'follow tacgeneral' to 40404 (twitter).

Or: www.twitter.com/tacgeneral on your browser.

Those folks need your support. This might go on till midnight or till 4AM, end tonight or continue to Wednesday.


Drew Hendricks
████████████

PMR-INFO Analyst / Observer
(Port Militarization Resistance, Intelligence Network For Observers.)

NWAIDAC Interim coordinator for Intelligence
(North West Anti-Imperialist Direct Action Coalition)


"Indeed in nothing is the power of the Dark Lord more clearly shown than in the estrangement that divides all those who still oppose him."

- Haldir of Lothlorien
(The Lord of the Rings trilogy; The Fellowship of the Ring)


BEWARE DISTURBING EMAILS CLAIMING TO COME FROM ME - IF YOU HAVE A QUESTION ABOUT ANYTHING I WRITE, PLEASE CALL ME AND VERIFY BY VOICE THAT I DID INDEED SEND THE EMAIL IN QUESTION.

RUDD_001158

# EXHIBIT P

Army Document Subject to Protective Order

Document ID: 0.7.386.31240

| | |
|---|---|
| From: | Rudd, Thomas R CIV USA IMCOM |
| | </o=conus/ou=lewis administrative |
| | group/cn=recipients/cn=thomas.r.rudd> |
| To: | Vessels, Daniel L CIV USA IMCOM |
| | </o=conus/ou=lewis administrative |
| | group/cn=recipients/cn=daniel.vessels> |
| Cc: | |
| Bcc: | |
| Subject: | Re: Found this on examiner.com (UNCLASSIFIED) |
| Date: | Thu May 07 2009 15:48:25 EDT |
| Attachments: | |

http://www.ufppc.org/content/view/8579/34/
Thomas R. Rudd
FPS/AT Officer
FP Division, Task Force Protector
I Corps and Fort Lewis

NIPR thomas.r.rudd@conus.army.mil or @us.army.mil SIPR: thomas.rudd@us..army.smil.mil

⸻

From: Vessels, Daniel L CIV USA IMCOM
To: Rudd, Thomas R CIV USA IMCOM; Towery II, John J ; Chesbro, Michael E CTR USA IMCOM;
Piek, Joseph J CIV USA IMCOM; Mathews, Jay C CIV USA IMCOM
Sent: Thu May 07 12:20:23 2009
Subject: Found this on examiner.com (UNCLASSIFIED)

Classification: UNCLASSIFIED

Caveats: FOUO//PROTECTED BY PRIVACY ACT

http://www.examiner.com/x-481-Seattle-Progressive-Politics-Examiner~y2009m5d5-Protesters-arrested
-attempting-to-block-stryker-deployment

Protesters arrested attempting to block stryker deployment

May 5, 5:51 AM

7 comments

Feed

In a reminder that Washington State is still a major participant in the continuing occupations of Iraq and
Afghanistan, some eleven protesters were arrested on Saturday night as they attempted to block a
convoy of military vehicles headed for deployment to Afghanistan. Members of the anti-war

Army Document Subject to Protective Order

organization, Port Militarization Resistance (PMR) either stood or lay down in the road to prevent the Stryker vehicles from the 5th Brigade, 2nd Infantry Division Stryker Brigade Combat Team stationed at Ft. Lewis from loading onto ships bound for the Middle East via the Port of Tacoma. While the effort only delayed the vehicles briefly the group's spokesman, Shyam Khanna, remained upbeat and said the protests will continue the next several nights, as more Strykers and gear are moved off the fort.

Formed in 2006, The Port Militarization Resistance has been calling attention to the use of Washington's civilian ports for the purpose of transporting military vehicles and equipment to Iraq and Afghanistan through peaceful protest and civil disobedience. Originating in Olympia, the organization now has chapters in Tacoma and Grays Harbor. Since their first protest at the Port of Olympia in May, 2006 hundreds of people have been involved in the effort; resulting in numerous arrests and thousands of dollars being spent in additional security costs. According to Khanna,

"Our goal is to raise the economic cost of these military shipments, to the point where no port is willing to take them."

While many were hoping that an Obama Administration might bring a reduction in military deployments, the fact that the current shipment of equipment is bound for Afghanistan as part of President Obama's commitment to escalate the US presence there promises to keep PMR engaged. According to Chris Grande, one of those arrested May 2,

"We cannot trust the Obama Administration to do this work for us. It is up to people in the US to be involved in the process of military deescalation."

Peace,

Chad Shue

Comments

Nathan Snail says:

remember the Chinese man that stood his ground in front of a soviet made T-72 tank in Tiannanment Square, without wavering or cowering.

that's the Washington State people I remember!

May 6, 6:37 PM

Army Document Subject to Protective Order

Portland Progressive Examiner says:

Hats off to The Port Militarization Resistance. I appreciate their sacrifice in the name of peace; I appreciate their service.


Nice work Chad

May 5, 8:25 PM


AFC-SSR says:

Best updates can be found here: tacomasds.org

May 5, 6:16 PM


Joy says:

Something I have wanted NCNR to be actively involved with for a while.

May 5, 11:07 AM


Sandy from Olympia says:

Thank you for writing this article Chad. One minor correction: the photo was taken on Nov 13, 2007 at the Port of Olympia.

May 5, 10:10 AM


Karen Harper - Birmingham Progressive Politics Exa says:

I'm glad that someone is paying attention. I am very concerned about our continued presence as outlined by the Obama administration in Afghanistan.

May 5, 10:10 AM


Jean Williams says:

This is our America. If those protesters had been in China, they may have been run over.


This is the first I have heard of this group. Good for them.

Army Document Subject to Protective Order

Army Document Subject to Protective Order

May 5, 9:32 AM


v/r


Dan Vessels

Fort Lewis Force Protection Specialist GS-11

Task Force Protector

Force Protection Division Fusion Cell

███████████████

NIPR daniel.vessels@conus.army.mil

SIPR daniel.l.vessels@us.army.smil.mil


ICE Survey for FP Support is at:  https://ice.disa.mil/index.cfm?
fa=card&service_provider_id=101874&site_id=348&service_category_id=29


Classification: UNCLASSIFIED

Caveats: FOUO//PROTECTED BY PRIVACY ACT

# EXHIBIT Q

Yet another Spy is outed... | OlyBlog                                          Page 1 of 3



# OlyBlog.net | We are the Media

Home

## Yet another Spy is outed...

Wed, 09/16/2009 - 6:31pm — DrewHendricks

Sandy "I'm Not Telling" Kortjohn

This spy is a lot less "important" since she didn't apparently get close to anyone we know, but I am outing her all the same in case she knows folks I do not know. She is the wife of Tacoma area police intelligence Analyst Michael Kortjohn.

She began to become "active" in Spring 2009, as far as we can tell. She appeared on Facebook, became "friends" with a LOT of IVAW, Olympia SDSers, and NWAIDAC folks despite never having me: them, yet. She then showed up to a march in Tacoma (Feb or March 2009), and to the April 5th 2009 "Action Proposal" presentation put on by NWAIDAC in downtown Olympia. She sought to become part of the Intelligence activity of NWAIDAC leading up to those proposed actions, and was placed in charge of obtaining lists of police officers from Algona, and two other small departments in the Auburn area. She did come through on one of the three lists, and sent that by facebook message. The other data file she wanted to set up a meeting to hand over as a compact disc. That meeting never happened and she has not responded to facebook messages all Summer.

As a facebook person, she has few friendships beyond her initial push for contacts. Likely she recorded (or her husband recorded) detailed lists of each person's friends whom she befriended. Social networking sites such as this are used to help draw pictures of who knows whom, and what they say to each other. These lists help target others who will have more trust with the targets, but be easier targets for surveillance or turning into informants (witting or unwitting). Social networking among activists is something you want to consider carefully.

A lot of her contact with me during this period can be explained by the May 1st Military convoys from Fort Lewis to the Port of Tacoma, of the 5/2 Stryker Brigade Combat Team (Now in Afghanistan, in the Southern poppy growing regions...) So she was probably trying to find out what we knew about that and why we were talking about an action in Auburn, WA. She stopped contacting us around May 7th or so, and never contacted us again.

Here are her details:

Sandra J Kortjohn, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Date of Birth ▮▮▮ 1972, Employer ▮▮▮▮▮▮▮▮▮▮▮ )
Husband: Michael D Kortjohn, Tacoma Police Department / Regional Intelligence Group 5 (Pierce County)
Property Parcel Number: ▮▮▮▮▮▮▮▮▮▮
WA Voter Reg Number: ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Photo and name included in file at link above (Her employer)

Facebook profile: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
(photo is of her, as well)

Drew Hendricks
360▮▮▮▮▮▮

SSMCW-INFO Analyst / Observer
(Salish Sea Military Convoy Watch, Intelligence Network For Observers.)

NWAIDAC Former coordinator for Intelligence
(North West Anti-Imperialist Direct Action Coalition)

▮ ▮ ▮▮ 0        Like | 0

## Comments

### So...
Thu, 09/17/2009 - 2:27pm — berd

You're saying that she is a spy because she her partner is a police officer? Isn't it possible that she is truly sympathetic with the anti-war cause (maybe even more so due to having an inside perspective with the police department?)

Maybe she was acting as an informant. But maybe not. Is there hard proof here? For example, are there emails documenting communications between her and police regarding PMR activities?



### No hard proof of harm

Thu, 09/17/2009 - 3:24pm — DrewHendricks

I am saying she's a spy from her behavior.

A) She came to us, and the day she met us she wanted a role in collecting intelligence. She revealed to me the day she met privately with me that she was former Army Intelligence and had been through SERE training. (advanced survival and evasion school for special forces and spies)

B) She did not disclose her relationship to a known agent with Tacoma police intelligence whose emails and participation in anti-PMR and anti-NWAIDAC intelligence has been established through public records.

C) She became active on Facebook and made "friends" with two dozen or more Olympia / Tacoma area activists, and anti-imperialists, to the point of having 95% activists and 5% folks we don't directly know. Very few of her friends list were people her age, or members of an extended school / family nature. All of the folks we contacted privately (this is back in late March / early April 2009) about her who were friends, were not actually people who had met her. We could find no one who knew her from real life except one activist who met her at a march two weeks before.

D) Do you really need proof of harm? If so, we don't have that on Towery, either - all we have is a non-disclosed relationship to the security apparatus. We can assume, but for now can only assume, that he reported on us to his superiors. We have good proof of this kind of data coming into their estimates, but we don't have his or ginal notes.

### Spy Training

Thu, 09/17/2009 - 4:01pm — berd

What you say about the spy training is troubling. But really, what's the harm of having someone looking in on PMR - the activities of PMR are above board - and legitimate. Protesting the illegal war making of our government is a constitutionally protected activity. Citizens are even protected (despite the behavior of the local police department) when they enter the roadway to physically obstruct the weapons of war.

So I guess I just don't understand why it matters if someone is spying.

That's also weird, if she was spying, that she would admit that she had special forces training. Maybe she was trying to develop a trusting relationship by being honest.

I mean, it is possible, after all, that Sandy was/is genuinely supportive of the PMR movement. Isn't it?





### Possible is not the same as Probable

Thu, 09/17/2009 - 4:56pm — DrewHendricks

My answer is that no, it isn't reasonable in my opinion to think that this person was "being honest" with us when she told us she was opposed to the War Machine. For someone with specialized intelligence training to come to us, and want to sit in on our plans for active resistance - not sign holding, but actual civil disruption of military spare parts movements - while being married to someone who was actively working with the Tacoma Police Homeland Security subcommittee and not disclosing that conflict of interest... stretches credulity in my opinion. It is easier for me to believe that the military and police use a LOT of resources to protect themselves from criminal prosecution and civil interference in their illegal and ongoing activities.

And yes, we are legally protected in doing what we do, which is why we're in courts defending ourselves instead of prosecuting those criminals in the Bush and Obama White House. [This is a form of dry humor known as IRONY.]

There are significantly greater protections for holding signs by the road than there are for actually effectively disrupting business as usual. We fall into which category, here?

Besides which, **it isn't my job to decide whether this person is in your life.** It's your job to decide that, and it's my job to ferret out what we need to know to let you make those decisions with the best information possible. Further, it's my job to disclose this kind of information to the attorneys (professional and pre se) who need it for the defense of participants in civil resistance.

"cittzens are even protected?????" w.t.f.!!!!

Fri, 09/18/2009 - 4:23am — hazzardus waste

I want what you are smoking.

—

eat the rich the poor are skinny

## OlyWA Twitter Hashtag

### #olywa

 **Griffin Neighborhood**@GriffinNeighbor                    47m
Your guide for getting from here to there in Thurston County is at
thurstonheretothere.org Vanpool, ridesharing, etc. #olywa
#thurstoncounty

 **weeklyvolcano**@weeklyvolcano                    1h
Things to do today: Spring Break Superstars, Hot Club Sandwich,
Rockaraoke contest... bit.ly/PcQnwp #Tacoma #Olywa

 **Rock Candy Burlesque**@rockcandyoly                    15h
Napkin art at #wallys, #olywa #burlesque fb.me/14EUYrJ9i

 **Jane Wingfield**@JaneWingfield                    17h
20th annual Procession of the Species coming April 26! #olywa
#processionspecies #sambaolywa...
instagram.com/p/mMAmK5ov7d/

 **Jayme Shoun**@musicsuncoffee                    17h
The BroHo in #OlyWA has a Sunday happy hour. Yes. Please.
pic.twitter.com/AQXJVC4okz
Show Photo

 **Ruby Re-Usable**@RubyReUsable                    20h
Sunday afternoon...

Tweet #olywa

#OlyWA on Twitter

    

These are photos or video tagged with Olympia and Washington on Flickr

OlyBlog is a site for news and discussion about Olympia, Washington.
**04881766**