THE HONORABLE RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIANNE PANAGACOS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN J. TOWERY, et al.,<br>Defendants. | NO. 3:10-cv-5018 RBL<br><br>DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO SUMMARY JUDGMENT MOTIONS<br><br>Noted for: April 18, 2014 |

Plaintiffs seek an additional thirty days to respond to the pending motions for summary judgment, arguing that the materials filed in support of the defendants' motions are voluminous and that because this case involves "novel issues of first impression," counsel needs to do extensive research and careful analysis of all of these issues[1]. While the defendants acknowledge that response to the pending motions will require a great deal of work, this is work that plaintiffs could and should have anticipated.

---

[1] The defendants note that plaintiffs are not seeking a continuance of the summary judgment motions pursuant to Fed. R. Civ. Pro. 56(d), nor have they made the necessary showing to do so.

DEFENDANTS' RESPONSE TO PLAINTIFFS'
MOTION FOR EXTENSION OF TIME TO RESPOND
TO SUMMARY JUDGMENT MOTIONS - Page **1 of 5**

Tacoma City Attorney
Civil Division
747 Market Street, Room 1120
Tacoma, WA 98402-3767
(253-591-5885 / 591-5755)

This case has been pending since early 2010. The defendants have never made a secret of the fact that they intended to bring dispositive motions on all claims asserted herein and plaintiffs have had four years to complete the "extensive research" they deem necessary to support their "novel issues." Moreover, plaintiffs themselves defined these issues and the claims brought herein, and therefore, should have been conducting the research necessary to confirm that their claims are warranted by existing law or by a nonfrivolous argument for the extension, modification or reversal of existing law throughout this litigation. Given the extensive experience of plaintiffs' attorneys, the defendants anticipate that plaintiffs' attorneys have been meeting their obligation in this regard and that a great deal of <u>new</u> research should not be required at this time.

Moreover, the claims asserted herein do not involve particularly complex or novel issues of law. To the contrary, the bulk of the claims asserted herein are asserted against the Olympia defendants and involve routine claims of excessive force, false arrest and sundry state tort actions. The law governing such claims is fully developed and there is no reason plaintiffs could not be prepared to address the merits of these claims. Plaintiffs' claims against Towery and Rudd are confined to the First and Fourth Amendments, and these claims are "novel issues of first impression" only to the extent plaintiffs attempt to overcome well-established doctrines that foreclose their claims, such as the invited informer doctrine and this Court's ruling in *McCarthy* that there is no Constitutional violation in joining a listserv under an assumed name. Plaintiffs

DEFENDANTS' RESPONSE TO PLAINTIFFS'
MOTION FOR EXTENSION OF TIME TO RESPOND
TO SUMMARY JUDGMENT MOTIONS - Page **2** of **5**

Tacoma City Attorney
Civil Division
747 Market Street, Room 1120
Tacoma, WA 98402-3767
(253-591-5885 / 591-5755

have had ample time to conduct whatever research they wish because the facts on which their claims are based—joining listservs, attending meetings and social events, and sharing information—have long been known to plaintiffs and, in fact, were included in the initial complaint filed years ago. Because plaintiffs have had years to develop their legal theories and the full discovery period to develop their evidence, the issues are now ripe for resolution on summary judgment.

Plaintiffs in this action are represented by four attorneys and collectively, these attorneys have decades of experience. Every attorney, including all of the defense attorneys, has other cases, other deadlines, other trials. This is a normal condition in a litigation practice and it is incumbent on counsel to manage the multiple, and sometimes conflicting, deadlines. The Court has previously accommodated plaintiffs' difficulties in meeting the case schedule deadlines herein, and the result is that the motions for summary judgment butt up against the trial date and trial preparation. Further, the Court has already scheduled oral argument for summary judgment on these motions for May 22, 2014, just one day after the extended deadline plaintiffs' seek for their responses.

Plaintiffs have not demonstrated the good cause required by LCR 16(b)(4) for the extension they seek. Moreover, contrary to plaintiffs' assertion, continuance of the briefing schedule on summary judgment does prejudice the defendants in that it would necessarily require a continuance of the trial date, which would largely negate the trial preparation that has to be completed before

DEFENDANTS' RESPONSE TO PLAINTIFFS'
MOTION FOR EXTENSION OF TIME TO RESPOND
TO SUMMARY JUDGMENT MOTIONS - Page 3 of 5

Tacoma City Attorney
Civil Division
747 Market Street, Room 1120
Tacoma, WA 98402-3767
(253)591-5885 / 591-5755

that time. The defendants have been diligent in moving this case forward and seek a timely consideration of their pending motions.

For these reasons, plaintiffs' motion for a continuance of the briefing schedule on summary judgment should be denied and plaintiffs' responsive materials on the pending motions should be filed, in accordance with the court rules, by April 21, 2014.

DATED this 16th day of April, 2014.

ELIZABETH A. PAULI, City Attorney

By: /S/ JEAN P. HOMAN
JEAN P. HOMAN, WSB #27084
Deputy City Attorney
747 Market St., Rm. 1120
Tacoma, WA 98402
(253) 591-5885
jhoman@ci.tacoma.wa.us
Attorney for Defendants City of Tacoma, Gary Smith and Mark Feddersen

McKAY CHADWELL, PLLC

By: /s/ THOMAS BRENNAN
Michael D. McKay, WSBA #7040
Thomas M. Brennan, WSBA #30662
Krista K. Bush, WSBA #30881
600 University St., Suite 1601
Seattle, WA 98101
(206) 233-2800
mdm@mckay-chadwell.com
Attorneys for Defendant John Towery

//

//

DEFENDANTS' RESPONSE TO PLAINTIFFS'
MOTION FOR EXTENSION OF TIME TO RESPOND
TO SUMMARY JUDGMENT MOTIONS - Page 4 of 5

Tacoma City Attorney
Civil Division
747 Market Street, Room 1120
Tacoma, WA 98402-3767
(253-591-5885 / 591-5755)

K&L GATES, LLP

By: /s/ THEODORE J. ANGELIS
Theodore J. Angelis, WSBA #30300
Pallavi Mehta Wahi, WSBA #32799
Heidi C. Garcia, WSBA #41399
Alyssa M. Lamb, WSBA #45617
Peter A. Talevich, WSBA #42644
925 Fourth Ave., Suite 2900
Seattle, WA 98104
(206) 623-7580
Theo.angelis@klgates.com
Attorneys for Defendant Thomas Rudd


LAW, LYMAN, DANIEL, KAMERRER
& BOGDANOVICH, P.S.


By: /s/ DONALD L. LAW
Donald L. Law, WSBA #6122
P.O. Box 11880
Olympia, WA 98508-1880
(360) 754-3480
dlaw@lldkb.com
Attorney for Olympia Defendants


**CERTIFICATE OF SERVICE**

I hereby certify that on ____4-16-14____, I electronically filed, through my staff, the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys on record.

*[signature]*

JEAN P. HOMAN
WSBA#27084
Attorney for Def. City of Tacoma
Tacoma City Attorney's Office
747 Market Street, Suite 1120
Tacoma, WA 98402
(253) 591-5885
Fax: (253) 591-5755
jhoman@ci.tacoma.wa.us

DEFENDANTS' RESPONSE TO PLAINTIFFS'
MOTION FOR EXTENSION OF TIME TO RESPOND
TO SUMMARY JUDGMENT MOTIONS - Page 5 of 5

Tacoma City Attorney
Civil Division
747 Market Street, Room 1120
Tacoma, WA 98402-3767
(253-591-5885 / 591-5755