Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JULIANNE PANAGACOS et al.,

                     Plaintiffs,

    v.

JOHN J. TOWERY et al.,

                     Defendants.

No. C10-05018-RBL

ORDER ON PLAINTIFFS' MOTION
TO QUASH AND FOR A
PROTECTIVE ORDER RE: DREW
HENDRICKS

      This Matter came before the Court on Plaintiffs' Motion to Quash and for Protective Order [Dkt. No. 303] (the "Motion"). The Court has considered the Motion, Defendant Thomas Rudd's Opposition to the Motion, Plaintiffs' reply, if any, and the declarations submitted in support of these respective filings.

      Plaintiffs have failed to show good cause to prohibit the deposition of Drew Hendricks. *See* Fed. R. Civ. P. 26(c)(1). Heightened scrutiny to take Mr. Hendricks's deposition does not apply, as Rudd "seeks to depose [Hendricks] as an 'actor' or 'viewer' with non-privileged information . . ." *See Hedden v. City of Seattle*, No. C05-999-TSZ, PACER Dkt. No. 179 (May 30, 2006). Alternately, even if heightened scrutiny did apply to a deposition of Mr. Hendricks pursuant to *Shelton v. Am. Motors Corp.*, 805 F.2d 1323, 1327 (8th Cir. 1986), Rudd has made the requisite showing that (1) no other means exist to obtain

ORDER ON PLAINTIFFS' MOTION
FOR PROTECTIVE ORDER - 1
Case No. C10-05018-RBL

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1   the information than to depose Hendricks; (2) the information sought is relevant and

2   nonprivileged; and (3) the information is crucial to the preparation of the case.

3           Rudd has represented that he seeks to depose Hendricks for the purpose of (i)

4   evaluating potential testimony by Hendricks in this case, and (ii) overcoming any objections

5   to certain documents based on foundation and authenticity.  Consequently, if plaintiffs wish

6   not to produce Mr. Hendricks for a deposition, they may do so provided that:

7           1.      Plaintiffs will not call Mr. Hendricks as a witness in the case (either in their

8   direct case or as a rebuttal witness), and they will not submit a declaration of Mr. Hendricks in

9   support of summary judgment; and

10          2.      Plaintiffs will not challenge–on the basis of lack of foundation, lack of

11  personal knowledge, or lack of authentication–any of Mr. Hendricks' statements

12          Alternately, Plaintiffs may reserve their right to call Mr. Hendricks as a witness and/or

13  preserve their objections on the grounds above, but must produce Mr. Hendricks for a

14  deposition on a date agreeable to all counsel on or before May 5, 2014.

15          DATED this 17th day of April, 2014.

16

17          _____

18          RONALD B. LEIGHTON
            UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

ORDER ON PLAINTIFFS' MOTION
FOR PROTECTIVE ORDER - 2
Case No. C10-05018-RBL

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1   Presented by:

2   K&L GATES LLP

3

4   By: *s/ Theodore J. Angelis*
    Theodore J. Angelis, WSBA No. 30300
5   Pallavi Mehta Wahi, WSBA No. 32799
    Heidi Craig Garcia, WSBA No. 41399
6   Peter A. Talevich, WSBA No. 42644
    925 Fourth Avenue, Suite 2900
7   Seattle, WA  98104
    Telephone: 206-623-7580
8   Facsimile:  206-623-7022
    Email: theo.angelis@klgates.com
9          pallavi.wahi@klgates.com
           heidi.garcia@klgates.com
10         peter.talevich@klgates.com
    Attorneys for Thomas R. Rudd
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER ON PLAINTIFFS' MOTION
FOR PROTECTIVE ORDER - 3
Case No. C10-05018-RBL

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022